**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                   :
**In re**                                   :        **Chapter 11**
                                   :
**RENCO METALS, INC.,**                 :        **Case No. 01-14311 (REG)**
                                   :
              **Debtor.**                :
                                   :
------------------------------------------------------------x
                                   :
**In re**                                   :
                                   :
**MAGNESIUM CORPORATION OF AMERICA,**  :        **Case No. 01-14312 (REG)**
                    **Debtor.**          :
                                   :
------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULE 1015 DIRECTING**
**JOINT ADMINISTRATION OF CHAPTER 11 CASES**

        Upon the annexed application (the "Application") of Magnesium Corporation of America ("Magcorp") and Renco Metals, Inc. ("Metals" and together with Magcorp, the "Debtors"), for an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the above-captioned cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it appearing that the Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy judges for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984, and that this is a core proceeding pursuant to 28 U.S.C. § 257(b)(2)(A); and it appearing that joint administration of chapter 11 cases is in the best interests of the Debtors, their estates and their creditors; and notice of the Application having been given to the United States Trustee; and it appearing that no other or further notice is necessary; and after due deliberation; and good and sufficient cause appearing therefore; it is

        ORDERED, that the Application be, and it is hereby, granted; and it is further

NY2 - 305834.01

ORDERED, that these chapter 11 cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED, that the Debtors shall file their respective statements of financial affairs, schedules of assets and liabilities, and any amendments thereto, under their respective case numbers and with a caption showing only the name of the Debtor to which the filing relates; and it is further

ORDERED, that proofs of claim shall be filed under the respective case number of the applicable Debtor and if a creditor has a claim against more than one of the Debtors, separate claims are to be filed under the case number of each applicable Debtor; and it is further

ORDERED, that the caption of the jointly administered chapter 11 cases shall be as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
: 
**In re**                                  :         **Chapter 11**
:
**MAGNESIUM CORPORATION**                  :         **Case No. 01-14312 (REG)**
**OF AMERICA, et al.,**                    :
:
        **Debtors.**         :         **(Jointly Administered)**
:
----------------------------------------------------------------x

; and it is further

ORDERED, that all original docket entries shall be made in the case of Magnesium Corporation of America, Case No. 01-14312(REG) and that a docket entry shall be made in each of the Debtors' chapter 11 cases substantially as follows:

NY2 - 305834.01

"An order has been entered in this case directing the procedural consolidation and joint administration of these chapter 11 cases of Magnesium Corporation of America, Debtor, Case No. 01-14312(REG), and Renco Metals, Inc., Debtor, Case No. 01-14311(REG), and the docket in Case No. 01-14312(REG) should be consulted for all matters affecting the above-listed cases."

DATED:   New York, New York
         August *3*, 2001

                                        */s/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE