**LEWIS AND ROCA LLP**
40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 262-5747
Telephone (602) 262-5311

Gerald K. Smith (GS7922)

Attorneys for *Ad Hoc* Committee of Senior Noteholders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MAGNESIUM CORPORATION OF AMERICA, *et al.*, | Case No. 01-14312 (REG) |
| | (Jointly Administered) |
| Debtors. | Case No. 01-14311 (REG) |

**STATEMENT OF LEWIS AND ROCA LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE REGARDING REPRESENTATION OF MULTIPLE CREDITORS**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, the law firm of Lewis and Roca LLP ("L&R") files its statement of multiple representation and makes the following disclosures.

1. L&R is a Phoenix, Arizona based law firm that has been retained in the Chapter 11 cases of the above-captioned debtors as the attorneys for an informal group (the "*Ad Hoc* Committee") of holders of 11 ½% Senior Notes due 2003 issued by Renco Metals, Inc., one of such debtors (the "Notes").

2. The identity and address of each of the members of the *Ad Hoc* Committee is as follows:

(a) AIG Global Investment Corp., on behalf of certain funds it manages or advises, 175 Water Street, New York, New York 10038.

1354267.2

(b)  Carlyle High Yield Partners, L.P., 520 Madison Ave., 41st Floor, New York, New York 10022.

(c)  Carlyle High Yield Partners II, Ltd., c/o Walkers, Walkers House, P.O. Box 265 GT, George Town, Grand Cayman, Cayman Islands, British West Indies.

(d)  Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd., c/o Citadel Limited Partnership, as Portfolio Manager, 225 West Washington St., Ninth Floor, Chicago, Illinois 60606.

(e)  RCG Carpathia Master Fund, Ltd., 666 Third Ave., 26th Floor, New York, New York 10024.

3.  The approximate principal amount of Senior Notes held by each member of the *Ad Hoc* Committee is as follows:

|    | Member | Face Amount |
|----|--------|-------------|
| 1. | AIG Global Investment Corp., on behalf of certain funds it manages or advises | $24,210,000 |
| 2. | Carlyle High Yield Partners, L.P. | $ 4,750,000 |
| 3. | Carlyle High Yield Partners II, Ltd. | $ 3,750,000 |
| 4. | Citadel Credit Trading Ltd. | $15,361,000 |
| 5. | Citadel Equity Fund Ltd. | $28,525,000 |
| 6. | RCG Carpathia Master Fund Ltd. | $21,101,845 |

Carlyle High Yield Partners, L.P. and Carlyle High Yield Partners II, Ltd. acquired their Notes more than one year before the August 2, 2001 petition date (the "Petition Date") in these Chapter 11 cases. AIG acquired their Notes in twenty-six (26) transactions conducted prior to and subsequent to the Petition Date, including nineteen (19) transactions in the approximate principal amount of $15,010,000 in the year before the

2

1354267.2

Petition Date. Citadel Equity Fund Ltd., Citadel Credit Trading Ltd., and RCG Carpathia acquired their Notes after the Petition Date.

    4.  L&R was recommended to the Committee as possible counsel by a Phoenix based law firm contacted by the Committee as to interest in pursuing claims on a contingent basis. L&R was contacted by a member of the Committee and agreed to represent the Committee and its members with respect to bankruptcy matters.

    5.  The *Ad Hoc* Committee of Senior Noteholders was organized in advance of contacting L&R.

DATED: Phoenix, Arizona
     January 16, 2003

               LEWIS AND ROCA LLP

               By: /s/ Gerald K. Smith
               Gerald K. Smith (GS 7922)
               40 North Central Avenue, Suite 1900
               Phoenix, AZ 85004-4429

               Attorneys for *Ad Hoc* Committee of Senior Noteholders

1354267.2