```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x   Case No. 01 B 14312 (REG)
In re                            :
                                 :
MAGNESIUM CORPORATION OF         :   (Chapter 11)
AMERICA, et al.,                 :
                                 :
                Debtors.         :
                                 :
---------------------------------x
```

### ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the United States Trustee; and it appearing that Lee E. Buchwald, a disinterested person as set forth in 11 U.S.C. § 101(14), has been appointed by the United States Trustee in the above-captioned Chapter 11 cases; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of Lee E. Buchwald, as Trustee is approved pursuant to 11 U.S.C. § 1104(d), provided that a bond in the amount of $275,000 is posted pursuant to section 322.

Dated:   New York, New York
         April **14**, 2003

                                    *S/ Robert E. Gerber*
                                    HONORABLE ROBERT E. GERBER
                                    BANKRUPTCY JUDGE