WORMSER, KIELY, GALEF & JACOBS
825 Third Avenue
New York, New York 10022
Telephone: (212) 687-4900
Facsimile: (212) 687-5703
Janice B. Grubin (JG 1544)

Attorneys for the Ad Hoc Committee of Senior Noteholders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MAGNESIUM CORPORATION OF AMERICA, et al., | Case No. 01-14312 (REG) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

### VERIFIED STATEMENT OF WORMSER, KIELY, GALEF & JACOBS PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE REGARDING REPRESENTATION OF MULTIPLE CREDITORS

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and as of October 1, 2003, the law firm of Wormser, Kiely Galef & Jacobs LLP ("WKG&J") hereby files its statement of multiple representation and makes the following disclosures:

1.   WKG&J is a law firm that maintains its offices at 825 Third Avenue, New York, New York 10022.

2.   WKG&J represents an informal group (the "Ad Hoc Committee") of holders of 11 ½% Senior Notes due July 23, 2003 (the "Notes"), issued by Renco Metals, Inc., one of the debtors in the above-captioned Chapter 11 cases.

3.   The names and addresses of each of the members of the Ad Hoc Committee are:

A) AIG Global Investment Corp., on behalf of certain funds it manages or advises (collectively, "AIG"), 175 Water Street, New York, New York 10038.

B) Carlyle High Yield Partners, L.P. 520 Madison Avenue, 41st Floor, New York, New York 10022.

C) Carlyle High Yield Partners II, Ltd., c/o Walkers, Walkers House (collectively, with Carlyle High Yield Partners, L.P., "Carlyle") P.O. Box 265 GT, George Town, Grand Cayman, Cayman Islands, British West Indies.

D) Citadel Equity Fund Ltd. and Citadel Credit Training Ltd.(collectively, "Citadel"), 131 South Dearborn Street, 36th Floor, Chicago, Illinois 60603.

E) RCG Carpathia Master Fund, Ltd., ("RCG Carpathia"), 666 Third Avenue, 26th Floor, New York, New York 10024.

4.   The approximate principal amount of Notes held by the members of the Ad Hoc Committee is as follows:

| | Member | Face Amount |
|---|---|---|
| (a) | AIG | $24,210,000 |
| (b) | Carlyle High Yield Partners, L.P. | $4,750,000 |
| (c) | Carlyle High Yield Partners II, Ltd. | $3,750,000 |
| (d) | Citadel Credit Training Ltd. | $15,361,000 |
| (e) | Citadel Equity Fund Ltd. | $28,525,000 |
| (f) | RCG Carpathia | $21,101,845 |

5. Carlyle High Yield Partners, L.P. and Carlyle High Yield Partners II, Ltd. acquired their Notes more than one year before the August 2001 petition date (the "Petition Date") in these Chapter 11 cases. AIG acquired their notes in twenty-six (26) transactions conducted prior to and subsequent to the Petition Date, including nineteen (19) transactions in the approximate principal amount of $15,010,000 in the year before the Petition Date. Citadel Equity Fund Ltd., Citadel Credit Training Ltd. and RCG Carpathia acquired their Notes after the Petition Date.

6. The primary attorney at WKG&J responsible for this engagement was referred to the creditors listed in paragraph 3 herein by a member of the Ad Hoc Committee when she was a member of Golenbock Eiseman Assor Bell & Peskoe LLP. The Ad Hoc Committee then requested that WKG&J continue the representation in these chapter 11 cases when the primary attorney changed her firm affiliation to become a member of WKG&J.

7. Upon information and belief formed after due inquiry, WKG&J does not hold any claims against or equity interests in the Debtor.

Dated: New York, New York
      October 30, 2003

                              WORMSER, KIELY, GALEF & JACOBS LLP
                              825 Third Avenue
                              New York, New York 10022
                              Telephone: (212) 687-4900
                              Facsimile: (212) 687-5703


                              By /s/ Janice B. Grubin
                                  Janice B. Grubin (JG 1544)

                              Attorneys for the Ad Hoc Committee
                              of Senior Notesholders

## VERIFICATION

I, Janice B. Grubin, hereby declare under penalty of perjury as follows:

1. I am a member of the law firm of Wormser, Kiely, Galef & Jacobs LLP, counsel to the Ad Hoc Committee, consisting of (i) AIG, (ii) Carlyle High Yield Partners, L.P., (iii) Carlyle High Yield Partners II, Ltd., (iv) Citadel Equity Fund Ltd. and Citadel Credit Training Ltd., and (v) RCG Carpathia.

2. I have read the foregoing "Verified Statement Of Wormser, Kiely, Galef & Jacobs LLP Pursuant To Rule 2019 Of The Federal Rules Of Bankruptcy Procedure Regarding Representation Of Multiple Creditors" and know the contents thereof to be true to my own knowledge, except to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

Dated: New York, New York
   October 30, 2003

/s/ Janice B. Grubin
Janice B. Grubin (JG 1544)

L:\Bankruptcy\Magnesium 2019 Statement.DOC