# EXHIBIT D

Invoice for Environmental, Billing Matter 3

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000  FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 20, 2016
Billed through 09/30/16

Invoice Number: 472448     NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170


MAGNESIUM CORP./ENVIRONMENTAL                               070187-00003


| | | |
|---|---|---:|
| Balance Forward | | $368.00 |
| Payments and Adjustments made since last invoice | | $0.00 |
| Net Balance Forward | | $368.00 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---:|
| 04/02/13 | DDU | GET COPY OF CASE 486 B.R. 75, BELLEVILLE | 0.20 hrs. | 220 /hr. | 44.00 |
| 04/02/13 | NFK | REVIEW BELLEVILLE DECISION | 0.70 hrs. | 825 /hr. | 577.50 |
| 03/12/14 | NFK | REVIEW/ANALYZE MUNCE'S SUPERIOR PETROLEUM PRODUCTS DECISION ON ENVIRONMENTAL FINES | 1.00 hrs. | 850 /hr. | 850.00 |
| 03/06/15 | NFK | EMAILS STIRLING ET AL RE RESOLVING EPA RCRA CLAIMS (0.2) - TEL BUCHWALD RE SAME (0.1) | 0.30 hrs. | 875 /hr. | 262.50 |
| 03/10/15 | NFK | MEMO TO CCB RE RESEARCHING PRIORITY OF ANY ENVIRONMENTAL LIABILITIES INCURRED AS A RESULT OF MAGCORP'S POST-PETITION OPERATIONS | 0.50 hrs. | 875 /hr. | 437.50 |
| 03/10/15 | CCB | INITIAL REVIEW OF EMAIL FROM NFK REGARDING RESEARCH ASSIGNMENT (.2).  INITIAL RESEARCH REGARDING TREATMENT OF POST-PETITION ENVIRONMENTAL LIABILITIES IN BANKRUPTCY (.3). | 0.30 hrs. | 335 /hr. | 100.50 |
| 03/12/15 | CCB | RESEARCHED TREATMENT OF POST-PETITION ENVIRONMENTAL LIABILITIES ON WL. | 3.20 hrs. | 335 /hr. | 1,072.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 3 of 13

Invoice Number:   472448                                                                                                                  Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/15 | NFK | REVIEW/ANALYZE CCB MEMO ON PRIORITY OF EPA POST-PETITION CLAIM AND CASES CITED | 1.00 hrs. | 875 /hr. | 875.00 |
| 03/13/15 | CCB | ADDITIONAL RESEARCH REGARDING TREATMENT OF POST-PETITION ENVIRONMENTAL LIABILITIES IN BANKRUPTCY ON WL AND REVIEW OF CASES FOUND (4.8). DRAFTED DETAILED EMAIL TO NFK SUMMARIZING FINDINGS (.4). | 5.20 hrs. | 335 /hr. | 1,742.00 |
| 03/16/15 | NFK | EMAILS CCB RE PENALTY CLAIMS | 0.40 hrs. | 875 /hr. | 350.00 |
| 03/16/15 | NFK | TELEPHONE CONFERENCE/DISC WITH BEUS, STIRLING AND BUCHWALD RE EPA CLAIM | 0.10 hrs. | 875 /hr. | 87.50 |
| 03/16/15 | CCB | REVIEW OF EMAIL FROM NFK REGARDING RESEARCH ASSIGNMENT (.2). REVIEW OF CASE LAW (.3). | 0.50 hrs. | 335 /hr. | 167.50 |
| 03/20/15 | CCB | RESEARCHED CASE LAW REGARDING TREATMENT OF ENVIRONMENTAL POSTPETITION PENALTIES IN BANKRUPTCY AND POLICY SURROUNDING SAME. | 5.40 hrs. | 335 /hr. | 1,809.00 |
| 03/23/15 | CCB | EXTENSIVE RESEARCH REGARDING POSTPETITION PENALTIES IMPOSED BY ENVIRONMENTAL AGENCIES ON WESTLAW (5.7). DETAILED EMAIL SUMMARIZING SAME (.5). | 6.20 hrs. | 335 /hr. | 2,077.00 |
| 03/24/15 | NFK | REVIEW/ANALYZE CCB MEMO RE PRIORITY OF EPA POST-PETITION CLAIM AND EMAILS CCB | 0.40 hrs. | 875 /hr. | 350.00 |
| 04/15/15 | DJP | MAGNESIUM CORPORATION OF AMERICA - CONFER N. KAJON AND INITIAL REVIEW OF EPA/DOJ CLAIM ASSERTED IN BANKRUPTCY COURT, AND RECEIPT AND INITIAL ANALYSIS OF COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF | 1.90 hrs. | 640 /hr. | 1,216.00 |
| 04/15/15 | NFK | MSG FROM AND TEL REYHER OF DOJ RE SETTLEMENT OF ENVIRONMENTAL CLAIMS AGAINST US AND RENCO GROUP (0.4) - EMAILS BUCHWALD ET AL RE SAME (0.6) - FOLLOW-UP EMAILS REYHER AND BUCHWALD (0.2) - REVIEW ENVIRONMENTAL FILE AND PRIOR EMAILS W/ DOJ (0.4) - REVIEW/ANALYZE DOJ POC (0.2) - EMAILS AND TEL PARSELLS RE DOJ CLAIMS (0.4) | 2.20 hrs. | 875 /hr. | 1,925.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 4 of 13

