KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 8, 2016

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY 10158-1799

Re: *Buchwald Bankruptcy Appeal (Matter #: 15833)*

Dear Lee:

Enclosed is the bill for our work regarding litigation financing in the above referenced matter for the months of April through August, 2016. We also include a list of expenses to date. The total bill comes to $19,913.04, including $13,585.00 for lawyer and paralegal time and $6,328.04 for disbursements.

Please give me a call if you have any questions.

Sincerely,

Michael K. Kellogg

Enclosure

## KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C

August 31, 2016
Invoice # 2008223196
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY 10158-1799

Re: Buchwald Bankruptcy Appeal (15833)

For Professional Services rendered through August 31, 2016

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Michael K. Kellogg | 6.50 | 950.00 | $ | 6,175.00 |
| Gregory G. Rapawy | 8.00 | 715.00 | $ | 5,720.00 |
| Daniel G. Bird | 2.60 | 650.00 | $ | 1,690.00 |
| Total Professional Services | | | $ | 13,585.00 |

| Disbursements | | |
|---|---|---|
| Conference Call | $ | 20.38 |
| Delivery | $ | 197.78 |
| Online Research | $ | 5,579.32 |
| Other Expenses | $ | 52.16 |
| Photocopies | $ | 478.40 |
| Total Disbursements | $ | 6,328.04 |
| **Net Amount Due** | **$** | **19,913.04** |

```
Lee E. Buchwald                                         August 31, 2016
Buchwald Bankruptcy Appeal                         Invoice # 2008223196
```
---

Professional Services

|  |  |  | Hours | Totals |
|---|---|---|---|---|
| 04/25/16 MKK | • Conference call with clients. | | 1.00 | 1.00 |
| 04/25/16 DGB | • Teleconference with ▓▓▓ ▓▓▓▓▓▓ regarding Second Circuit appeal. | | 1.00 | 1.00 |
| 05/25/16 DGB | • Teleconference with Getchen Keller. | | 0.30 | 0.30 |
| 06/10/16 MKK | • Participate in conference call with ▓▓▓▓▓▓. | | 1.00 | 1.00 |
| 06/10/16 GGR | • Telephone call with client and ▓▓▓▓▓▓ regarding due diligence. | | 1.50 | 1.80 |
|  | • Follow-up e-mail in response to question on telephone call. | | 0.30 | |
| 06/13/16 MKK | • Participate in conference call with clients. | | 0.50 | 0.50 |
| 06/13/16 GGR | • Telephone call with client and Gerchen Keller regarding due diligence. | | 0.50 | 0.50 |
| 06/20/16 MKK | • Telephone calls with N. Kajon regarding financing agreement. | | 0.50 | 0.50 |
| 06/20/16 DGB | • Teleconference with team regarding proposed transaction. | | 0.30 | 0.30 |
| 07/07/16 MKK | • Review Renco filing. | | 0.50 | 0.50 |
| 07/07/16 GGR | • Review and comment on Renco opposition to bid procedures. | | 0.70 | 0.70 |
| 07/08/16 MKK | • Conference call with clients. | | 1.00 | 1.00 |
| 07/08/16 GGR | • Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 2.00 | 2.50 |
|  | • Telephone call with co-counsel regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 0.50 | |

| | | | | |
|---|---|---|---|---|
| Lee E. Buchwald | | | | August 31, 2016 |
| Buchwald Bankruptcy Appeal | | | | Invoice # 2008223196 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/16 | DGB | • Teleconference with client and co-counsel regarding ▆▆▆ | 1.00 | 1.00 |
| 07/11/16 | MKK | • Review and edit reply in support of motion for bid procedures. | 1.00 | 1.00 |
| 07/11/16 | GGR | • Review and comment on reply in support of motion for bid procedures. | 1.00 | 1.00 |
| 07/14/16 | MKK | • Telephone call regarding litigation finance. | 0.50 | 0.50 |
| 07/25/16 | MKK | • Telephone call regarding potential litigation finance. | 0.50 | 0.50 |
| 07/25/16 | GGR | • Telephone call with client and Gerchen Keller regarding ▆▆▆ | 0.50 | 0.50 |
| 08/08/16 | GGR | • Respond to inquiry from N. Kajon regarding ▆▆▆ | 1.00 | 1.00 |

