**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 05/31/2016
**Account Number:** 9300011379
**HOLDE   CYCLE-310**

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    9300011379
PREVIOUS STATEMENT BALANCE AS OF 04/30/16 .....................    666,386.28
   PLUS    0  DEPOSITS AND OTHER CREDITS  .................            .00
   LESS    1  CHECKS AND OTHER DEBITS  .....................         971.81
CURRENT STATEMENT BALANCE AS OF 05/31/16 .....................    665,414.47
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 05/02 | COLLATERAL FEE | 971.81 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/30 | 666,386.28 | 05/02 | 665,414.47 | | | | |




NOTICE:  See reverse side for important information

**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 06/30/2016
Account Number: 9300011379
HOLDE    CYCLE-310

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER   9300011379
PREVIOUS STATEMENT BALANCE AS OF 05/31/16 .....................     665,414.47
   PLUS       0  DEPOSITS AND OTHER CREDITS .....................            .00
   LESS       1  CHECKS AND OTHER DEBITS .......................         970.44
CURRENT STATEMENT BALANCE AS OF 06/30/16 ......................     664,444.03
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

## Account Transactions

| DATE  | DESCRIPTION     | DEBITS  | CREDITS |
|-------|-----------------|---------|---------|
| 06/01 | COLLATERAL FEE  | 970.44  |         |

## Balance By Date

| DATE  | BALANCE    | DATE  | BALANCE    | DATE | BALANCE | DATE | BALANCE |
|-------|------------|-------|------------|------|---------|------|---------|
| 05/31 | 665,414.47 | 06/01 | 664,444.03 |      |         |      |         |




NOTICE:  See reverse side for important information

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
**Statement Date:** 07/31/2016
**Account Number:** 9300011379
HOLDE    CYCLE-310

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    9300011379
PREVIOUS STATEMENT BALANCE AS OF 06/30/16 .....................    664,444.03
   PLUS       0  DEPOSITS AND OTHER CREDITS  ..................          .00
   LESS       2  CHECKS AND OTHER DEBITS  .....................     17,297.11
CURRENT STATEMENT BALANCE AS OF 07/31/16 ......................    647,146.92
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 2007 | 07/26 | 16,328.13 | | | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 07/01 | COLLATERAL FEE | 968.98 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 06/30 | 664,444.03 | 07/01 | 663,475.05 | 07/26 | 647,146.92 | | |




NOTICE:  See reverse side for important information

**BANKRUPTCY ESTATE OF MAGNESIUM CORP**
**Account: 9300011379**
Page: 2 of 2

 

07/26/2016    2007    $16,328.13

**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 08/31/2016
Account Number: 9300011379
HOLDE   CYCLE-310

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     9300011379
PREVIOUS STATEMENT BALANCE AS OF 07/31/16 .......................   647,146.92
    PLUS       0  DEPOSITS AND OTHER CREDITS  ...................          .00
    LESS       2  CHECKS AND OTHER DEBITS  ......................     2,012.96
CURRENT STATEMENT BALANCE AS OF 08/31/16 ........................   645,133.96
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Check Transactions

| SERIAL | DATE  | AMOUNT   | SERIAL | DATE | AMOUNT |
|--------|-------|----------|--------|------|--------|
| 2006   | 08/01 | 1,050.00 |        |      |        |

## Account Transactions

| DATE  | DESCRIPTION    | DEBITS  | CREDITS |
|-------|----------------|---------|---------|
| 08/01 | COLLATERAL FEE | 962.96  |         |

## Balance By Date

| DATE  | BALANCE    | DATE  | BALANCE    | DATE | BALANCE | DATE | BALANCE |
|-------|------------|-------|------------|------|---------|------|---------|
| 07/31 | 647,146.92 | 08/01 | 645,133.96 |      |         |      |         |




NOTICE:  See reverse side for important information

BANKRUPTCY ESTATE OF MAGNESIUM CORP
Account: 9300011379

Page: 2 of 2

 

08/01/2016   2006   $1,050.00

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: 9300011379
HOLDE    CYCLE-310

