UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MAGNESIUM CORPORATION OF AMERICA, *et al.*, | : | Case No. 01-14312 (MKV) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**ORDER GRANTING APPLICATION OF
CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)
AND FED. R. BANKR. P. 2014(a) TO RETAIN ROUX
ASSOCIATES, INC. AS ENVIRONMENTAL CLAIMS CONSULTANTS**

Upon the application, dated May 25, 2017, of Lee E. Buchwald, as chapter 7 trustee (the "**Trustee**") of the above-captioned debtors (the "**Debtors**"), praying for authority under section 327(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a) to retain Roux Associates, Inc. ("**Roux**") as environmental claims consultants (the "**Application**"), pursuant to the terms of the retention agreement attached as Exhibit A to the Application ("**Retention Agreement**") [ECF No. 843]; and upon the Declaration of Neil M. Ram, Ph.D., dated May 25, 2017, attached to the Application as Exhibit B; and upon the Declaration of Lee E. Buchwald dated May 25, 2017, attached to the Application as Exhibit C; and it appearing that due and sufficient notice having been given; and no objection having been filed; and it appearing that the principals and associates of Roux are disinterested persons within the meaning of 11 U.S.C. § 327(a); and the Court being satisfied that Roux represents no interest adverse to the Debtors' estates or the estates' creditors in the matters upon which it is to be engaged, and that the retention of Roux is necessary and would be in the best interest of the estates; it is hereby

ORDERED that the Trustee's Application to retain Roux as environmental claims consultants is hereby granted in full, effective as of May 25, 2017, the date of execution of the

Retention Agreement, upon the terms and conditions specified in the Retention Agreement; and it is further

ORDERED that, in its role as environmental claims consultants, Roux shall render any and all services specified in or contemplated under the Retention Agreement including without limitation (i) assisting the Trustee in evaluating the Environmental Claims (as defined in the Application), (ii) participating in negotiations with the relevant environmental agencies concerning the Environmental Claims, and (iii) providing testimony in support of any settlement, or litigation involving, the Environmental Claims; and it is further

ORDERED that all compensation of Roux shall be in compliance with the United States Trustee Fee guidelines and subject to approval of the Court pursuant to 11 U.S.C. §§ 330 or 331.

Dated: New York, New York
       June 22, 2017

*s/ Mary Kay Vyskcoil*
HONORABLE MARY KAY VYSKOCIL
UNITED STATES BANKRUPTCY JUDGE