Constantine D. Pourakis
Jason D. Angelo (*pro hac vice*)
**STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Facsimile: (212) 319-8505
cp@stevenslee.com
jda@stevenslee.com

*Attorneys for Lee E. Buchwald,*
*Chapter 7 Trustee for Magnesium*
*Corporation of America and Renco Metals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re:

|  |  |
|---|---|
| **MAGNESIUM CORPORATION OF AMERICA**, *et al.*, | Chapter 7 |
|  | Case No. 01-14312 (MKV) |
|  | (Jointly Administered) |
| Debtors. |  |

----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) ON BEHALF OF MAGNESIUM CORPORATION OF AMERICA PURSUANT TO SECTION 502(B) AND BANKRUPTCY RULE 3007(LATE-FILED CLAIMS)

Lee E. Buchwald, as chapter 7 Trustee (the "Trustee") of the estates of Magnesium Corporation of America and Renco Metals, Inc., by and through his counsel, hereby withdraws his *Fourth Omnibus Objection to Claims (Substantive) On Behalf of Magnesium Corporation of America Pursuant to Section 502(b) and Bankruptcy Rule 3007(Late-Filed Claims)* filed April 28, 2017 (Docket No. 804), without prejudice.

Dated: New York, New York
June 30, 2017

**STEVENS & LEE, P.C.**

By: */s/ Constantine D. Pourakis*
Constantine D. Pourakis
Jason D. Angelo (admitted *pro hac vice*)
485 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 319-8500
Facsimile:  (212) 319-8505
cp@stevenslee.com
jda@stevenslee.com

*Attorneys for Lee E. Buchwald,
as Chapter 7 Trustee for Magnesium
Corporation of America and Renco Metals, Inc.*