# Exhibit B

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

April 18, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

        Re:  *Buckwald Bankruptcy Appeal (Matter #: 17230)*

Dear Lee:

    Enclosed is the bill for our work regarding the above referenced matter for the month ended March 31, 2017. The total bill comes to $929.50.

    Please give me a call if you have any questions.

                        Sincerely,

                        Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

March 31, 2017
Invoice # 2008224998
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buckwald Bankruptcy Appeal (17230)

For Professional Services rendered through March 31, 2017

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Gregory G. Rapawy | 1.30 | 715.00 | $ | 929.50 |
| Total Professional Services | | | $ | 929.50 |
| **Net Amount Due** | | | $ | **929.50** |

Lee E. Buchwald
Buckwald Bankruptcy Appeal

March 31, 2017
Invoice # 2008224998

Professional Services

| Date | | Description | Hours | |
|------|------|-------------|-------|---|
| 03/13/17 | GGR | Respond to inquiry from client regarding issuance of mandate. | 0.30 | |
| 03/16/17 | GGR | Respond to client inquiry regarding en banc review. | 1.00 | |
| | | For Professional Services | 1.30 | $929.50 |
| | | **Net Amount Due** | | $   929.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount | |
|------|-------|------|--------|---|
| Gregory G. Rapawy | 1.30 | 715.00 | $ | 929.50 |

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

May 17, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

        Re:  *Buckwald Bankruptcy Appeal (Matter #: 17230)*

Dear Lee:

    Enclosed is the bill for our work regarding the above referenced
matter for the month ended April 30, 2017. The total bill comes to
$1,560.00.

    Please give me a call if you have any questions.

                Sincerely,

                Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

April 30, 2017
Invoice # 2008225215
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buckwald Bankruptcy Appeal (17230)

For Professional Services rendered through April 30, 2017

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Michael K. Kellogg | 0.50 | 975.00 | $ | 487.50 |
| Gregory G. Rapawy | 1.50 | 715.00 | $ | 1,072.50 |
| Total Professional Services | | | $ | 1,560.00 |
| **Net Amount Due** | | | **$** | **1,560.00** |

Lee E. Buchwald                                      April 30, 2017
Buckwald Bankruptcy Appeal                   Invoice # 2008225215

---

Professional Services

| Date | TK | Description | Hours | |
|------|-----|-------------|-------|---|
| 04/05/17 | MKK | Review petition for rehearing en banc. | 0.50 | |
| 04/05/17 | GGR | Review and comment on petition for rehearing en banc; correspond with client regarding same. | 1.00 | |
| 04/06/17 | GGR | Respond to inquiry from client regarding petition for rehearing en banc. | 0.50 | |
| | | For Professional Services | 2.00 | $1,560.00 |

**Net Amount Due**                                    $   1,560.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael K. Kellogg | 0.50 | 975.00 | $ 487.50 |
| Gregory G. Rapawy | 1.50 | 715.00 | $ 1,072.50 |



# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

June 20, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

    Re:  *Buchwald Bankruptcy Appeal (Matter #: 17230)*

Dear Lee:

    Enclosed is the bill for our work regarding the above referenced matter for the month ended May 31, 2017. The total bill comes to $22,880.59, including $21,760.00 for lawyer and paralegal time and $1,120.59 for disbursements.

    Please give me a call if you have any questions.

               Sincerely,

               Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

May 31, 2017
Invoice # 2008225455
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buchwald Bankruptcy Appeal (17230)

For Professional Services rendered through May 31, 2017

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Michael K. Kellogg | 1.00 | 975.00 | $ | 975.00 |
| Gregory G. Rapawy | 28.00 | 715.00 | $ | 20,020.00 |
| Daniel G. Bird | 1.00 | 675.00 | $ | 675.00 |
| David M. Burke | 0.30 | 300.00 | $ | 90.00 |
| Total Professional Services | | | $ | 21,760.00 |

Disbursements
Online Research                                          $      1,120.59

Total Disbursements                                      $      1,120.59

**Net Amount Due**                                    $     **22,880.59**

Lee E. Buchwald                                          May 31, 2017
Buchwald Bankruptcy Appeal                       Invoice # 2008225455