Invoice Number:   472448                                                                                                                Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/15 | DJP | LEGAL RESEARCH RE RESOURCE CONSERVATION RECOVERY ACT LEGAL PRECEDENT REGARDING INJUNCTIVE RELIEF AND FEDERAL CLAIM PRESERVATION ISSUES | 3.30 hrs. | 640 /hr. | 2,112.00 |
| 04/16/15 | DJP | REVIEW PUBLICLY AVAILABLE INFORMATION ON COMPANY AND SUPERFUND SITE INFORMATION, OTHER LEGAL ENTITIES OPERATING AND INVOLVED IN CERCLA AT SITE | 0.80 hrs. | 640 /hr. | 512.00 |
| 04/16/15 | NFK | EMAILS BEUS AND CONF BUCHWALD RE EPA STLMT | 0.40 hrs. | 875 /hr. | 350.00 |
| 04/20/15 | DJP | RECEIPT AND REVIEW OF EMAIL FROM N. KAJON RE POTENTIAL PARAMETERS OF RESOLUTION OF ENVIRONMENTAL CLAIMS | 0.20 hrs. | 640 /hr. | 128.00 |
| 04/20/15 | NFK | EMAILS BEUS AND TEL BUCHWALD RE STLMT (0.3) - PREP CONF CALL (0.3) - TELEPHONE CONFERENCE/DISC WITH REYHER, POSCABLO, BUCHWALD RE STLMT (0.6) - 2 TELS BUCHWALD RE SAME (0.2) - EMAIL BEUS RE RESULTS (0.5) - ATTN TO STLMT (0.4) | 2.30 hrs. | 875 /hr. | 2,012.50 |
| 04/21/15 | DJP | REVIEW ISSUES RE CERCLA AND PROVIDE INFORMATION RE CERCLA BASED PENALTIES AND INJUNCTIVE RELIEF | 1.60 hrs. | 640 /hr. | 1,024.00 |
| 04/21/15 | DJP | COMMUNICATIONS CO-COUNSEL AND REVIEW ISSUES RE RCRA AND CERCLA CLAIMS | 0.40 hrs. | 640 /hr. | 256.00 |
| 04/21/15 | DJP | REVIEW OF DRAFT APPROACH RE RCRA AND CERCLA CLAIMS IN BANKRUPTCY | 0.90 hrs. | 640 /hr. | 576.00 |
| 04/21/15 | DJP | REVIEW AND ANALYSIS OF DRAFT TERM SHEET FOR POSSIBLE SETTLEMENT OF DOJ'S RCRA CLAIMS | 0.80 hrs. | 640 /hr. | 512.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 5 of 13