For Professional Services                17.10    $13,585.00

Additional Charges

| Date | Atty | Description | | Amount |
|---|---|---|---|---|
| 09/14/15 | MKK | Delivery: Federal Express Invoice: 516653899 To: Lee E Buchwald, Buchwald Capital Advisors LLC | $ | 15.42 |
| 09/14/15 | MKK | Delivery: Federal Express Invoice: 516653899 To: Dean Pourakis, Stevens & Lee PC | $ | 15.42 |
| 09/15/15 | DGB | WESTLAW --BIRD DANIEL | $ | 19.89 |
| 09/16/15 | MKK | Delivery: Federal Express Invoice: 516653899 To: Michael Kellogg, Kellogg, Huber, Hansen, Todd, | $ | 15.92 |
| 09/16/15 | DGB | WESTLAW --BIRD DANIEL | $ | 79.57 |
| 09/17/15 | GGR | WESTLAW --RAPAWY GREG | $ | 39.78 |
| 09/30/15 | GGR | WESTLAW --RAPAWY GREG | $ | 79.57 |
| 10/01/15 | MKK | PACER Inv 7/1/2015 - 9/30/2015 | $ | 248.70 |
| 12/06/15 | MKK | Fed Ex Inv. #5-166-53899: M. Kellogg - Lee E. Buchwald | $ | 15.42 |