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER   9300011379
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................      645,133.96
   PLUS       3   DEPOSITS AND OTHER CREDITS ...................   26,200,045.00
   LESS       5   CHECKS AND OTHER DEBITS .....................    26,842,262.29
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................        2,916.67
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 2008 | 09/20 | 11,324.00 | | | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/01 | COLLATERAL FEE | 940.82 | |
| 09/08 | IN WIRE FEE WAIVED | | 15.00 |
| 09/08 | FED W/I-201609080028384 -ORG- STEVENS LEE | | 26,200,000.00 |
| 09/08 | I/W CHARGE-201609080028384 | 15.00 | |
| 09/15 | REV OUT WIRE FEE | | 30.00 |
| 09/15 | O/W CHARGE-201609150025393 | 30.00 | |
| 09/15 | FED W/O-201609150025393 -BNF- BANKRUPTCY ESTATE OF MAGNESIUM | 26,829,952.47 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 645,133.96 | 09/01 | 644,193.14 | 09/08 | 26,844,193.14 | 09/15 | 14,240.67 |
| 09/20 | 2,916.67 | | | | | | |




NOTICE:  See reverse side for important information

BANKRUPTCY ESTATE OF MAGNESIUM CORP
Account: 9300011379
Page: 2 of 2

| | |
|---|---|
| EMPIRENATIONALBANK — CHECK NUMBER 2008 | |
| LEE E. BUCHWALD, TRUSTEE | |
| 380 LEXINGTON AVENUE, 17th FLOOR | |
| NEW YORK NY 10168-1799 | |
| Bond #016063968 | |
| DATE: 9/15/16      AMOUNT: *********11,324.00 | |
| CASE NUMBER: 1:01-14312-7-RHO | |
| ESTATE OF Debtor: Magnesium Corporation of America | |
| PAY TO THE ORDER OF International Sureties, Ltd., 701 Poydras Street, Suite 420, New Orleans, LA 70139 | |
| Eleven Thousand Three Hundred Twenty Four Dollars And 00/100 | |
| CHAPTER 7 TRUSTEE | |

09/20/2016    2008    $11,324.00

**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
**Statement Date:** 10/31/2016
**Account Number:** 9300011379
**CLOSED**

BANKRUPTCY ESTATE OF MAGNESIUM CORP
LEE E BUCHWALD
CASE # 01-14312-7
LEE E BUCHWALD
380 LEXINGTON AVE 17TH FLOOR
NEW YORK NY  10168