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 05/11/17 | DMB | Prepare timeline scenarios for certiorari petition briefing and conference; email correspondence with G. Rapawy. | 0.30 |
| 05/12/17 | GGR | Work on summary of certiorari schedule and timing for client; work on opposition to stay of mandate. | 7.50 |
| 05/15/17 | GGR | Work on opposition to stay of mandate. | 4.50 |
| 05/16/17 | GGR | Work on opposition to stay of mandate. | 5.80 |
| 05/16/17 | DGB | Review and comment on draft opposition to stay of the mandate. | 0.50 |
| 05/17/17 | MKK | Work on opposition to stay of mandate. | 1.00 |
| 05/17/17 | GGR | Work on opposition to stay of mandate; coordinate paralegal review and filing of same. | 9.00 |
| 05/17/17 | DGB | Review motion for stay and opposition brief. | 0.50 |
| 05/18/17 | GGR | Respond to inquiry from co-counsel regarding costs on appeal; correspond with M. Kellogg and confer with B. Murphy regarding timing of order on motion to stay mandate; correspond with client regarding same; review order granting motion to stay; correspond with client regarding same. | 1.20 |

| For Professional Services | 30.30 | $21,760.00 |
|---|---|---|

Additional Charges

| 05/11/17 | GGR | WESTLAW --RAPAWY GREG | $ | 19.89 |
|---|---|---|---|---|
| 05/12/17 | GGR | WESTLAW --RAPAWY GREG | $ | 112.52 |
| 05/15/17 | GGR | WESTLAW --RAPAWY GREG | $ | 212.78 |

Lee E. Buchwald                                    May 31, 2017
Buchwald Bankruptcy Appeal                 Invoice # 2008225455

| 05/16/17 | GGR | WESTLAW --RAPAWY GREG | $ | 200.72 |
| 05/17/17 | GGR | WESTLAW --RAPAWY GREG | $ | 574.68 |
| Total Costs | | | $ | 1,120.59 |

**Net Amount Due**                             $    22,880.59


Timekeeper Summary

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Michael K. Kellogg | 1.00 | 975.00 | $ | 975.00 |
| Gregory G. Rapawy | 28.00 | 715.00 | $ | 20,020.00 |
| Daniel G. Bird | 1.00 | 675.00 | $ | 675.00 |
| David M. Burke | 0.30 | 300.00 | $ | 90.00 |

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

September 15, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

   Re:  *Buchwald Bankruptcy Appeal (Matter #: 17230)*

Dear Lee:

  Enclosed is the bill for our work regarding the above referenced matter for the month ended August 31, 2017. The total bill comes to $50,680.49, including $49,489.50 for lawyer and paralegal time and $1,190.99 for disbursements.

  Please give me a call if you have any questions.

     Sincerely,

     Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

August 31, 2017
Invoice # 2008226080
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buchwald Bankruptcy Appeal (17230)

For Professional Services rendered through August 31, 2017

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Michael K. Kellogg | 8.50 | 975.00 | $ | 8,287.50 |
| Gregory G. Rapawy | 51.30 | 715.00 | $ | 36,679.50 |
| Daniel G. Bird | 3.10 | 675.00 | $ | 2,092.50 |
| David M. Burke | 8.10 | 300.00 | $ | 2,430.00 |
| Total Professional Services | | | $ | 49,489.50 |

| Disbursements | | |
|---|---|---|
| Online Research | $ | 1,190.99 |
| Total Disbursements | $ | 1,190.99 |

| **Net Amount Due** | $ | 50,680.49 |
|---|---|---|

Lee E. Buchwald                                            August 31, 2017
Buchwald Bankruptcy Appeal                          Invoice # 2008226080

Professional Services

| Date | | Description | Hours |
|------|------|-------------|------:|
| 08/09/17 | GGR | Review and comment on petition for certiorari; respond to inquiry from co-counsel regarding argument raised in same. | 1.00 |
| 08/10/17 | MKK | Review certiorari petition. | 1.00 |
| 08/10/17 | DGB | Review and analyze petition for certiorari. | 0.80 |
| 08/14/17 | MKK | Review certiorari petition; telephone call with clients. | 1.00 |
| 08/14/17 | GGR | Prepare for and participate in telephone call with client regarding opposition to certiorari; work on opposition to certiorari. | 6.90 |
| 08/14/17 | DGB | Teleconference with team regarding petition for certiorari; confer with M. Kellogg and G. Rapawy. | 0.30 |
| 08/15/17 | GGR | Work on opposition to certiorari. | 6.20 |
| 08/16/17 | MKK | Review argument transcript for use in certiorari opposition; discuss with G. Rapawy. | 0.50 |
| 08/16/17 | GGR | Work on opposition to certiorari. | 7.80 |
| 08/16/17 | DMB | Prepare template for opposition to certiorari; update electronic database with filed certiorari petition; email correspondence with G. Rapawy. | 1.00 |
| 08/17/17 | GGR | Work on opposition to certiorari. | 7.80 |
| 08/18/17 | MKK | Work on certiorari opposition. | 1.00 |
| 08/18/17 | GGR | Work on opposition to certiorari. | 5.80 |
| 08/18/17 | DGB | Review and revise opposition to certiorari. | 1.00 |
| 08/18/17 | DMB | Format draft text for opposition to certiorari; email | 0.50 |