Invoice Number: 472448                                                                                                           Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/21/15 | EMR | ANALYZE MEMORANDA FROM N. KAJON W/ CORRESPONDENCE O/B/O L. BUCHWALD W/ U.S. D.O.J. RE ENVIRONMENTAL LIABILITIES, RENNERT PARTIES' ATTEMPTS TO RESOLVE, COORDINATION W/ ENVIRONMENTAL CLAIMS AT ISSUE IN TRUSTEE'S SEPARATE DISTRICT COURT ACTION (.4); ANALYZE MEMORANDA RESPONSIVE TO INITIAL N. KAJON RESPONSIVE MEMORANDUM RE GOVERNMENT'S POSITION AND PROPOSED TERMS W/ ADDITIONAL THOUGHTS FROM INVOLVED TEAM MEMBERS RE SAME (.3); DRAFT RESPONSIVE MEMORANDUM TO N. KAJON W/ POTENTIAL ADDITIONAL ISSUES, TERMS, PHRASING TO CONSIDER IN DRAFT TERM SHEET W/ U.S. D.O.J. AND BRIEFLY ANALYZE FURTHER RESPONSIVE MEMORANDUM FROM N. KAJON RE SAME (.8) | 1.50 hrs. | 790 /hr. | 1,185.00 |
| 04/21/15 | NFK | EMAILS BUCHWALD RE STLMT (0.1) - ATTN TO STLMT (0.3) - EMAIL CCB RE LEGAL STANDARDS FOR APPROVAL OF STLMT (0.2) - REVIEW DOCKET AND EMAILS REYHER ET AL RE NO BAR DATE (0.6) - EMAILS BUCHWALD RE TERM SHEET (0.1) - EMAILS REYHER ET AL RE AMENDING DOJ POC TO ADD CERCLA (0.2) - EMAILS DJP RE CERCLA PENALTIES (0.2) - DRAFT DOJ STLMT TERM SHEET (1.8) - EMAILS BUCHWALD ET AL RE SAME (0.5) | 4.00 hrs. | 875 /hr. | 3,500.00 |
| 04/21/15 | CCB | REVIEW OF EMAIL FROM NFK REGARDING RESEARCH NEEDED (.2). INITIAL RESEARCH REGARDING LEGAL STANDARD FOR SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 (.8). | 1.00 hrs. | 335 /hr. | 335.00 |
| 04/22/15 | DJP | RECEIPT OF REQUEST FOR MARK-UP, REVIEW FOR AND DRAFT MARK-UP OF SETTLEMENT TERM SHEET TO INCLUDE ADDITIONAL BAN ON CERCLA INJUNCTIVE RELIEF, CIRCULATE TO CLIENT AND COUNSEL | 0.90 hrs. | 640 /hr. | 576.00 |
| 04/22/15 | DJP | RECEIPT OF CORRESPONDENCE FROM BEUS RE INCREASING $350 MM ALLOWED CLAIM | 0.10 hrs. | 640 /hr. | 64.00 |
| 04/22/15 | DJP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM N. KAJON RE EXCLUSION OF CERCLA CLAIMS FROM DOJ SETTLEMENT AND LIMITATION OF SETTLEMENT TO RCRA CLAIMS, FURTHER REVIEW OF DRAFT SETTLEMENT TERM SHEET IN LIGHT OF SAME, PREPARE RESPONSE | 0.20 hrs. | 640 /hr. | 128.00 |
| 04/22/15 | DJP | ADDITIONAL CORRESPONDENCE AND REVIEW OF ISSUES RE PROPOSED DOJ SETTLEMENT | 0.30 hrs. | 640 /hr. | 192.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D -
Invoice for Environmental Billing Matter 3    Pg 6 of 13