| Date | Init | Description | | Amount |
|---|---|---|---|---|
| 12/06/15 | MKK | Buchwald Capital Advisors LLC 380 E LEXINGTON AVE NEW YORK NY 10168 - 9/14/15 Federal Express Inv. #5-166-53899: M. Kellogg - Dean Pourakis Stevens & Lee PC 485 MADISON AVE FL 20 NEW YORK NY 10022 - 9/14/15 | $ | 15.42 |
| 12/06/15 | MKK | Fed Ex Inv.#5-166-53899: Lee E. Buchwald Buchwald Capital Advisors LLC 380 E LEXINGTON AVE NEW YORK NY 10168 - M. Kellogg - 9/16/15 | $ | 15.92 |
| 12/09/15 | DMK | LEXIS  -COOKE DIANE | $ | 41.24 |
| 12/31/15 | MKK | PACER Inv.10/1/2015 - 12/31/2015 | $ | 32.40 |
| 01/03/16 | DGB | WESTLAW --BIRD DANIEL | $ | 39.78 |
| 01/07/16 | DGB | WESTLAW --BIRD DANIEL | $ | 123.17 |
| 01/08/16 | DGB | WESTLAW --BIRD DANIEL | $ | 55.46 |
| 01/10/16 | DGB | WESTLAW --BIRD DANIEL | $ | 126.98 |
| 01/11/16 | GGR | WESTLAW --RAPAWY GREG | $ | 19.89 |
| 01/12/16 | GGR | WESTLAW --RAPAWY GREG | $ | 218.01 |
| 02/07/16 | DGB | WESTLAW -BIRD DANIEL | $ | 31.41 |
| 02/07/16 | GGR | WESTLAW -RAPAWY GREG | $ | 86.13 |
| 02/08/16 | DGB | WESTLAW -BIRD DANIEL | $ | 166.40 |
| 02/08/16 | GGR | WESTLAW -RAPAWY GREG | $ | 31.41 |
| 02/09/16 | GGR | LEXIS --RAPAWY GREG | $ | 398.68 |
| 02/09/16 | DGB | WESTLAW -BIRD DANIEL | $ | 94.22 |
| 02/09/16 | GGR | WESTLAW -RAPAWY GREG | $ | 1,024.87 |
| 02/10/16 | GGR | WESTLAW -RAPAWY GREG | $ | 200.50 |
| 02/11/16 | GGR | LEXIS --RAPAWY GREG | $ | 406.08 |
| 02/11/16 | GGR | WESTLAW -RAPAWY GREG | $ | 282.19 |
| 02/12/16 | GGR | WESTLAW -RAPAWY GREG | $ | 47.11 |
| 02/16/16 | MKK | Level 3 Communications - Inv. #9035236195 | $ | 8.01 |
| 02/18/16 | GGR | WESTLAW -RAPAWY GREG | $ | 499.04 |
| 02/20/16 | GGR | WESTLAW -RAPAWY GREG | $ | 47.11 |
| 02/23/16 | MKK | Level 3 Communications - Inv. #9035236195 | $ | 12.37 |
| 02/25/16 | DGB | WESTLAW -BIRD DANIEL | $ | 15.70 |
| 02/27/16 | DGB | WESTLAW -BIRD DANIEL | $ | 31.41 |
| 02/27/16 | DMB | WESTLAW -BURKE DAVID | $ | 25.06 |
| 02/28/16 | DGB | WESTLAW -BIRD DANIEL | $ | 15.70 |
| 02/29/16 | TRG | VENDOR: GULL Photocopy; INVOICE#: 0212.4; DATE: 2/29/2016 | $ | 52.16 |
| 03/03/16 | DGB | Delivery: Federal Express Invoice: 534371372 To: Catherine O Hagan Wolfe, Clerk, U S  Court of Appeals   2nd Ci | $ | 26.98 |
| 04/01/16 | TRG | PACER Inv. 1/1/2016 to 3/31/2016:Pages download #529 | $ | 52.90 |
| 04/12/16 | DGB | Delivery: Federal Express Invoice: 538875032 To: Catherine O Hagan Wolfe, Clerk, U S  Court of Appeals   2nd Ci | $ | 26.78 |
| 05/09/16 | GGR | WESTLAW --RAPAWY GREG | $ | 286.12 |
| 05/10/16 | GGR | WESTLAW --RAPAWY GREG | $ | 369.90 |
| 05/11/16 | DMB | WESTLAW --BURKE DAVID | $ | 19.89 |

| | | | | |
|---|---|---|---|---:|
| Lee E. Buchwald | | | | August 31, 2016 |
| Buchwald Bankruptcy Appeal | | | | Invoice # 2008223196 |

| Date | Initials | Description | | Amount |
|---|---|---|---|---:|
| 05/16/16 | GGR | Delivery: Federal Express Invoice: 542653011 To: Catherine O Hagan Wolfe, Clerk, U S Court of Appeals 2nd Ci | $ | 23.59 |
| 05/23/16 | GGR | Delivery: Federal Express Invoice: 543390895 To: Catherine O Hagan Wolfe, Clerk, U S Court of Appeals 2nd Ci | $ | 26.91 |
| 06/10/16 | GGR | WESTLAW -RAPAWY GREG | $ | 5.29 |
| 06/30/16 | MKK | PACER 4/1/16 - 6/30/16:321pages downloaded | $ | 32.10 |
| 07/08/16 | GGR | WESTLAW --RAPAWY GREG | $ | 235.18 |
| 08/08/16 | GGR | WESTLAW --RAPAWY GREG | $ | 50.48 |
| | | Photocopies | $ | 478.40 |
| Total Costs | | | $ | 6,328.04 |

**Net Amount Due**                                                    $  **19,913.04**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael K. Kellogg | 6.50 | 950.00 | $ 6,175.00 |
| Gregory G. Rapawy | 8.00 | 715.00 | $ 5,720.00 |
| Daniel G. Bird | 2.60 | 650.00 | $ 1,690.00 |