## Statement Summary

```
*** CHECKING ***  BANKRUPTCY CHECKING
ACCOUNT NUMBER    9300011379
PREVIOUS STATEMENT BALANCE AS OF 09/30/16 ............    2,916.67
   PLUS      0  DEPOSITS AND OTHER CREDITS ............        .00
   LESS      1  CHECKS AND OTHER DEBITS ...............   2,916.67
CURRENT STATEMENT BALANCE AS OF 10/31/16 .............        .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Account Transactions

| DATE  | DESCRIPTION    | DEBITS   | CREDITS |
|-------|----------------|----------|---------|
| 10/03 | COLLATERAL FEE | 2,916.67 |         |

## Balance By Date

| DATE  | BALANCE  | DATE  | BALANCE | DATE | BALANCE | DATE | BALANCE |
|-------|----------|-------|---------|------|---------|------|---------|
| 09/30 | 2,916.67 | 10/03 | .00     |      |         |      |         |




NOTICE:  See reverse side for important information

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
September 01, 2016 - September 30, 2016
Page 1 of 3

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

| | |
|---|---|
| Case Number: | 01-14312 |
| Case Name: | Magnesium Corporation of America Debtor |
| Trustee Number: | 0000521820 |
| Trustee Name: | Lee E. Buchwald Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5014801100 | | $0.00 | $0.00 |
| Money Market | | | | |
| MONEY MARKET | 5017290866 | | $0.00 | $26,833,480.80 |
| Total | | | $0.00 | $26,833,480.80 |

## Notable Information For You...

Need more UPS supplies to send your deposits into Rabobank?

You can order supplies yourself by logging into http://campusship.ups.com. Complete instructions (including login credentials) may be found on the BMS Client Portal (https://myResources.bms7.com) > Request Supplies > UPS Information > Ordering Guide.

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 5014801100

Period Covered:
September 01, 2016 - September 30, 2016
Page 2 of 3

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

| | |
|---|---|
| Case Number: | 01-14312 |
| Case Name: | Magnesium Corporation of America Debtor |
| Trustee Number: | 0000521820 |
| Trustee Name: | Lee E. Buchwald Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5014801100 | **Beginning balance** | $0.00 |
| Avg collected balance | $0.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | **Ending balance** | **$0.00** |

**\*\*No activity this statement period\*\***

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 5017290866

Period Covered:
September 01, 2016 - September 30, 2016
Page 3 of 3

| | |
|---|---|
| Case Number: | 01-14312 |
| Case Name: | Magnesium Corporation of America Debtor |
| Trustee Number: | 0000521820 |
| Trustee Name: | Lee E. Buchwald Trustee |

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Money Market

| | | | |
|---|---|---|---|
| Account number | 5017290866 | **Beginning balance** | **$0.00** |
| Avg collected balance | $25,251,719.00 | Total additions | $26,833,480.80 |
| Interest paid year to date | $3,528.33 | Total subtractions | $0.00 |
| | | **Ending balance** | **$26,833,480.80** |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 09-15 | WIRE TRANSFER-IN - MAGNESIUM CORPORAT 20160915MMQFMPFX00 0017 | 26,829,952.47 |
| 09-30 | INTEREST CREDIT | 3,528.33 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-15 | 26,829,952.47 | 09-30 | 26,833,480.80 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.30% |
| Interest-bearing days | 16 |
| Average balance for APY | $26,829,952.47 |
| Interest earned | $3,528.33 |

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
October 01, 2016 - October 31, 2016
Page 1 of 3

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

| | |
|---|---|
| Case Number: | 01-14312 |
| Case Name: | Magnesium Corporation of America Debtor |
| Trustee Number: | 0000521820 |
| Trustee Name: | Lee E. Buchwald Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
|    TRUSTEE CHECKING | 5014801100 | | $0.00 | $0.00 |
| Money Market | | | | |
|    MONEY MARKET | 5017290866 | | $26,833,480.80 | $26,840,317.84 |
| Total | | | $26,833,480.80 | $26,840,317.84 |

## Notable Information For You...

Business cases - please remember the following for Tax Identification Numbers (TINS) and W-9 Forms:
1) Each case may have only one TIN. If the business already has an existing TIN it must be utilized.
2) New TINs for business cases can only be obtained through the IRS (not Rabobank). To obtain a TIN online, go to https://www.irs.gov and type TIN in the search box.
3) When opening a new bank account, enter the TIN and sign the required W-9 form generated from the BMS software immediately afterward.

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 5014801100

Period Covered:
October 01, 2016 - October 31, 2016
Page 2 of 3

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

Case Number: 01-14312
Case Name: Magnesium Corporation of America Debtor
Trustee Number: 0000521820
Trustee Name: Lee E. Buchwald Trustee

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5014801100 | **Beginning balance** | $0.00 |
| Avg collected balance | $0.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | **Ending balance** | **$0.00** |

**No activity this statement period**

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 5017290866

Period Covered:
October 01, 2016 - October 31, 2016
Page 3 of 3

Lee E. Buchwald
380 Lexington Avenue 17th Floor
New York NY 10168--179

Case Number:    01-14312
Case Name:      Magnesium Corporation of America Debtor
Trustee Number: 0000521820
Trustee Name:   Lee E. Buchwald Trustee

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Money Market

| | | | |
|---|---|---|---|
| Account number | 5017290866 | **Beginning balance** | **$26,833,480.80** |
| Avg collected balance | $26,833,480.00 | Total additions | $6,837.04 |
| Interest paid year to date | $10,365.37 | Total subtractions | $0.00 |
| | | **Ending balance** | **$26,840,317.84** |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-31 | INTEREST CREDIT | 6,837.04 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 26,833,480.80 | 10-31 | 26,840,317.84 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.30% |
| Interest-bearing days | 31 |
| Average balance for APY | $26,833,480.80 |
| Interest earned | $6,837.04 |