Lee E. Buchwald                                    August 31, 2017
Buchwald Bankruptcy Appeal                      Invoice # 2008226080

---

|            |     |                                                                                        |       |           |
|------------|-----|----------------------------------------------------------------------------------------|-------|-----------|
|            |     | correspondence with G. Rapawy.                                                         |       |           |
| 08/19/17   | MKK | Work on certiorari opposition.                                                         | 2.00  |           |
| 08/23/17   | DMB | Email correspondence with M. Kellogg and G. Rapawy regarding timeline for case.        | 0.10  |           |
| 08/24/17   | MKK | Review comments on certiorari opposition; make revisions.                              | 1.00  |           |
| 08/25/17   | MKK | Review additional edits.                                                               | 0.50  |           |
| 08/28/17   | GGR | Work on opposition to certiorari; review client comments regarding same.               | 7.50  |           |
| 08/29/17   | GGR | Work on opposition to certiorari.                                                      | 2.50  |           |
| 08/29/17   | DMB | Review and cite-check opposition to certiorari; email correspondence with K. Kellogg, G. Rapawy, and D. Bird. | 3.80  |           |
| 08/30/17   | MKK | Work on certiorari opposition.                                                         | 1.50  |           |
| 08/30/17   | GGR | Work on opposition to certiorari; correspond with co-counsel and internal team regarding same. | 4.80  |           |
| 08/30/17   | DGB | Review and revise opposition to certiorari.                                            | 1.00  |           |
| 08/31/17   | GGR | Work on opposition to certiorari.                                                      | 1.00  |           |
| 08/31/17   | DMB | Cite-check opposition to certiorari; enter edits; email correspondence with G. Rapawy. | 2.70  |           |
|            |     | For Professional Services                                                              | 71.00 | $49,489.50 |

Additional Charges

| Date       | Atty | Description                     |    |        |
|------------|------|--------------------------------|----|--------|
| 08/09/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 81.28  |
| 08/14/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 74.62  |
| 08/15/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 187.43 |
| 08/16/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 385.30 |
| 08/18/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 237.62 |
| 08/28/17   | GGR  | WESTLAW --RAPAWY GREG          | $  | 175.00 |
| 08/29/17   | DMB  | WESTLAW --BURKE DAVID          | $  | 27.76  |

Lee E. Buchwald                                    August 31, 2017
Buchwald Bankruptcy Appeal              Invoice # 2008226080

---

| 08/31/17 GGR    WESTLAW --RAPAWY GREG | $ | 21.98 |
| Total Costs | $ | 1,190.99 |

**Net Amount Due**                          $    50,680.49

### Timekeeper Summary

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Michael K. Kellogg | 8.50 | 975.00 | $ | 8,287.50 |
| Gregory G. Rapawy | 51.30 | 715.00 | $ | 36,679.50 |
| Daniel G. Bird | 3.10 | 675.00 | $ | 2,092.50 |
| David M. Burke | 8.10 | 300.00 | $ | 2,430.00 |

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

October 5, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY 10158-1799

Re: *Buchwald Bankruptcy Appeal (Matter #: 17230)*

Dear Lee:

Enclosed is the bill for our work regarding the above referenced matter for the month ended September 30, 2017. The total bill comes to $6,619.53, including $5,423.50 for lawyer and paralegal time and $1,196.03 for disbursements.

Please give me a call if you have any questions.