Invoice Number:    472448                                                                                          Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/15 | DJP | ADDITIONAL REVIEW OF RESEARCH RE TREATMENT OF CERCLA IN BANKRUPTCY CODE, AND PREPARE CORRESPONDENCE TO N. KAJON INQUIRING AS TO WHETHER CERCLA INJUNCTIVE RELIEF CLAIMS MIGHT BE CONCEDED BY DOJ | 0.80 hrs. | 640 /hr. | 512.00 |
| 04/22/15 | DJP | PARTICIPATE IN CONFERENCE CALL AMONG COUNSEL REGARDING DOJ ISSUES | 0.70 hrs. | 640 /hr. | 448.00 |
| 04/22/15 | DJP | REVIEW OF ISSUES AND REVIEW OF MARK-UP OF EPA TERM SHEET FROM CO-COUNSEL WITH PROPOSED REVISIONS, ANALYSIS RE CERCLA CLAIMS AND POTENTIAL CLAIMS UNDER SECTIONS 106 AND 107, AND DRAFT MARK-UP AND EMAIL EXPLANATION OF PROPOSED ADDITIONAL CHANGES, AND TELEPHONE CONFERENCE CO-COUNSEL RE SAME | 1.20 hrs. | 640 /hr. | 768.00 |
| 04/22/15 | DJP | RECEIPT AND ANALYSIS OF ADDITIONAL MARK-UP FROM S. STIRLING RE RCRA AND CERCLA ISSUES, AND PREPARE EMAIL TO N. KAJON RE INCORPORATION OF MY COMMENTS INTO STIRLING MARK-UP | 0.30 hrs. | 640 /hr. | 192.00 |
| 04/22/15 | DJP | FURTHER REVIEW AND ANALYSIS INCLUDING ADDITIONAL EDITS | 0.60 hrs. | 640 /hr. | 384.00 |
| 04/22/15 | DJP | REVIEW FOR AND EMAIL TO N KAJON RE ADDITIONAL PROPOSED CHANGE TO TERM SHEET, RECEIPT OF RESPONSE | 0.30 hrs. | 640 /hr. | 192.00 |
| 04/22/15 | DJP | RECEIPT OF EMAIL FROM N KAJON RE CALL TO DOJ AND PENDING ISSUES | 0.10 hrs. | 640 /hr. | 64.00 |
| 04/22/15 | DJP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM N. KAJON TO DOJ EXPLAINING AND ENCLOSING TERM SHEET, AND RECEIPT AND REVIEW OF FINAL VERSION OF TERM SHEET TRANSMITTED | 0.20 hrs. | 640 /hr. | 128.00 |
| 04/22/15 | DJP | PREPARE FOR POTENTIAL DISCUSSION POINTS WITH DOJ RE PROPOSED TERMS OF LIMITATION OF DOJ AND EPA CLAIMS TO SECTION 107, JUSTIFICATION FOR AND MERITS OF POSITION | 0.80 hrs. | 640 /hr. | 512.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 7 of 13

Invoice Number: 472448                                                                                                                              Page 6

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/15 | EMR | ANALYZE MEMORANDUM FROM N. KAJON W/ FURTHER REVISIONS TO DRAFT TERM SHEET TO ATTORNEYS FOR U.S. D.O.J. RE POTENTIAL COORDINATION OF ENVIRONMENTAL CLAIMS RESOLUTION, INCLUDING COMMENTS FROM ADDITIONAL TEAM MEMBERS (.7); CONFERENCE CALL W/ TEAM MEMBERS RE D.O.J. REVISED TERM SHEET, ADDITIONAL ISSUES AND SUGGESTIONS, AND NEXT STEPS RE SAME (.5); ANALYZE ADDITIONAL AND REVISED TERMS FOR PROPOSAL TO U.S. D.O.J. FROM N. KAJON AND DRAFT AND REVISE POTENTIAL REVISIONS TO SAME INCLUDING RE CERCLA AND RCRA CLAIMS, EPA WITNESS AVAILABILITY AND CONSIDERATION OF SAME AS PROPOSED TERM (.4); ANALYZE AND CONFIRM FINALIZED TERM SHEET FROM N. KAJON AND BRIEFLY ANALYZE MEMORANDUM TO U.S. D.O.J. TRANSMITTING SAME O/B/O L. BUCHWALD (.4) | 2.00 hrs. | 790 /hr. | 1,580.00 |
| 04/22/15 | NFK | EMAILS BUCHWALD, DJP, BEUS ET AL RE RCRA STLMT (1.2) - TEL BUCHWALD RE SAME (0.5) - ATTN TO STLMT AND PREP CONF CALL (0.7) - REVIEW/REVISE TERM SHEET (0.4) - EMAILS STIRLING ET AL AND TEL DJP RE SAME AND MAKE 2 SETS OF FURTHER REVISIONS TO TERM SHEET (1.5) - MSG FOR REYHER (0.1) - CONF EMR RE STLMT (0.1) - EMAIL REYHER RE TERM SHEET (0.1) | 4.60 hrs. | 875 /hr. | 4,025.00 |
| 04/22/15 | CCB | RESEARCHED LEGAL STANDARD FOR SETTLEMENT UNDER BANKRUPTCY RULE 9019. | 0.50 hrs. | 335 /hr. | 167.50 |
| 04/23/15 | DJP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM DOJ TO N. KAJON RE DISCUSSION OF TERM SHEET | 0.10 hrs. | 640 /hr. | 64.00 |
| 04/23/15 | DJP | COMMUNICATIONS DOJ AND ALL INVOLVED COUNSEL RE ARRANGING CONFERENCE WITH DOJ | 0.20 hrs. | 640 /hr. | 128.00 |
| 04/23/15 | DJP | REVIEW AND ANALYSIS OF CERCLA AND RCRA POTENTIAL ISSUES REGARDING RESPECTIVE REMEDIES, PENALTY AND INJUNCTIVE ISSUES, FOR DISCUSSION WITH FEDERAL GOVERNMENT IN SUPPORT OF CLIENT POSITION REGARDING TERMS SHEET FOR RESOLUTION | 3.30 hrs. | 640 /hr. | 2,112.00 |
| 04/23/15 | DJP | RESEARCH RE RCRA PENALTY AND REGULATORY ISSUES | 1.40 hrs. | 640 /hr. | 896.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 8 of 13