Sincerely,

Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

September 30, 2017
Invoice # 2008226142
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buchwald Bankruptcy Appeal (17230)

For Professional Services rendered through September 30, 2017

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Gregory G. Rapawy | 4.90 | 715.00 | $ | 3,503.50 |
| David M. Burke | 6.40 | 300.00 | $ | 1,920.00 |
| Total Professional Services | | | $ | 5,423.50 |

| Disbursements | | |
|---|---|---|
| Outside Duplication | $ | 1,196.03 |
| Total Disbursements | $ | 1,196.03 |

| **Net Amount Due** | $ | **6,619.53** |
|---|---|---|

Lee E. Buchwald                                      September 30, 2017
Buchwald Bankruptcy Appeal                          Invoice # 2008226142

Professional Services

|            |     |                                                              | Hours |
|------------|-----|--------------------------------------------------------------|-------|
| 09/03/17   | DMB | Review revised version of opposition to certiorari; cite-check additional material; enter edits; prepare tables of contents and authorities; draft clerk letter and certificates of service and word count; generate address labels; email correspondence with M. Kellogg, G. Rapawy, and D. Bird. | 3.80  |
| 09/04/17   | GGR | Review paralegal edits to opposition to certiorari; final review of same; circulate near-final draft of same to client. | 2.80  |
| 09/05/17   | GGR | Respond to inquiry from co-counsel regarding certiorari procedure. | 0.20  |
| 09/05/17   | DMB | Review final version of opposition to certiorari; enter final edits; create electronic copy of opposition to certiorari; email correspondence with vendor regarding printing; draft clerk letter and certificates of service and word count; create electronic copies of letter and certificates; update electronic database; generate address labels; review and distribute printed copies of brief; prepare packages for filing and service of brief. | 2.30  |
| 09/06/17   | GGR | Correspond with internal team about certiorari procedure; research same; work on correspondence with Clerk of Supreme Court. | 0.50  |
| 09/06/17   | DMB | Coordinate electronic filing and service of opposition to certiorari; email correspondence with M. Kellogg, G. Rapawy, and D. Bird. | 0.30  |
| 09/12/17   | GGR | Respond to inquiry from client regarding certiorari procedure. | 0.40  |

Lee E. Buchwald                                          September 30, 2017
Buchwald Bankruptcy Appeal                              Invoice # 2008226142

---

| 09/19/17 | GGR | Review and comment on reply in support of certiorari. | 1.00 | |
|---|---|---|---|---|

|  | For Professional Services | 11.30 | $5,423.50 |
|---|---|---|---|

**Additional Charges**

| 09/04/17 | DMB | VENDOR: HBP, Inc; INVOICE#: 210637; DATE: 9/4/2017 Printing of brief in opposition to certiorari. | $ | 1,196.03 |
|---|---|---|---|---|

| Total Costs | | $ | 1,196.03 |
|---|---|---|---|

| **Net Amount Due** | | $ | **6,619.53** |
|---|---|---|---|

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gregory G. Rapawy | 4.90 | 715.00 | $ 3,503.50 |
| David M. Burke | 6.40 | 300.00 | $ 1,920.00 |

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202)326-7900
FACSIMILE
(202)326-7999

October 5, 2017

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re:  *Buchwald Bankruptcy Appeal (Matter #: 15833)*

Dear Lee:

Enclosed is the bill for our expenses regarding the above referenced matter for the period from September 1, 2016 to September 30, 2017. The total bill comes to $10,108.85 for disbursements. Lawyer and paralegal time are not included in this bill because the services provided were covered by our contingency fee agreement.

Please give me a call if you have any questions.

Sincerely,

Michael K. Kellogg

Enclosure

# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C

September 30, 2017
Invoice # 2008226141
EIN 52-1811709

Lee E. Buchwald
380 Lexington Avenue
17th Floor
New York, NY  10158-1799

Re: Buchwald Bankruptcy Appeal (15833)

For Professional Services rendered through September 30, 2017

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Total Professional Services | | | $        0.00 |

| Disbursements | | |
|---|---|---|
| Business Meals | $ | 1,136.17 |
| Court Fees | $ | 30.00 |
| Hotel | $ | 3,663.08 |
| Online Research | $ | 2,371.19 |
| Out of Town Travel Expenses | $ | 35.00 |
| Photocopies | $ | 286.80 |
| Taxi Cab and Car Service | $ | 614.61 |
| Trainfare | $ | 1,972.00 |
| Total Disbursements | $ | 10,108.85 |
| **Net Amount Due** | **$** | **10,108.85** |

Lee E. Buchwald                                                September 30, 2017
Buchwald Bankruptcy Appeal                                     Invoice # 2008226141

---

Professional Services

|                                              | Hours   |          |
|----------------------------------------------|---------|----------|
| For Professional Services                    | 0.00    | $0.00    |