Invoice Number:   472448                                                                                                                Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/23/15 | EMR | BRIEFLY ANALYZE MEMORANDA FROM N. KAJON TO TEAM MEMBERS AND RESPONSIVE MEMORANDA TO N. KAJON RE INITIAL DEAL TERMS PROPOSED TO U.S. D.O.J. AND BRIEFLY ANALYZE INITIAL RESPONSIVE POSITIONS FROM U.S. D.O.J. (.4); BRIEFLY ANALYZE MEMORANDA FROM N. KAJON TO TEAM AND DRAFT RESPONSE TO SAME RE PREPARATION, INITIAL SUBSTANTIVE DISCUSSION W/ U.S. D.O.J. ATTORNEYS IN RESPONSE TO TERM SHEET (.2) | 0.60 hrs. | 790 /hr. | 474.00 |
| 04/23/15 | NFK | TEL SEIDEL RE STLMT (0.3) - EMAILS BUCHWALD, REYHER, STIRLING ET AL RE STLMT (0.5) | 0.80 hrs. | 875 /hr. | 700.00 |
| 04/23/15 | CCB | CONTINUED RESEARCH ON WL RE LEGAL STANDARD FOR SETTLEMENT UNDER 9019 (2.1). COMPILED RESEARCH AND EMAILED NFK DRAFT OF LEGAL STANDARD SECTION (.4). | 2.50 hrs. | 335 /hr. | 837.50 |
| 04/24/15 | DJP | RECEIPT AND ANALYSIS OF THESEUS CONSULTING EXPERT REPORT WITH ANALYSIS OF COMPLEX BACKGROUND INFORMATION AND RELEVANT, RCRA, CERCLA AND OTHER ENVIRONMENTAL LIABILITY ISSUES | 2.60 hrs. | 640 /hr. | 1,664.00 |
| 04/24/15 | DJP | REVIEW AND ANALYSIS OF BANKRUPTCY ADVERSARY COMPLAINT OF BEUS GILBERT WITH DETAILED BACKGROUND INFORMATION ON FACTUAL AND LEGAL ISSUES RELEVANT TO RCRA, CERCLA AND OTHER ENVIRONMENTAL FACTUAL AND LEGAL LIABILITY ISSUES | 1.20 hrs. | 640 /hr. | 768.00 |
| 04/24/15 | DJP | PREPARE FOR CONFERENCE CALL AMONG CO-COUNSEL AND US ATTORNEYS | 0.50 hrs. | 640 /hr. | 320.00 |
| 04/24/15 | DJP | PARTICIPATE IN CONFERENCE CALL AMONG CO-COUNSEL AND US ATTORNEYS | 0.50 hrs. | 640 /hr. | 320.00 |
| 04/24/15 | EMR | LONG CONFERENCE CALL W/ L. BUCHWALD, U.S. DEPARTMENT OF JUSTICE ATTORNEYS IN GOVERNMENT ENVIRONMENTAL ACTION AGAINST ENTITIES AFFILIATED W/ DEFENDANTS AND CERTAIN DEFENDANTS IN MAGCORP ACTION, BEUS GILBERT ATTORNEYS, N. KAJON AND D. PARCELLS RE GOVERNMENT CLAIMS, INITIAL RESPONSE TO INITIAL DRAFT TERM SHEET RE ESTATE CLAIMS FROM N. KAJON, CONCEPTUAL AGREEMENTS AND DISAGREEMENTS, NEXT STEPS, AND TIMING (.5); BRIEFLY ASSESS RESULTS AND GOVERNMENT'S POSITION W/ L. BUCHWALD AND N. KAJON (.1) | 0.60 hrs. | 790 /hr. | 474.00 |