Additional Charges

| Date     | Init | Description                                                           |     |        |
|----------|------|-----------------------------------------------------------------------|-----|--------|
| 09/26/16 | GGR  | WESTLAW --RAPAWY GREG                                                  | $   | 125.10 |
| 10/01/16 | TRG  | Pacer Inv. 7/1/16 - 9/30/2016:Pages -194                              | $   | 19.40  |
| 12/02/16 | DGB  | Court Fees: COURTCALL #7982744Telephonic participation in hearing     | $   | 30.00  |
| 01/01/17 | BMM  | PACER Inv. 10/1/16 to 12/31/16 -Pages - 105                           | $   | 10.50  |
| 01/07/17 | GGR  | WESTLAW --RAPAWY GREG                                                  | $   | 23.03  |
| 01/09/17 | GGR  | WESTLAW --RAPAWY GREG                                                  | $   | 229.39 |
| 01/14/17 | GGR  | WESTLAW --RAPAWY GREG                                                  | $   | 75.85  |
| 01/17/17 | GGR  | Business Meal: Meeting with client and co-counsel                     | $   | 178.20 |
| 01/26/17 | AJP  | WESTLAW --PURSLEY ANDREW                                              | $   | 121.44 |
| 01/27/17 |      | LEXIS --COOKE DIANE                                                    | $   | 41.24  |
| 01/27/17 | AJP  | WESTLAW --PURSLEY ANDREW                                              | $   | 344.09 |
| 01/30/17 | TRG  | LEXIS --GRIM TARA                                                      | $   | 536.15 |
| 01/30/17 | TRG  | WESTLAW --GRIM TARA                                                    | $   | 23.03  |
| 01/30/17 | AJP  | WESTLAW --PURSLEY ANDREW                                              | $   | 701.67 |
| 01/31/17 | GGR  | Business Meal: Meeting with client and co-counsel                     | $   | 258.50 |
| 02/04/17 | GGR  | WESTLAW --RAPAWY GREG                                                  | $   | 120.30 |
| 02/07/17 | MKK  | Trainfare: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir.  | $   | 634.00 |
| 02/07/17 | MKK  | Hotel: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir.      | $   | 915.77 |
| 02/07/17 | MKK  | Business meals: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. | $ | 49.92  |
| 02/07/17 | MKK  | Car Service: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. | $   | 459.32 |
| 02/08/17 | DGB  | Trainfare: Dan Bird -Trip to New York                                 | $   | 248.00 |
| 02/08/17 | GGR  | Trainfare: Gregory Rapawy Trip to NY (2/8 - 2/9)                      | $   | 669.00 |
| 02/08/17 | GGR  | Taxi cab: Gregory Rapawy Attend oral argument - NYC, USCA 2nd Cir.    | $   | 20.76  |
| 02/08/17 | GGR  | Taxi cab: Gregory Rapawy Attend oral argument - NYC, USCA 2nd Cir.    | $   | 22.08  |
| 02/08/17 | GGR  | Hotel: Gregory Rapawy Attend oral argument - NYC, USCA 2nd Cir.       | $   | 915.77 |
| 02/08/17 | GGR  | Hotel: Dan Bird Attend oral argument - NYC, USCA 2nd Cir.             | $   | 915.77 |
| 02/08/17 | DGB  | Trainfare: Daniel Bird -Trip to New York                             | $   | 421.00 |
| 02/08/17 | MKK  | Hotel: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir.      | $   | 915.77 |

Lee E. Buchwald                                          September 30, 2017
Buchwald Bankruptcy Appeal                              Invoice # 2008226141

| Date | | Description | | Amount |
|---|---|---|---|---|
| 02/08/17 | MKK | Business meals: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. | $ | 18.87 |
| 02/08/17 | MKK | Out of town travel expenses: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. | $ | 35.00 |
| 02/08/17 | MKK | Business meals: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. Gregory Rapawy, Daniel Bird | $ | 577.76 |
| 02/09/17 | GGR | Taxi cab: Gregory Rapawy Attend oral argument - NYC, USCA 2nd Cir. | $ | 62.40 |
| 02/09/17 | MKK | Business meals: Michael Kellogg Attend oral argument - NYC, USCA 2nd Cir. | $ | 52.92 |
| 02/21/17 | MKK | VENDOR: Sunny's Executive Sedan Service, Inc.; INVOICE#: 216073; DATE: 2/21/2017 M Kellogg to Washington DC on 2/7/2017 | $ | 50.05 |
| | | Photocopies | $ | 286.80 |
| Total Costs | | | $ | 10,108.85 |

**Net Amount Due**                                      $      10,108.85

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|