01-14312-mkv   Doc 771-4   Filed 10/24/16   Entered 10/24/16 11:55:23   Exhibit D -
Invoice for Environmental   Billing Matter 3   Pg 9 of 13

Invoice Number:   472448                                                                                       Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/15 | NFK | MSGS FROM AND EMAILS DJP RE RCRA (0.2) - REVIEW DOUG ALLEN REPORT AND PREP FOR CONF CALL (1.2) - TELS BUCHWALD, BEUS, STIRLING RE STRATEGY (0.7) - TELEPHONE CONFERENCE/DISC WITH REYHER ET AL RE TERM SHEET (0.4) - CONF EMR AND TELEPHONE CONFERENCE/DISC WITH EMR AND BUCHWALD RE STRATEGY (0.3) | 2.80 hrs. | 875 /hr. | 2,450.00 |
| 04/27/15 | EMR | BRIEFLY ANALYZE MEMORANDUM FROM ATTY. D. REYHER (U.S. D.O.J.) RE ENVIRONMENTAL CLAIMS BY GOVERNMENT, CALL ON APR. 24 AND BRIEFLY ANALYZE RESPONSIVE MEMORANDUM FROM N. KAJON CONFIRMING SUBSTANCE OF SAME, CONTINUATION OF DISCUSSIONS (.3) | 0.30 hrs. | 790 /hr. | 237.00 |
| 04/27/15 | NFK | REVIEW CCB MEMO ON SETTLEMENT STANDARDS AND EMAILS CCB (0.5) - EMAILS REYHER ET AL RE AMENDED POC, STLMT (0.2) | 0.70 hrs. | 875 /hr. | 612.50 |
| 04/27/15 | CCB | EMAILS WITH NFK REGARDING RESEARCH ON LEGAL STANDARD FOR SETTLEMENTS (.1). REVIEWED CASE LAW AND REVISED STANDARD (.2). | 0.30 hrs. | 335 /hr. | 100.50 |
| 04/28/15 | DJP | RECEIPT AND REVIEW OF COMMUNICATIONS WITH DOJ RE PERMISSION FOR DOJ TO AMEND CLAIM TO ADD NATURAL RESOURCES DAMAGES CLAIMS FOR STATE TRUSTEES, AS WELL AS CERCLA SECTION 107 CLAIM TO POC | 0.20 hrs. | 640 /hr. | 128.00 |
| 04/28/15 | DJP | RESEARCH NATURAL RESOURCE DAMAGES CLAIMS ISSUES FOR POTENTIAL DISCUSSION OF TERMS OF INCLUSION IN POC | 2.20 hrs. | 640 /hr. | 1,408.00 |
| 04/28/15 | NFK | EMAILS BUCHWALD RE STATUS | 0.10 hrs. | 875 /hr. | 87.50 |
| 08/04/15 | NFK | REVIEW STIRLING AND REYHER EMAILS RE DOJ AMENDING CLAIM, AND EMAILS BUCHWALD | 0.30 hrs. | 875 /hr. | 262.50 |
| 08/10/15 | EMR | BRIEFLY ANALYZE MEMORANDA FROM ATTY. S. STIRLING RE ENVIRONMENTAL CLAIMS AND CALL FROM ATTY. D. REYHER (U.S.) AND BRIEFLY ANALYZE MEMORANDUM FROM N. KAJON RE SAME, CALL ON AUG. 12 | 0.20 hrs. | 790 /hr. | 158.00 |
| 08/10/15 | NFK | EMAILS REYHER, STIRLING ET AL RE DOJ AMENDING CLAIM | 0.10 hrs. | 875 /hr. | 87.50 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D -
Invoice for Environmental    Billing Matter 3    Pg 10 of 13

Invoice Number: 472448                                                                 Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/15 | DJP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM S. STIRLING AND PREPARE EMAIL TO N. KAJON (.1) COMMUNICATIONS CO-COUNSEL REGARDING CONFERENCE CALL (.1) REVIEW OF PRIOR DRAFT TERM SHEET FOR POTENTIAL ASSISTANCE TO CO-COUNSEL ON ENVIRONMENTAL STATUTORY ISSUES IN CALL WITH DOJ RE NEGOTIATION OF ENVIRONMENTAL POINTS, AND REVIEW AND ANALYSIS OF RCRA AND CERCLA CLAIM ISSUES AND INTERACTION IN CONTEXT OF POTENTIAL DEAL RELATING TO BANKRUPTCY (1.7) | 1.90 hrs. | 640 /hr. | 1,216.00 |
| 08/11/15 | EMR | ANALYZE MEMORANDUM FROM ATTY. S. STIRLING AND ANALYZE DRAFT OUTLINE FOR CALL W/ ATTY. D. REYHER (U.S.) ON AUG. 12 RE POTENTIAL CERCLA AND RCRA CLAIMS, AMENDMENT OF PROOF OF CLAIM, RELATED ISSUES (.6); BRIEFLY ANALYZE MEMORANDA BETWEEN AND AMONG ATTY. S. STIRLING, N. KAJON RE ISSUES AND CALL W/ ATTY. D. REYHER (.1) | 0.70 hrs. | 790 /hr. | 553.00 |
| 08/11/15 | NFK | EMAILS STIRLING, PARSELLS ET AL RE DOJ CALL | 0.30 hrs. | 875 /hr. | 262.50 |
| 08/12/15 | DJP | REVIEW RCRA PENALTY INFORMATION AND CERCLA ISSUES AND PREPARE FOR CALL WITH CLIENT AND BEUS, DOJ | 0.80 hrs. | 640 /hr. | 512.00 |
| 08/12/15 | EMR | ANALYZE MEMORANDA FROM ATTY. S. STIRLING RE DOJ, CALL W/ ATTY. D. REYHER (.1); LONG TELEPHONE CALL W/ ATTY. D. REYHER, TEAM RE ENVIRONMENTAL CLAIMS, STATUS, RELATED MATTERS AND BRIEFLY ANALYZE SAME W/ J. KAJON (.5) | 0.60 hrs. | 790 /hr. | 474.00 |
| 08/12/15 | NFK | PREP DOJ CALL (0.2) - EMAILS STIRLING ET AL RE SAME (0.1) - TEL STIRLING ET AL RE PREP (0.1) - TELEPHONE CONFERENCE/DISC WITH REYHER OF DOJ, STIRLING ET AL RE EPA AMENDING CLAIM (0.5) | 0.90 hrs. | 875 /hr. | 787.50 |
| 08/12/15 | DJP | PARTICIPATE IN CONFERENCE CALL WITH CLIENT AND BEUS, DOJ | 1.00 hrs. | 640 /hr. | 640.00 |
| 11/09/15 | NFK | EMAILS STIRLING AND LENSINK RE DOCS FOR EPA | 0.30 hrs. | 875 /hr. | 262.50 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D -
Invoice for Environmental Billing Matter 3    Pg 11 of 13

Invoice Number:  472448                                                                                           Page 10

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/29/16 | NFK | TEL SEIDEL RE STANDING TO OBJECT TO ENVIRONMENTAL CLAIMS (0.2) - EMAIL BUCHWALD RE SAME (1.0) - TEL BUCHWALD RE SAME, STRATEGY (0.6) - EMAIL BEUS ET AL RE SAME, IMPACT ON STLMT (0.8) | 2.60 hrs. | 890 /hr. | 2,314.00 |
| 03/30/16 | NFK | EMAILS BUCHWALD RE STRATEGY | 0.10 hrs. | 890 /hr. | 89.00 |
| 03/30/16 | NFK | REVIEW STIRLING EMAIL RE RENCO STANDING REQUEST (0.1) - CONF BUCHWALD RE SAME (0.1) | 0.20 hrs. | 890 /hr. | 178.00 |
| 04/01/16 | NFK | EMAILS BUCHWALD RE STANDING | 0.10 hrs. | 890 /hr. | 89.00 |
| 04/01/16 | NFK | ATTN TO STANDING ISSUES (0.5) - MSGS TO AND FROM SEIDEL RE STANDING (0.1) - TEL BUCHWALD RE SAME (0.1) | 0.70 hrs. | 890 /hr. | 623.00 |
| 04/14/16 | NFK | TEL SEIDEL RE RENCO OBJ TO ENVIRONMENTAL CLAIMS (0.3) - CONF BUCHWALD RE SAME (0.2) | 0.50 hrs. | 890 /hr. | 445.00 |
| 06/29/16 | NFK | EMAILS CCB RE CERCLA LIAB AGAINST PARENT AS OPERATOR, BESTFOODS DECISION CITED BY DOJ | 0.40 hrs. | 890 /hr. | 356.00 |
| 06/29/16 | CCB | EMAILS WITH NFK RE MAGCORP RESEARCH; RETRIEVAL AND INITIAL REVIEW OF CASE LAW ON WL. | 0.50 hrs. | 355 /hr. | 177.50 |
| 06/29/16 | CCB | RESEARCHED CASE LAW RE CERCLA & PARENT VERSUS SUBSIDIARY LIABILITY. | 1.30 hrs. | 355 /hr. | 461.50 |
| 06/30/16 | NFK | EMAILS BUCHWALD RE BESTFOODS CERCLA DECISION | 0.10 hrs. | 890 /hr. | 89.00 |
| 07/07/16 | NFK | REVIEW/ANALYZE CCB MEMO RE CERCLA LIAB AGAINST PARENT AND EMAILS W/ BUCHWALD | 0.50 hrs. | 890 /hr. | 445.00 |
| 07/07/16 | CCB | REVIEW AND SUMMARY OF US. V. BEST FOODS CASE, AND REVIEW OF RELATED SECOND CIRCUIT CASE LAW.  DRAFTED DETAILED EMAIL ANALYZING CASES. | 1.90 hrs. | 355 /hr. | 674.50 |
| 08/28/16 | NFK | EMAILS BUCHWALD RE DOJ CLAIM, TIMING | 0.20 hrs. | 890 /hr. | 178.00 |

01-14312-mkv    Doc 771-4    Filed 10/24/16    Entered 10/24/16 11:55:23    Exhibit D - Invoice for Environmental    Billing Matter 3    Pg 12 of 13

Invoice Number:   472448                                                                                                      Page 11

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/16 | NFK | REVIEW EPA RELEASE ON REMEDIAL INVESTIGATION AND EMAILS BUCHWALD AND DOJ RE TIMING OF REPORT AND FORMULATION OF CLAIM | 0.40 hrs. | 890 /hr. | 356.00 |
| 09/20/16 | NFK | REVIEW EMR EMAIL RE ENVIRONMENTAL EXPERT | 0.10 hrs. | 890 /hr. | 89.00 |
| 09/27/16 | NFK | EMAILS BUCHWALD RE ENVIRONMENTAL CLAIMS | 0.10 hrs. | 890 /hr. | 89.00 |

                              TOTAL FEES            98.00 hrs.                    $62,028.00

EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 04/02/13 | WESTLAW | $3.91 |
| 03/12/15 | WESTLAW | $13.10 |
| 03/13/15 | WESTLAW | $15.72 |
| 03/23/15 | WESTLAW | $23.58 |
| 04/23/15 | WESTLAW | $9.13 |
| 09/30/16 | DOCUMENT REPRODUCTION | $32.20 |
| 09/30/16 | TELEPHONE CHARGES. | $32.13 |

                              TOTAL EXPENSES                                         $129.77

**BILLING SUMMARY**

|  |  |
|---|---|
| TOTAL FEES | $62,028.00 |
| TOTAL EXPENSES | $129.77 |
| **TOTAL OF THIS BILL** | **$62,157.77** |
| NET BALANCE FORWARD | $368.00 |
| **TOTAL BALANCE DUE** | **$62,525.77** |

STEVENS & LEE
P. O. BOX 679
READING,  PA   19603-0679
PHONE:  610-478-2000  FAX:  610-376-5610
FEDERAL I.D. #23-1886296

October 20, 2016
Billed through 09/30/16

Invoice Number:  472448         NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170

MAGNESIUM CORP./ENVIRONMENTAL                                     070187-00003

| | |
|---|---:|
| Balance Forward | $368.00 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $368.00 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $62,028.00 |
| TOTAL EXPENSES | $129.77 |
| **TOTAL OF THIS BILL** | **$62,157.77** |
| NET BALANCE FORWARD | $368.00 |
| **TOTAL BALANCE DUE** | **$62,525.77** |