**EXHIBIT B**

Invoice for Estate Administration, Billing Matter 1

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number: 492653          NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY 10170

MAGNESIUM CORP./ESTATE ADMIN                                    070187-00001

| | |
|---|---:|
| Balance Forward | $251,281.28 |
| Payments and Adjustments made since last invoice | ($188,816.30) |
| Net Balance Forward | $62,464.98 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/16 | CP | ATTN TO INTERIM FEE APPLICATION, FEE CHARTS | 0.50 hrs. | 625 /hr. | 312.50 |
| 10/03/16 | CP | CONTINUE REVIEW OF INTERIM FEE APPLICATION CHARTS, BILLS | 1.20 hrs. | 625 /hr. | 750.00 |
| 10/03/16 | NFK | EMAILS WARREN AND BUCHWALD RE WILMINGTON TRUST AND M&T CONFLICT WAIVER (0.1) - ATTN TO OPEN ISSUES (0.3) - ███████ ████████ (0.2) | 0.60 hrs. | 890 /hr. | 534.00 |
| 10/03/16 | JDA | ███████████████ | 0.60 hrs. | 325 /hr. | 195.00 |
| 10/04/16 | CP | FINISH REVIEW OF FIRST DRAFT OF INTERIM FEE APPLICATION CHARTS | 2.30 hrs. | 625 /hr. | 1,437.50 |
| 10/04/16 | JDA | CONTINUE DRAFTING MOTION, NOTICE AND ORDER FOR SETTING BAR DATE. | 1.80 hrs. | 325 /hr. | 585.00 |
| 10/04/16 | NFK | DRAFT SUPP RETENTION DECL RE WILMINGTON TRUST AND EMAIL BUCHWALD (0.4) - CONFS CP RE OPEN ISSUES INCL BAR DATE, CLAIMS, APPEAL, STLMT (0.2) | 0.60 hrs. | 890 /hr. | 534.00 |

Invoice Number:  492653

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/16 | JDA | DRAFT APPLICATION FOR ORDER FIXING BAR DATE | 1.40 hrs. | 325 /hr. | 455.00 |
| 10/04/16 | JDA | REVISE AND FURTHER DRAFT MOTION TO SET BAR DATE. | 0.70 hrs. | 325 /hr. | 227.50 |
| 10/05/16 | CP | DRAFT NOTICE OF FEE HEARING, FEE ORDER, RESPONSIBLE PROFESSIONAL CERTIFICATION (1.0) - REVIEW FEE APP CHARTS (0.6) | 1.60 hrs. | 625 /hr. | 1,000.00 |
| 10/05/16 | JDA | ███████████████████████████ | 1.80 hrs. | 325 /hr. | 585.00 |
| 10/05/16 | JDA | ███████████████████████████ | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/05/16 | JDA | ███████████████████████████ | 0.20 hrs. | 325 /hr. | 65.00 |
| 10/05/16 | JFE | EFILED IN THE U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK:  (1) SECOND SUPPLEMENTAL DECLARATION OF  NICHOLAS F. KAJON IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN STEVENS & LEE, PC AS GENERAL BANKRUPTCY COUNSEL; AND (2) CERTIFICATE OF SERVICE. | 0.20 hrs. | 215 /hr. | 43.00 |
| 10/05/16 | NFK | ATTN TO OPEN ISSUES (0.2) - EMAILS AND CONF JF AND EMAIL BUCHWALD RE 2ND SUPP RETENTION DECLARATION (0.1) - EMAILS CP AND KELLOGG RE KELLOGG MODIFIED RETENTION ORDER (0.1) - EMAILS KELLOGG, BEUS, BUCHWALD, CP ET AL RE INTERIM FEE APPS (0.3) | 0.70 hrs. | 890 /hr. | 623.00 |
| 10/05/16 | JDA | REVIEW CP'S REDLINE EDITS OF MOTION TO ESTABLISH BAR DATE, REVISE MOTION/NOTICE/ORDER AND SEND SAME TO NFK FOR REVIEW. | 0.60 hrs. | 325 /hr. | 195.00 |
| 10/06/16 | JDA | REVIEW/ANALYZE 1996 RENCO PROSPECTUS. | 0.60 hrs. | 325 /hr. | 195.00 |
| 10/06/16 | NFK | EMAILS KELLOGG, CP ET AL RE FEE APPS | 0.10 hrs. | 890 /hr. | 89.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/06/16 | CP | EMAILS W/ KELLOGG HUBER RE: FEE APPLICATION REQUIREMENTS | 0.20 hrs. | 625 /hr. | 125.00 |
| 10/07/16 | JDA | REVIEW/ANALYZE 1996 TRUST INDENTURES AND EXHIBITS THERETO. | 1.20 hrs. | 325 /hr. | 390.00 |
| 10/07/16 | NFK | ATTN TO OPEN ISSUES AND EMAILS STIRLING RE RECORDS (0.4) - TEL CHMBS AND EMAILS BUCHWALD ET AL RE FEE APP HRG (0.2) | 0.60 hrs. | 890 /hr. | 534.00 |
| 10/09/16 | NFK | EMAILS CP RE BAR DATE | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/10/16 | JFE | EFILED IN THE U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK:  (1) SECOND SUPPLEMENTAL DECLARATION OF  NICHOLAS F. KAJON IN SUPPORT OF APPLICATION OF CHAPTER 7 TRUSTEE TO RETAIN STEVENS & LEE, PC AS GENERAL BANKRUPTCY COUNSEL; AND (2) CERTIFICATE OF SERVICE. | 0.20 hrs. | 215 /hr. | 43.00 |
| 10/10/16 | NFK | REVIEW BILLS AND EMAILS KLR RE REDACTIONS TO MAINTAIN BIDDER CONFIDENTIALITY (0.4) - EMAILS JF RE SAME, FEE APP (0.1) - BEGIN DRAFTING S&L 3RD INTERIM FEE APP (3.0) - REVIEW SGO DRAFT APP FOR PAYMENT OF HOLDBACKS AND EMAILS SALOMON ET AL (0.2) | 3.70 hrs. | 890 /hr. | 3,293.00 |
| 10/11/16 | NFK | REVIEW AND RESPOND TO JONAS EMAIL AND WILMINGTON TRUST FEE AGMT (0.6) - FOLLOW-UP EMAILS JONAS AND BUCHWALD (0.2) - EMAILS CP ET AL RE KELLOGG ORDER (0.1) | 0.90 hrs. | 890 /hr. | 801.00 |
| 10/12/16 | CP | REVIEW & REVISE UPDATED INTERIM FEE APPLICATION CHARTS | 2.20 hrs. | 625 /hr. | 1,375.00 |
| 10/12/16 | JDA | REVIEW AND ANALYZE DOCUMENTS RE: 1993 AND 1996 INDENTURES FROM BEUS GILBERT. | 1.10 hrs. | 325 /hr. | 357.50 |
| 10/13/16 | NFK | REVIEW KELLOGG RET ORDER AND EMAILS KELLOGG ET AL | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/14/16 | NFK | CONTINUE WORKING ON FEE APP | 1.00 hrs. | 890 /hr. | 890.00 |

01-14312-mkv    Doc 895-2    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit B - Invoice for Estate Admin    Billing Matter 1 (Redacted)    Pg 5 of 28                    Page 4

Invoice Number:    492653

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/16 | CP | MEETINGS W/ NFK, JFE RE: FEE APPLICATION, (0.4) - REVISE FEE APPLICATION CHARTS (0.5) | 0.90 hrs. | 625 /hr. | 562.50 |
| 10/18/16 | NFK | CONFS CP RE OPEN ISSUES INCL BAR DATE, CLAIMS, ███████ FEE APP (0.3) - TEL SALOMON RE SGO FEE APP, HRG (0.1) - EMAILS JF AND CP RE FEE APP SCHEDULES (0.2) - REVIEW FEE APP SCHEDULES (0.2) - CONTINUE DRAFTING 3RD INTERIM FEE APP (1.3) - EMAILS JDA AND CP RE OPEN ISSUES (0.1) | 2.20 hrs. | 890 /hr. | 1,958.00 |
| 10/19/16 | CP | DRAFT FEE APPLICATION NOTICE OF HEARING, INTERIM & FINAL FEE ORDER (0.6) - TELEPHONE CALL W/ KHHTEF RE: FEE APPLICATION (0.3) - MEETING W/ NFK, JDA RE: ███████████████ (0.4) - REVISE NFK CERTIFICATION IN SUPPORT OF FEE APPLICATION (0.2) | 1.50 hrs. | 625 /hr. | 937.50 |
| 10/19/16 | JDA | ████████████████████████████ | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/19/16 | NFK | REVIEW/REVISE BAR DATE PAPERS (0.5) - EMAILS BUCHWALD, TEAM, DOJ AND JONAS RE SAME (0.3) - ATTN TO OPEN ISSUES (0.3) - MTG W/ CP AND JDA ██████████████ (0.3) - CONTINUE WORKING ON FEE APP (1.2) - REVIEW/REVISE FEE APP CERTIFICATION AND EMAILS CP (0.2) - REVIEW/REVISE FEE ORDER AND NOTICE (0.2) - EMAILS BUCHWALD, SALOMON ET AL RE FEE ORDER AND NOTICE (0.3) | 3.30 hrs. | 890 /hr. | 2,937.00 |
| 10/20/16 | CP | REVISE FEE APPLICATION, NFK CERTIFICATION IN SUPPORT, TO REFLECT NEW AMOUNTS FOR EXPENSES (1.1) - REVIEW & REVISE FEE APPLICATION DRAFTED BY NFK (0.7) | 1.80 hrs. | 625 /hr. | 1,125.00 |
| 10/20/16 | NFK | CONF CP AND EMAIL BUCHWALD RE EXPENSES (0.2) - MSG AND EMAIL SALOMON RE ORDER AND NOTICE (0.1) - FINISH WORKING ON FEE APP (1.7) - EMAILS BUCHWALD AND CP RE SAME (0.1) | 2.10 hrs. | 890 /hr. | 1,869.00 |
| 10/21/16 | CP | REVIEW & REVISE KELLOGG HUBER FIRST INTERIM FEE APPLICATION, REVISE NOTICE OF HEARING & ORDER AWARDING FEES (1.6) - REVISIONS TO S&L FEE APPLICATION, NOTICE OF HEARING, ORDER APPROVING SAME (0.4) | 2.00 hrs. | 625 /hr. | 1,250.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/21/16 | NFK | CONF CP RE KELLOGG FEE APP (0.1) - INCORP BUCHWALD AND CP COMMENTS INTO OUR FEE APP (0.5) - EMAILS BUCHWALD AND CP RE SAME (0.2) - REVIEW KELLOGG HUBER FEE APPLICATION (0.2) | 1.00 hrs. | 890 /hr. | 890.00 |
| 10/24/16 | CP | FINALIZE, FILE & SERVE FEE APPLICATIONS, NOTICE OF HEARING, ETC. | 1.80 hrs. | 625 /hr. | 1,125.00 |
| 10/24/16 | NFK | REVIEW NOTEHOLDER AND WILMINGTON TRUST COMMENTS TO BAR DATE PAPERS AND EMAILS RICE, BUCHWALD, CP ET AL (0.3) - REVIEW/REVISE FEE APP (0.1) - EMAIL AND CONF CP RE SAME (0.2) - EMAIL CP AND JDA ▮▮▮▮▮▮▮▮▮ (0.3) - REVIEW AS FILED RIDER TO EXISTING BOND AND EMAIL BUCHWALD (0.1) | 1.00 hrs. | 890 /hr. | 890.00 |
| 10/25/16 | NFK | REVIEW AS FILED MOTION ESTABLISHING BAR DATE AND EMAILS BUCHWALD AND CP (0.2) - TEL NADKARNI RE FEE APPS, REPORT (0.2) | 0.40 hrs. | 890 /hr. | 356.00 |
| 10/26/16 | NFK | CONF BUCHWALD RE UST FEE APP CONCERNS AND EMAIL NADKARNI | 0.20 hrs. | 890 /hr. | 178.00 |
| 10/27/16 | NFK | CONF BUCHWALD AND EMAILS NADKARNI ET AL RE MTG | 0.20 hrs. | 890 /hr. | 178.00 |
| 11/01/16 | NFK | TELEPHONE CONFERENCE/DISC WITH REYHER AND POSCABLO RE BAR DATE EXT | 0.10 hrs. | 890 /hr. | 89.00 |
| 11/02/16 | NFK | EMAILS AND TEL BUCHWALD RE UST CONCERNS (0.1) - TELEPHONE CONFERENCE/DISC WITH UST AND BUCHWALD RE INTERIM FEE APPS AND REPORT, CASE STATUS (0.5) | 0.60 hrs. | 890 /hr. | 534.00 |
| 11/03/16 | NFK | REVIEW FILE AND DRAFT 28TH INTERIM REPORT (1.8) - EMAIL BUCHWALD RE SAME (0.1) | 1.90 hrs. | 890 /hr. | 1,691.00 |
| 11/04/16 | NFK | REVIEW/REVISE 28TH INTERIM REPORT (2.3) - TEL AND EMAILS BUCHWALD RE SAME (0.3) - EMAILS JF AND NADKARNI RE SAME (0.1) - REVIEW KANE AND TEL KANE RE CASE STATUS (0.2) - EMAILS BUCHWALD RE SAME (0.1) | 3.00 hrs. | 890 /hr. | 2,670.00 |
| 11/07/16 | NFK | EMAILS POSCABLO ET AL RE BAR DATE EXT (0.1) - EMAILS NADKARNI ET AL RE REPORT (0.1) | 0.20 hrs. | 890 /hr. | 178.00 |

| 11/10/16 | NFK | TEL COHEN RE STATUS | | | |
|---|---|---|---|---|---|
| | | | 0.40 hrs. | 890 /hr. | 356.00 |
| 11/10/16 | NFK | CONF CP RE STATUS INCL BAR DATE, FEE APPS, APPEAL | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 11/14/16 | JDA | CONFER WITH NFK AND CP RE ███████████ ███████████ CLAIMS ISSUES. | | | |
| | | | 0.30 hrs. | 325 /hr. | 97.50 |
| 11/14/16 | NFK | ATTN TO OPEN ISSUES AND EMAILS TEAM | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |
| 11/15/16 | NFK | REVIEW RENCO GROUP RESERVATION OF RIGHTS (0.2) - EMAILS BUCHWALD AND SEIDEL RE SAME (0.1) - TEL BUCHWALD RE STATUS (0.2) - CONF MINKOFF RE STATUS (0.1) - CONF BUCHWALD RE OPEN ISSUES INCL BAR DATE, RENCO OBJS (0.3) | | | |
| | | | 0.90 hrs. | 890 /hr. | 801.00 |
| 11/16/16 | CP | ATTN TO FEE APP HEARING (REVISE FEE ORDER, REVIEW RENCO GROUP RESERVATION OF RIGHTS, MEET W/ NFK RE: SAME) | | | |
| | | | 0.80 hrs. | 625 /hr. | 500.00 |
| 11/16/16 | NFK | CONFS CP RE FEE ORDER, BAR DATE ORDER, DOJ EXT (0.2) - TEL SALOMON RE FEE APPS (0.2) - TEL KANE RE STATUS (0.1) | | | |
| | | | 0.50 hrs. | 890 /hr. | 445.00 |
| 11/17/16 | CP | MEET W/ NFK & REVISE FEE ORDER | | | |
| | | | 0.20 hrs. | 625 /hr. | 125.00 |
| 11/17/16 | NFK | EMAILS AND CONF CP RE FEE HRG, ORDER, BAR DATE ORDER AND EXT FOR DOJ | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 11/18/16 | CP | REVIEW US TRUSTEE STATEMENT OF NO OBJECTIONS, MEET & W/ NFK RE: SAME, & REVISE FEE ORDER TO REFLECT US TRUSTEE'S COMMENTS (0.3) - TELEPHONE W/ KHHTEF RE: PREP FOR FEE APP HEARING (0.1) | | | |
| | | | 0.40 hrs. | 625 /hr. | 250.00 |
| 11/18/16 | NFK | REVIEW UST STATEMENT OF NO OBJECTION TO FEE APPS AND EMAILS BUCHWALD ET AL (0.2) - CONF CP RE SAME, UPDATING ORDER (0.1) - PREP HRG (0.4) | | | |
| | | | 0.70 hrs. | 890 /hr. | 623.00 |
| 11/21/16 | NFK | EMAILS BUCHWALD ET AL RE ORDER, HRG (0.2) - CONF CP RE SAME (0.1) - PREP HRG (0.3) | | | |
| | | | 0.60 hrs. | 890 /hr. | 534.00 |

Invoice Number:   492653

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/16 | JDA | RESEARCH NY CASE LAW ███████ | 1.70 hrs. | 325 /hr. | 552.50 |
| 11/22/16 | JDA | CONDUCT LEGAL RESEARCH RE: ████ | 0.90 hrs. | 325 /hr. | 292.50 |
| 11/22/16 | NFK | PREPARE FOR AND ATTEND FEE HRG INCL DISC W/ BUCHWALD | 3.00 hrs. | 890 /hr. | 2,670.00 |
| 11/23/16 | JDA | CONTINUE RESEARCHING/DRAFTING MEMORANDUM ███ | 3.00 hrs. | 325 /hr. | 975.00 |
| 11/28/16 | NFK | REVIEW BAR DATE ORDER AND NOTICE FOR PUBLICATION AND EMAILS CP, BUCHWALD, DOJ (0.7) - REVIEW ORDER AWARD INTERIM COMP AND EMAILS BUCHWALD ET AL (0.3) | 1.00 hrs. | 890 /hr. | 890.00 |
| 11/29/16 | NFK | REVIEW PLDGS AND EMAILS BUCHWALD RE BAR DATE NOTICE, WIDER PUBLICATION | 0.40 hrs. | 890 /hr. | 356.00 |
| 11/30/16 | NFK | EMAILS LEVIN RE BAR DATE PUBLICATION | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/01/16 | NFK | EMAILS BUCHWALD ET AL RE PUBLICATION | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/05/16 | NFK | ATTN TO OPEN ISSUES AND EMAILS TEAM | 0.30 hrs. | 890 /hr. | 267.00 |
| 12/06/16 | CP | ATTN TO FILING JDA PRO HAC VICE MOTION | 0.30 hrs. | 625 /hr. | 187.50 |
| 12/06/16 | JDA | EMAILS WITH NFK/CP RE: PRO HAC APPLICATION AND REVIEW SAME FOR ACCURACY. | 0.30 hrs. | 325 /hr. | 97.50 |
| 12/06/16 | NFK | EMAILS JDA RE OPEN ISSUES | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/14/16 | JDA | CONDUCT FURTHER RESEARCH ███ | 1.60 hrs. | 325 /hr. | 520.00 |
| 12/15/16 | JDA | DRAFT ███ | 2.10 hrs. | 325 /hr. | 682.50 |

Invoice Number:  492653

| | | | | | |
|---|---|---|---|---|---|
| 12/16/16 | JDA | CONTINUE RESEARCH RE: ███████ | | | |
| | | | 2.10 hrs. | 325 /hr. | 682.50 |
| 12/16/16 | JDA | FURTHER REVISE/DRAFT ███████ | | | |
| | | | 1.30 hrs. | 325 /hr. | 422.50 |
| 12/19/16 | JDA | CONFER WITH NFK ███████ | | | |
| | | | 1.30 hrs. | 325 /hr. | 422.50 |
| 12/19/16 | NFK | EMAILS AND TEL JDA ███████ | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| | | TOTAL FEES | 76.90 hrs. | | $49,242.50 |

EXPENSES:

| | | |
|---|---|---|
| 10/24/16 | AVANT BUSINESS SERVICES: COURIER | $17.75 |
| 11/22/16 | NICHOLAS F KAJON: TAXI- T/F COURT | $9.75 |
| 11/28/16 | WESTLAW | $8.43 |
| 12/06/16 | SANTANDER CREDIT CARD: COURTS/USBC | $200.00 |
| 12/09/16 | WESTLAW | $8.24 |
| 12/14/16 | WESTLAW | $8.24 |
| 12/15/16 | WESTLAW | $24.73 |
| 12/31/16 | COMPUTER RESEARCH | $88.50 |
| 12/31/16 | DOCUMENT REPRODUCTION | $2,562.70 |
| 12/31/16 | FEDERAL EXPRESS | $103.05 |
| 12/31/16 | TELEPHONE CHARGES. | $15.96 |
| 12/31/16 | POSTAGE | $22.98 |
| | TOTAL EXPENSES | $3,070.33 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $49,242.50 |
| TOTAL EXPENSES | $3,070.33 |
| **TOTAL OF THIS BILL** | **$52,312.83** |
| NET BALANCE FORWARD | $62,464.98 |
| **TOTAL BALANCE DUE** | **$114,777.81** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number: 492653        NFK


LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY 10170


MAGNESIUM CORP./ESTATE ADMIN                    070187-00001

| | |
|---|---|
| Balance Forward | $251,281.28 |
| Payments and Adjustments made since last invoice | ($188,816.30) |
| Net Balance Forward | $62,464.98 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $49,242.50 |
| TOTAL EXPENSES | $3,070.33 |
| **TOTAL OF THIS BILL** | **$52,312.83** |
| NET BALANCE FORWARD | $62,464.98 |
| **TOTAL BALANCE DUE** | **$114,777.81** |

STEVENS & LEE
P. O. BOX 679
READING,  PA   19603-0679
PHONE:  610-478-2000  FAX:  610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 09/30/17

Invoice Number:  492659          NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170

MAGNESIUM CORP./ESTATE ADMIN                         070187-00001

| | |
|---|---|
| Balance Forward | $114,777.81 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $114,777.81 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/17 | NFK | EMAILS FRIEDBERG RE STATUS | 0.10 hrs. | 910 /hr. | 91.00 |
| 01/12/17 | NFK | EMAILS BUCHWALD RE TAX RETURNS, ACCOUNTANTS | 0.20 hrs. | 910 /hr. | 182.00 |
| 01/25/17 | JDA | CONFER/UPDATE RE: ISSUES WITH CASE AND PLAN GOING FOWARD. | 0.30 hrs. | 325 /hr. | 97.50 |
| 01/25/17 | NFK | ATTN TO OPEN ISSUES AND PREP FOR TEAM MTG (0.3) | 0.30 hrs. | 910 /hr. | 273.00 |
| 01/27/17 | NFK | EMAILS BUCHWALD RE TAX | 0.10 hrs. | 910 /hr. | 91.00 |
| 01/30/17 | NFK | EMAILS KANE RE STATUS | 0.10 hrs. | 910 /hr. | 91.00 |
| 02/06/17 | NFK | EMAILS BUCHWALD RE STATUS (0.1) - TEL BUCHWALD RE TAX, GAIN ON SALE, ACCOUNTANTS (0.2) - EMAILS BUCHWALD RE NET OPERATING LOSSES (0.1) | 0.40 hrs. | 910 /hr. | 364.00 |
| 02/07/17 | NFK | ATTN TO OPEN ISSUES AND EMAILS TEAM | 0.10 hrs. | 910 /hr. | 91.00 |

Invoice Number:    492659

| 02/09/17 | DDU | RETRIEVE ARTICLE RE: IRA RENNERT, FORWARD TO N KAJON | | | |
|---|---|---|---|---|---|
| | | | 0.30 hrs. | 325 /hr. | 97.50 |
| 02/10/17 | NFK | TELEPHONE CONFERENCE/DISC WITH KELLER, SPIEGEL, BERG, BUCHWALD RE NOTE HOLDER CLAIMS (0.3) - TEL BUCHWALD RE SAME (0.2) - TEL JONAS RE ORAL ARG, ALLOCATION OF RECOVERY AND CLAIMS ALLOWANCE (0.2) - TEL KELLER RE NOTE HOLDER CLAIMS (0.1) - EMAILS BUCHWALD RE SAME (0.2) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 02/11/17 | NFK | EMAILS BUCHWALD RE BOND RENEWAL | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 02/13/17 | NFK | EMAILS NADKARNI AND BUCHWALD RE BOND RENEWAL (0.2) - REVIEW TAX FILES AND EMAILS BUCHWALD ███████████████ (1.5) - TEL BUCHWALD RE TAX ISSUES (0.3) | | | |
| | | | 2.00 hrs. | 910 /hr. | 1,820.00 |
| 02/14/17 | JDA | REVIEW MEMO RE: TAX ISSUES. | | | |
| | | | 0.60 hrs. | 325 /hr. | 195.00 |
| 02/14/17 | NFK | EMAILS STIRLING ET AL ██████████████████ ██████████████ (1.0) - CONTINUE REV'G TAX FILES AND DRAFT MEMO TO LAMB RE TAX ISSUES (4.0) - EMAILS BUCHWALD, STIRLING ET AL ████████████████ (0.2) - EMAILS BUCHWALD AND REVIEW/REVISE TAX MEMO TO LAMB (0.5) - FINAL EDITS AND SEND MEMO TO LAMB (0.3) - FOLLOW-UP EMAILS JDA AND BUCHWALD (0.3) - ███████████████████ EMAILS JDA (0.5) | | | |
| | | | 6.80 hrs. | 910 /hr. | 6,188.00 |
| 02/15/17 | HTL | CONFERENCE WITH N. KAJON AND RESEARCH ██████████████████ | | | |
| | | | 2.70 hrs. | 850 /hr. | 2,295.00 |
| 02/15/17 | JDA | DISCUSS ██████████ ISSUES AND REVIEW MEMO ██████████ WITH NFK AND CP. | | | |
| | | | 0.50 hrs. | 325 /hr. | 162.50 |
| 02/15/17 | NFK | REVIEW ██████████ DOCS AND PREP FOR MTG (0.8) - TEL LAMB ██████████ (0.5) - MTG W/ CP AND JDA ███████████ (0.3) - TEL BUCHWALD RE OPEN ISSUES ██████ (0.2) - FOLLOW-UP EMAILS W/ BUCHWALD (0.1) | | | |
| | | | 1.90 hrs. | 910 /hr. | 1,729.00 |
| 02/15/17 | CP | MEETING W/ NFK, JDA ██████████████ | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |

Invoice Number:   492659

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/16/17 | HTL | REVIEW ISSUES ██████████████ | 1.00 hrs. | 850 /hr. | 850.00 |
| 02/16/17 | NFK | EMAILS LAMB, BUCHWALD AND RYAN ██████████ (1.4) - CONF BUCHWALD ██████████ (0.1) | 1.50 hrs. | 910 /hr. | 1,365.00 |
| 02/17/17 | HTL | SUMMARIZE ████████████ | 0.60 hrs. | 850 /hr. | 510.00 |
| 02/17/17 | NFK | EMAILS LAMB AND BUCHWALD ████████ (0.2) - FINALIZE MEMO TO RYAN ████████ ██████ (0.3) | 0.50 hrs. | 910 /hr. | 455.00 |
| 02/22/17 | NFK | TEL BUCHWALD ████████████ | 0.20 hrs. | 910 /hr. | 182.00 |
| 02/27/17 | NFK | REVIEW BUCHWALD EMAIL ████ | 0.10 hrs. | 910 /hr. | 91.00 |
| 02/28/17 | NFK | EMAILS AND CONF BUCHWALD ██████████ | 0.30 hrs. | 910 /hr. | 273.00 |
| 03/01/17 | NFK | EMAILS BUCHWALD AND LAMB █████████████ ████ | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/02/17 | HTL | PREPARE SUMMARY ████████████ ████████ | 2.30 hrs. | 850 /hr. | 1,955.00 |
| 03/02/17 | NFK | EMAILS LAMB AND BUCHWALD ████████████ ████████████ (0.4) - EMAIL RYAN AND WEISS ████ (0.1) | 0.50 hrs. | 910 /hr. | 455.00 |
| 03/03/17 | HTL | REVIEW ████████████████ | 1.50 hrs. | 850 /hr. | 1,275.00 |
| 03/03/17 | NFK | RESEARCH ██████████████ (1.0) - EMAILS RYAN, BUCHWALD AND LAMB ████████ (0.4) | 1.40 hrs. | 910 /hr. | 1,274.00 |
| 03/06/17 | NFK | CONF BUCHWALD RE TAX, W-9 | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/07/17 | NFK | REVIEW BUCHWALD EMAIL RE TAX, W-9 | 0.10 hrs. | 910 /hr. | 91.00 |

Invoice Number:  492659

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/17 | NFK | TEL BUCHWALD RE HIS FEE APP (0.1) - EMAILS UST RE STATUS INCL AFFIRMANCE, CLAIMS (0.1) - DRAFT BUCHWALD 4TH INTERIM FEE APP (2.0) - EMAILS BUCHWALD RE SAME (0.1) | 2.30 hrs. | 910 /hr. | 2,093.00 |
| 03/09/17 | NFK | TEL BUCHWALD RE FEE APP | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/10/17 | NFK | EMAILS KELLOGG ET AL RE PETITION FOR REHEARING SERVICES (0.2) - REVIEW/REVISE BUCHWALD FEE APP (0.4) | 0.60 hrs. | 910 /hr. | 546.00 |
| 03/12/17 | NFK | REVIEW/REVISE 5TH INTERIM FEE APP AND EMAILS BUCHWALD | 0.30 hrs. | 910 /hr. | 273.00 |
| 03/13/17 | CP | DRAFT NOTICE OF HEARING & FEE ORDER, REVISE BUCHWALD COMMISSION APPLICATION | 1.40 hrs. | 650 /hr. | 910.00 |
| 03/13/17 | NFK | EMAILS BUCHWALD AND CP RE BUCHWALD FEE APP (0.3) - TEL BUCHWALD RE SAME (0.1) - CONF CP RE FEE APP, SERVICE AND FILING (0.1) - TEL CALDERON AND EMAILS BUCHWALD AND CP RE 5/2 HRG (0.1) | 0.60 hrs. | 910 /hr. | 546.00 |
| 03/14/17 | CP | EMAILS W/ LEB, NFK RE: FIFTH INTERIM COMMISSION APPLICATION | 0.30 hrs. | 650 /hr. | 195.00 |
| 03/14/17 | NFK | EMAILS JONAS AND BUCHWALD RE STATUS | 0.20 hrs. | 910 /hr. | 182.00 |
| 03/16/17 | CP | MEETING W/ NFK, JDA RE: CLAIMS OBJECTIONS, STATUS OF APPEAL | 0.20 hrs. | 650 /hr. | 130.00 |
| 03/16/17 | NFK | TELEPHONE CONFERENCE/DISC WITH JONAS AND RICE RE STATUS, APPEAL, CLAIMS, DISTRIBUTION, STLMT (0.3) - TEL BUCHWALD RE SAME (0.3) - MTG W/ CP AND JDA RE OPEN ISSUES INCL CLAIMS (0.2) - CONF BUCHWALD RE RABOBANK INTEREST (0.1) | 0.90 hrs. | 910 /hr. | 819.00 |
| 03/17/17 | NFK | EMAILS BUCHWALD AND SOPER AND TEL SOPER RE INCREASING RABOBANK INTEREST RATE | 1.00 hrs. | 910 /hr. | 910.00 |
| 03/21/17 | NFK | MSGS AND TEL MINKOFF RE STATUS (0.2) - EMAILS BUCHWALD RE 60 BPS (0.1) | 0.30 hrs. | 910 /hr. | 273.00 |

Invoice Number:  492659

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/23/17 | NFK | EMAILS BUCHWALD AND SOPER ███████ ███████████ (0.2) - MEMO TO RABOBANK ████ ██████████████ (0.6) - EMAILS BUCHWALD AND LAMB RE SAME (0.2) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 03/24/17 | HTL | SUMMARIZE TAX ISSUES REGARDING W-9 | | | |
| | | | 0.20 hrs. | 850 /hr. | 170.00 |
| 03/24/17 | NFK | REVIEW LAMB EMAIL RE TAX (0.1) - TEL BUCHWALD RE JEFFERIES, STRATEGY, FEE APP, INTERIM REPORT (0.5) - EMAILS FISHEL, JONAS AND LENKNER RE JEFFERIES (0.4) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 03/27/17 | NFK | REVIEW BUCHWALD AND SOPER EMAILS RE RABOBANK RATE INCREASED TO 60 BPS | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/28/17 | NFK | EMAILS WISBEY ET AL RE RABOBANK | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/29/17 | NFK | EMAIL RABOBANK ████████████████ | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 03/30/17 | NFK | EMAILS CP AND BUCHWALD RE BUCHWALD FEE APP (0.2) - EMAILS CURCIO OF RABOBANK ███████ (0.1) - EMAILS BUCHWALD RE STATUS, JEFFERIES (0.2) - ATTN TO OPEN ISSUES AND STRATEGY (0.5) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 03/31/17 | CP | FINALIZE LEB FIFTH INTERIM FEE APPLICATION | | | |
| | | | 0.40 hrs. | 650 /hr. | 260.00 |
| 04/03/17 | JFE | E-FILED IN THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:  (1) FIFTH APPLICATION OF CHAPTER 7 TRUSTEE FOR AN INTERIM AWARD OF COMMISSIONS AND REIMBURSEMENT OF EXPENSES, WITH EXHIBITS A THROUGH C; NOTICE OF HEARING; PROPOSED ORDER; AND CERTIFICATE OF SERVICE. | | | |
| | | | 0.40 hrs. | 220 /hr. | 88.00 |
| 04/03/17 | NFK | EMAILS BUCHWALD, CP AND JF RE BUCHWALD FEE APP | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 04/06/17 | CP | REVIEW & REVISE CLAIMS OBJECTIONS DRAFTED BY JDA | | | |
| | | | 2.00 hrs. | 650 /hr. | 1,300.00 |
| 04/12/17 | NFK | EMAILS UST AND BUCHWALD RE BUCHWALD FEE APP (0.1) - EMAILS JONAS AND BUCHWALD RE JEFFERIES (0.1) | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/17 | NFK | EMAILS UST AND BUCHWALD RE BUCHWALD FEE APP (0.1) - TEL BUCHWALD RE SAME, JEFFERIES (0.1) - TELEPHONE CONFERENCE/DISC WITH VELEZ-RIVERA, BUCHWALD RE STATUS (0.5) | 0.70 hrs. | 910 /hr. | 637.00 |
| 04/18/17 | NFK | ATTN TO OPEN ISSUES AND EMAILS JDA ███████ | 0.50 hrs. | 910 /hr. | 455.00 |
| 04/21/17 | NFK | CONFER ARBUCKLE AND BUCHWALD RE INTEREST RATES | 0.10 hrs. | 910 /hr. | 91.00 |
| 04/22/17 | NFK | CONFER BUCHWALD RE ACCOUNTS, INTEREST RATE, ACCOUNTANTS | 0.30 hrs. | 910 /hr. | 273.00 |
| 04/24/17 | JDA | REVISE AND UPDATE MEMO ███████ | 1.90 hrs. | 325 /hr. | 617.50 |
| 04/24/17 | JDA | REVIEW AND ANALYZE SEC FILINGS AND OTHER FINANCIAL STATEMENTS OF MAGCORP/METALS/RENCO ███ | 1.20 hrs. | 325 /hr. | 390.00 |
| 04/24/17 | JDA | FURTHER REVISE ███████ | 0.30 hrs. | 325 /hr. | 97.50 |
| 04/24/17 | JDA | RESEARCH CASE LAW ███████ | 0.80 hrs. | 325 /hr. | 260.00 |
| 04/24/17 | NFK | EMAILS ARBUCKLE AND BUCHWALD RE INTEREST RATES (0.1) - REVIEW INDENTURE TRUSTEE'S RESERVATION OF RIGHTS RE BUCHWALD FEE APP (0.1) - EMAILS AND TEL BUCHWALD RE SAME (0.2) | 0.40 hrs. | 910 /hr. | 364.00 |
| 04/24/17 | JFE | DOWNLOADED DOC. NO. 975, FROM CASE NO. 01-14312 (MKV) IN USBC-SDNY. | 0.10 hrs. | 220 /hr. | 22.00 |
| 04/25/17 | NFK | EMAILS VELEZ-RIVERA AND BUCHWALD AND TEL BUCHWALD RE BUCHWALD FEE APP | 0.30 hrs. | 910 /hr. | 273.00 |
| 04/26/17 | CP | REVIEW US TRUSTEE STATEMENT OF NO OBJECTION (0.2) - REVISE FEE ORDER & EMAIL CLEAN & REDLINE TO NFK (0.3) | 0.50 hrs. | 650 /hr. | 325.00 |

| 04/26/17 | NFK | REVIEW UST STATEMENT OF NO OBJECTION AND EMAILS BUCHWALD AND CP | | | |
|---|---|---|---|---|---|
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 04/27/17 | NFK | REVIEW BUCHWALD REVISED FEE ORDER AND EMAILS BUCHWALD, CP, UST, JONAS (0.2) - EMAILS BUCHWALD RE ████████████ CLAIMS (0.1) - REVIEW/ANALYZE ████████ (1.0) - REVIEW 1996 PROSPECTUS AND MEMO ████████ (1.0) - REVIEW WILM TRUST COMMENTS TO BUCHWALD FEE ORDER AND EMAILS RICE, BUCHWALD ET AL (0.2) | | | |
| | | | 2.50 hrs. | 910 /hr. | 2,275.00 |
| 04/28/17 | JDA | CONFER WITH CP ██████████████ ████████ | | | |
| | | | 0.40 hrs. | 325 /hr. | 130.00 |
| 04/28/17 | NFK | EMAILS BUCHWALD RE STRATEGY (0.1) - REVIEW RENCO RES OF RIGHTS AND EMAILS BUCHWALD AND SCHMIDT (0.3) | | | |
| | | | 0.40 hrs. | 910 /hr. | 364.00 |
| 04/28/17 | EMR | MEMORANDA FROM AND TO N. KAJON, L. BUCHWALD RE  POTENTIAL ENVIRONMENTAL CONSULTANT, PRIOR EXPERIENCE W/ SAME, ASSESSMENT OF CONSULTANT INCLUDING BASED ON EXTENSIVE PRIOR EXPERIENCE AS AUTHOR AND TESTIFYING EXPERT WITNESS | | | |
| | | | 0.70 hrs. | 875 /hr. | 612.50 |
| 05/01/17 | CP | MEETING W/ NFK RE: RENCO GROUP RESERVATION OF RIGHTS RE: LEB FEE APP, REVISE FEE APP ORDER ACCORDINGLY | | | |
| | | | 0.50 hrs. | 650 /hr. | 325.00 |
| 05/01/17 | NFK | CONFS AND EMAILS CP RE BUCHWALD FEE ORDER, RESERVATION OF RIGHTS (0.1) - EMAILS RICE, SCHMIDT, UST, MKV RE REVISED ORDER (0.4) | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 05/02/17 | NFK | PREP FOR AND ATTEND HRG ON BUCHWALD INTERIM COMP INCL DISC W/ BUCHWALD DOWNTOWN | | | |
| | | | 1.50 hrs. | 910 /hr. | 1,365.00 |
| 05/04/17 | NFK | EMAILS JF RE RAWSON METAL WORKS | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 05/05/17 | NFK | ATTN TO INTERIM REPORT AND EMAILS CP RE OBJECTIONS TO CLAIMS INSERT | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 05/05/17 | CP | EMAIL NFK UPDATED INFORMATION FOR INCLUSION IN LEB STATUS REPORTS | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |

01-14312-mkv    Doc 895-2    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit B -
Invoice for Estate Admin    Billing Matter 1 (Redacted)    Pg 18 of 28

Invoice Number:    492659                                                                                          Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/17 | JDA | REVISE MEMO ███████████████ | | | |
| | | | 4.00 hrs. | 325 /hr. | 1,300.00 |
| 05/08/17 | NFK | EMAILS BUCHWALD RE EAST WEST RATES (0.1) - DRAFT 29TH INTERIM REPORT (2.0) - EMAILS BUCHWALD RE SAME AND INCORPORATE HIS COMMENTS (0.4) | | | |
| | | | 2.50 hrs. | 910 /hr. | 2,275.00 |
| 05/09/17 | NFK | REVIEW/REVISE 29TH INTERIM REPORT AND EMAILS BUCHWALD | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 05/10/17 | JDA | CONDUCT LEGAL RESEARCH ███████████ | | | |
| | | | 1.20 hrs. | 325 /hr. | 390.00 |
| 05/10/17 | JDA | CONDUCT LEGAL ████████████████████ | | | |
| | | | 0.60 hrs. | 325 /hr. | 195.00 |
| 05/10/17 | JDA | REVISE ████████████ MEMO PER NFK'S QUERIES AND SUGGESTIONS AND SEND CLEAN/REDLINE VERSIONS OF SAME TO NFK. | | | |
| | | | 1.30 hrs. | 325 /hr. | 422.50 |
| 05/10/17 | NFK | TEL MINKOFF RE STATUS | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 05/11/17 | JFE | E-FILED IN THE USBC-SOUTHERN DISTRICT OF NEW YORK THE TRUSTEE'S TWENTY-NINTH INTERIM STATUS REPORT - MAY 2017, WITH EXHIBITS. | | | |
| | | | 0.20 hrs. | 220 /hr. | 44.00 |
| 05/11/17 | NFK | EMAILS BUCHWALD, JF, UST RE REPORT (0.3) - TELEPHONE CONFERENCE/DISC WITH MINKOFF AND NITKIN RE STATUS (0.5) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 05/12/17 | NFK | MSG FROM, EMAILS W/ AND TEL KELLER RE BONDS (0.5) - EMAILS BUCHWALD RE SAME, STRATEGY (0.4) - REVIEW INTERIM COMP ORDER AND EMAILS BUCHWALD (0.1) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 05/15/17 | NFK | EMAILS BUCHWALD RE ACCOUNTS, INVESTMENTS, T-BILLS (0.3) - EMAILS BUCHWALD AND SCHOTT RE BOND (0.1) | | | |
| | | | 0.40 hrs. | 910 /hr. | 364.00 |

Invoice Number:  492659                                                                      Page 9

| | | | | | |
|---|---|---|---|---|---|
| 05/16/17 | NFK | TEL BUCHWALD RE BANK ACCOUNT, INTEREST, T-BILLS, CERTIFICATES OF DEPOSIT (0.4) - REVIEW STOLOW EMAIL RE SIGNATURE RATES (0.1) - TEL SOPER RE ACCOUNTS, RATES, SOFTWARE (0.4) - TEL BUCHWALD RE SAME (0.3) - REVIEW ARBUCKLE EMAIL RE EAST WEST RATES (0.1) - EMAIL KELLER RE JEFFERIES (0.1) | | | |
| | | | 1.40 hrs. | 910 /hr. | 1,274.00 |
| 05/17/17 | NFK | TEL COHEN RE STATUS (0.4) - TEL BUCHWALD RE JEFFERIES, EAST WEST RATE, STRATEGY, BOND (0.4) - EMAILS UST AND BUCHWALD RE UPDATE AND BOND ISSUES (0.5) | | | |
| | | | 1.30 hrs. | 910 /hr. | 1,183.00 |
| 05/18/17 | NFK | EMAILS BUCHWALD RE RATES (0.1) - EMAILS MINKOFF RE STATUS (0.1) - CONF BUCHWALD RE BOND (0.1) - EMAILS SCHOTT, STICKMAN ET AL RE BOND (0.3) - MTGS SOPER, ARBUCKLE AND BUCHWALD RE BMS AND EAST WEST RATES, SOFTWARE (2.7) | | | |
| | | | 3.30 hrs. | 910 /hr. | 3,003.00 |
| 05/19/17 | JDA | EXCHANGE EMAILS WITH NFK AND SFLO RE: RETRIEVING TRUSTEE'S INTERIM FEE ORDERS. | | | |
| | | | 0.30 hrs. | 325 /hr. | 97.50 |
| 05/19/17 | NFK | 2 TELS BUCHWALD RE ALLOCATION, BONDS, OPEN ISSUES, RATES (0.6) - FOLLOW-UP EMAILS W/ BUCHWALD (0.4) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 05/22/17 | JDA | RETRIEVE FIRST 4 INTERIM FEE ORDERS FROM DOCKET AND SEND SAME TO NFK. | | | |
| | | | 0.20 hrs. | 325 /hr. | 65.00 |
| 05/22/17 | NFK | EMAILS BUCHWALD RE MMA RATES, PRIOR FEE ORDERS (0.2) - TEL BUCHWALD RE OPEN ISSUES (0.1) | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 05/23/17 | NFK | EMAILS BUCHWALD RE INTERIM COMP (0.1) - TEL BUCHWALD RE BONDS (0.1) - REVIEW/ANALYZE ██████ MEMO AND ATTN TO STRATEGY (1.4) - MEMO TO JDA RE FURTHER REVISIONS (0.8) | | | |
| | | | 2.40 hrs. | 910 /hr. | 2,184.00 |
| 05/25/17 | NFK | REVIEW ARBUCKLE EMAILS RE INTEREST RATE | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 05/31/17 | NFK | EMAILS JOSHI RE STATUS | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 06/01/17 | NFK | EMAILS AND MSG FOR JOSHI | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |

01-14312-mkv    Doc 895-2    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit B -
Invoice for Estate Admin    Billing Matter 1 (Redacted)    Pg 20 of 28    Page 10

Invoice Number:    492659

| 06/02/17 | NFK | EMAILS NADKARNI ET AL RE STATUS OF COLLECTION, CERT PETITION | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 06/06/17 | NFK | EMAILS MINKOFF RE STATUS, RENCO'S CERT PETITION | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 06/09/17 | NFK | REVIEW STRUCTURAL STEEL TRANSFER AGMT AND EMAIL BUCHWALD | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 06/19/17 | NFK | REVIEW BUCHWALD EMAIL TO SOPER RE INTEREST RATE | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 06/20/17 | NFK | ATTN TO OPEN ISSUES AND EMAILS TEAM RE 6/22 MTG | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 06/21/17 | JDA | REVISE ███████████ AND RE-SEND TO NFK/CP. | | | |
| | | | 1.70 hrs. | 325 /hr. | 552.50 |
| 06/21/17 | NFK | EMAILS SOPER, MOORE, ARBUCKLE AND BUCHWALD RE RATES, 6/22 MTG (0.3) - REVIEW ███████ ███████ MEMO (0.3) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 06/22/17 | CP | REVIEW JDA REVISED MEMO ███████ ███████████████ | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |
| 06/22/17 | NFK | MTG MOORE OF BMS AND BUCHWALD TO DISC SOFTWARE, ACCOUNT RATES, CD'S | | | |
| | | | 2.10 hrs. | 910 /hr. | 1,911.00 |
| 06/28/17 | NFK | TEL ██████████████████ (0.4) - EMAILS BUCHWALD RE SAME (0.1) | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 06/29/17 | NFK | TEL ███████████████ | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 06/30/17 | NFK | ATTN TO STRATEGY IN LIGHT OF RECENT DEVELOPMENTS | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 07/05/17 | NFK | EMAILS BUCHWALD RE INTEREST RATE | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |

Invoice Number:    492659

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/17 | NFK | REVIEW BUCHWALD AND SOPER EMAILS TO MOORE RE RABOBANK RATES, AND EMAILS BUCHWALD (0.3) - EMAILS SZEKRETAR AND TEAM RE REFCO (0.1) | 0.40 hrs. | 910 /hr. | 364.00 |
| 07/07/17 | NFK | EMAILS BUCHWALD ███████████ | 0.10 hrs. | 910 /hr. | 91.00 |
| 07/10/17 | NFK | EMAILS BUCHWALD AND MSG ███████████ ██████ | 0.10 hrs. | 910 /hr. | 91.00 |
| 07/11/17 | NFK | TEL ███████████ | 0.20 hrs. | 910 /hr. | 182.00 |
| 07/13/17 | NFK | TEL ███████████ (0.2) - EMAILS BUCHWALD RE INTEREST RATE (0.1) | 0.30 hrs. | 910 /hr. | 273.00 |
| 07/14/17 | NFK | EMAILS BUCHWALD AND SOPER RE INTEREST RATE | 0.10 hrs. | 910 /hr. | 91.00 |
| 07/18/17 | NFK | TEL ███████████ | 0.20 hrs. | 910 /hr. | 182.00 |
| 08/01/17 | NFK | REVIEW FILE AND ATTN TO OPEN ISSUES (0.8) - EMAIL JDA RE ENVIRONMENTAL, INSIDER AND PBGC CLAIMS (0.3) - EMAILS BUCHWALD RE INTEREST RATES (0.1) | 1.20 hrs. | 910 /hr. | 1,092.00 |
| 08/03/17 | NFK | EMAILS NEVINS RE EXP | 0.10 hrs. | 910 /hr. | 91.00 |
| 08/07/17 | NFK | REVIEW SOPER AND BUCHWALD EMAILS RE INTEREST RATE | 0.10 hrs. | 910 /hr. | 91.00 |
| 08/09/17 | NFK | EMAILS BUCHWALD RE INTEREST RATES (0.1) - CONF BUCHWALD RE SAME, ACCOUNTING SOFTWARE, ACCOUNTANTS (0.1) | 0.20 hrs. | 910 /hr. | 182.00 |
| 08/18/17 | NFK | REVIEW ROUX JULY INVOICE | 0.10 hrs. | 910 /hr. | 91.00 |
| 08/21/17 | NFK | REVIEW JDA EMAIL RE STATUS OF INSIDER/EPA/PBGC CLAIMS ANALYSIS | 0.10 hrs. | 910 /hr. | 91.00 |
| 08/25/17 | CP | REVIEW LATEST JDA RESEARCH ███████████ ██████ | 1.00 hrs. | 650 /hr. | 650.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/28/17 | CP | REVIEW JDA MEMO ██████████████ ████████ | | | |
| | | | 2.80 hrs. | 650 /hr. | 1,820.00 |
| 08/29/17 | CP | REVIEW JDA MEMO ███████████████ ███████████████ | | | |
| | | | 2.20 hrs. | 650 /hr. | 1,430.00 |
| 08/30/17 | CP | REVIEW & REVISE REMAINING CLAIMS OBJECTIONS, EMAILS W/ JDA RE: SAME | | | |
| | | | 3.00 hrs. | 650 /hr. | 1,950.00 |
| 09/01/17 | NFK | EMAILS JDA AND BUCHWALD RE HEARING DATES | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 09/05/17 | NFK | CONF CP RE FEE APPS (0.1) - EMAILS JDA, CP, BUCHWALD AND PROFS RE FEE APPS HRG (0.4) | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 09/05/17 | CP | MEETING W/ NFK RE: INTERIM FEE APPLICATION (0.2) - BEGIN PREPARING INTERIM FEE APPLICATION, NOTICE, PROPOSED ORDER, PROFESSIONAL CERTIFICATION (1.0) | | | |
| | | | 1.20 hrs. | 650 /hr. | 780.00 |
| 09/06/17 | CP | DRAFT S&L INTERIM FEE APPLICATION, RELATED NOTICE, PROPOSED FEE ORDER (2.0) - EMAILS W/ OTHER PROFESSIONALS RE: SUBMITTING THEIR RESPECTIVE FEE APPLICATIONS, DEADLINES FOR DOING SO, ETC. (0.3) | | | |
| | | | 2.30 hrs. | 650 /hr. | 1,495.00 |
| 09/06/17 | NFK | EMAILS CP RE FEE APP (0.1) - REVIEW/REVISE S&L 4TH INTERIM FEE APP (0.5) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 09/07/17 | NFK | BEGIN WORKING ON 30TH INTERIM REPORT ESP UPDATING LIT HISTORY, GLOBAL SETTLEMENT, CLAIMS OBJS (1.8) - UPDATE FEE APP (0.8) | | | |
| | | | 2.60 hrs. | 910 /hr. | 2,366.00 |
| 09/08/17 | CP | REVIEW S&L FEE APPLICATION CHARTS OF FEES & EXPENSES | | | |
| | | | 1.40 hrs. | 650 /hr. | 910.00 |
| 09/08/17 | NFK | TELS STIRLING AND BUCHWALD RE BG FEE APP (0.4) - REVIEW STORCH AMINI NOA AND EMAILS BUCHWALD (0.1) - REVIEW ROUX AUG BILL (0.1) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 09/11/17 | CP | REVIEW BILLING STATEMENTS FOR PRIVILEGE, FEE CHARTS | | | |
| | | | 2.00 hrs. | 650 /hr. | 1,300.00 |

Invoice Number:   492659                                                                                    Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/17 | NFK | ATTN TO FUNDS AVAIL FOR DISTRIBUTION, TIMING, INTEREST RATES | 0.60 hrs. | 910 /hr. | 546.00 |
| 09/12/17 | CP | REVIEW BILLING STATEMENTS FOR PRIVILEGE, FEE CHARTS | 2.20 hrs. | 650 /hr. | 1,430.00 |
| 09/12/17 | NFK | EMAILS BUCHWALD RE RABOBANK INTEREST RATES (0.3) - EMAILS AND TEL ANDREWS RE TEXAS CAPITAL INTEREST RATES (0.4) - EMAILS BUCHWALD RE SAME (0.2) - EMAILS AND TEL HAIN OF STIFEL RE STATUS (0.6) - EMAILS BUCHWALD RE SAME, STRATEGY (0.2) - DRAFT ACTION PLAN AND TIMETABLE FOR NEGOTIATION OF GLOBAL SETTLEMENT (1.5) - EMAILS BUCHWALD RE SAME (0.3) - TEL BUCHWALD RE SAME (0.4) - EMAILS BUCHWALD AND CP RE KELLOGG, HANSEN NAME CHANGE (0.1) | 4.00 hrs. | 910 /hr. | 3,640.00 |
| 09/13/17 | NFK | EMAILS HAIN AND DENT RE STATUS | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/14/17 | NFK | EMAILS AND TEL DENT RE STATUS (0.6) - EMAILS BUCHWALD RE BMS (0.1) - CONF CP RE GLOBAL STLMT (0.2) - ATTN TO GLOBAL STLMT, TIMING ISSUES (1.0) | 1.90 hrs. | 910 /hr. | 1,729.00 |
| 09/15/17 | CP | REVIEW, FILE & SERVE KELLOGG HANSEN NOTICE OF CHANGE OF RIM NAME, KELLOGG DECLARATION RE: SAME | 0.30 hrs. | 650 /hr. | 195.00 |
| 09/15/17 | JFE | EFILED IN THE USBC-SDNY:  (1) NOTICE OF CHANGE OF FIRM NAME FOR KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC WITH EXHIBIT A (DECLARATION); AND (2) CERTIFICATE OF SERVICE | 0.20 hrs. | 220 /hr. | 44.00 |
| 09/15/17 | NFK | REVIEW/REVISE 30TH INTERIM REPORT AND FEE APP RE GLOBAL STLMT, CERCLA CONTRIBUTION CLAIM (1.8) - ATTN TO GLOBAL STLMT (0.5) - REVIEW/REVISE GLOBAL STLMT TIMETABLE (0.2) - REVIEW KELLOGG DEC AND NOTICE RE FIRM NAME CHANGE AND EMAILS CP, BUCHWALD, RAPAWY ET AL (0.2) - TEL BRASNA OF CRG RE BONDS, STATUS (0.3) - REVIEW POSCABLO EMAIL RE ALLOCATION, SUBSTANTIVE CONSOLIDATION, ADMIN EXP, CLAIMS (0.1) | 3.10 hrs. | 910 /hr. | 2,821.00 |
| 09/16/17 | NFK | ATTN TO ALLOCATION, SUBSTANTIVE CONSOLIDATION, ADMIN EXP, CLAIMS ISSUES RAISED BY DOJ (1.0) - EMAILS BUCHWALD AND CP RE SAME (0.2) - EMAILS W/ PROFS RE FEE ESTIMATES FOR RESP TO DOJ (0.2) | 1.40 hrs. | 910 /hr. | 1,274.00 |

Invoice Number:   492659                                                                                    Page 14

| 09/17/17 | NFK | EMAILS BUCHWALD RE SUBSTANTIVE CONSOLIDATION, CASH, RATE OF INTEREST | | | |
|---|---|---|---|---|---|
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/18/17 | NFK | REVIEW FILES AND MANY EMAILS W/ BUCHWALD, CP ET AL TO GATHER INFO AND DRAFT RESP TO POSCABLO RE FEES, CLAIMS, ALLOCATION, SUB CON (2.5) - EMAILS BUCHWALD AND MOORE RE RABOBANK (0.2) - TEL SALES AT ARCHER CAPITAL RE STATUS (0.4) - REVIEW KELLOGG INVOICE (0.1) - UPDATE DISC OF GLOBAL STLMT IN FEE APP AND INTERIM REPORT (0.6) | | | |
| | | | 3.80 hrs. | 910 /hr. | 3,458.00 |
| 09/19/17 | NFK | EMAILS BUCHWALD AND ABAD RE STATUS (0.1) - CONF W/ RAPAWY AND BIRD RE THEIR FEE APP (0.1) - TELEPHONE CONFERENCE/DISC WITH JONAS AND RICE RE GLOBAL STLMT, PROCESS (0.3) - EMAILS BUCHWALD RE SAME (0.1) - ATTN TO GLOBAL STLMT, SUB CON (0.5) | | | |
| | | | 1.10 hrs. | 910 /hr. | 1,001.00 |
| 09/20/17 | CP | EMAILS W/ NFK, JDA RE: GETTING CONCRETE AMOUNTS FOR CHAPTER 11 ADMIN EXPENSE CLAIMS AS PART OF GLOBAL SETTLEMENT DISCUSSIONS W/ EPA, PBGC, NOTEHOLDERS, INSIDERS (0.4) - REVIEW CHAPTER 11 CASE DOCKET, FEE APPLICATIONS, AMOUNTS PAID, ETC. (2.2) | | | |
| | | | 2.60 hrs. | 650 /hr. | 1,690.00 |
| 09/20/17 | JDA | CONFER WITH CP/NFK RE: CH 11 ADMIN EXPENSES AND REVIEW DOCKET/FILINGS RE: SAME. | | | |
| | | | 0.50 hrs. | 325 /hr. | 162.50 |
| 09/20/17 | NFK | TEL BUCHWALD RE STATUS (0.2) - CONTINUE WORKING ON RESP TO POSCABLO RE GLOBAL STLMT, SUBSTANTIVE CONSOLIDATION, FINANCIAL DATA (2.5) - EMAILS CP AND BUCHWALD RE SAME (0.3) - TEL BUCHWALD RE SAME, GLOBAL STLMT, STRATEGY (0.4) - CONF HAIN RE CASE STATUS INCL EPA CLAIMS, RENCO APPEAL, RENCO A/P (0.7) - MSG AND EMAILS W/ ABAD OF EMPYREAN (0.1) - ATTN TO SUBSTANTIVE CONSOLIDATION AND DISC W/ CP (0.5) - UPDATE INTERIM REPORT AND FEE APP RE GLOBAL STLMT, RENCO CERT REPLY BRIEF (1.5) | | | |
| | | | 6.20 hrs. | 910 /hr. | 5,642.00 |
| 09/21/17 | CP | EMAILS W/ NFK, JDA RE: CHAPTER 11 ADMIN EXPENSES | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |

| 09/21/17 | NFK | REVIEW FILES AND ATTN TO GLOBAL STLMT, SUB CON, ENVIRONMENTAL, INSIDER AND PBGC CLAIMS (2.5) - UPDATE INTERIM REPORT AND FEE APP ESP RE GLOBAL STLMT, SUB CON, ENVIRONMENTAL, INSIDER AND PBGC CLAIMS (3.8) - TEL ABAD RE STATUS (0.4) - REVIEW/REVISE GLOBAL SETTLEMENT ACTION PLAN AND EMAIL DJP, RAM ET AL (1.0) | | | |
| | | | 7.70 hrs. | 910 /hr. | 7,007.00 |
| 09/22/17 | CP | EMAILS W/ BEUS GILBERT RE: COMPENSATION & EXPENSES FOR FEE APPLICATION | | | |
| | | | 0.20 hrs. | 650 /hr. | 130.00 |
| 09/22/17 | NFK | ATTN TO GLOBAL STLMT (1.0) - REVIEW/REVISE GLOBAL STLMT ACTION PLAN (0.2) - EMAILS ABAD AND BUCHWALD RE ADMIN EXP (0.2) | | | |
| | | | 1.40 hrs. | 910 /hr. | 1,274.00 |
| 09/25/17 | CP | REVIEW CASE DOCKET FOR CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS, DETAIL SAME FOR DISTRIBUTION ANALYSIS | | | |
| | | | 1.70 hrs. | 650 /hr. | 1,105.00 |
| 09/25/17 | JDA | CONDUCT LEGAL RESEARCH RE: 2ND CIRCUIT/SDNY CASE LAW ON SUBSTANTIVE CONSOLIDATION AND ALTER EGO/VEIL PIERCING. | | | |
| | | | 1.90 hrs. | 325 /hr. | 617.50 |
| 09/25/17 | NFK | EMAILS MOORE, BUCHWALD ET AL RE RABOBANK AND EAST WEST RATES (0.2) - ATTN TO GLOBAL STLMT (1.0) - UPDATE INTERIM REPORT AND FEE APP ESP RE GLOBAL STLMT, CERT PETITION, INDENTURE TRUSTEE CLAIMS (2.0) - DRAFT MEMO TO POSCABLO, JONAS, RENCO AND UST RE GLOBAL STLMT (1.8) | | | |
| | | | 5.00 hrs. | 910 /hr. | 4,550.00 |
| 09/25/17 | JDA | DRAFT MEMO RE: ELEMENTS OF SUBSTANTICE CONSOLIDATION AND PIERCING THE CORPORATE VEIL IN 2ND CIR/SDNY/DELAWARE CORPORATE LAW. | | | |
| | | | 1.30 hrs. | 325 /hr. | 422.50 |
| 09/26/17 | CP | REVIEW JDA MEMO ███████████ ██████████████ PREPARE MEMO FOR USE IN DISCUSSIONS OF GLOBAL SETTLEMENT WITH EPA, BONDHOLDERS, INSIDERS (2.2) - REVIEW CASE DOCKET FOR CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS, DETAIL SAME FOR DISTRIBUTION ANALYSIS (1.0) | | | |
| | | | 3.20 hrs. | 650 /hr. | 2,080.00 |

Invoice Number:    492659

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/17 | NFK | CONTINUE WORKING ON GLOBAL STLMT (1.0) - UPDATE INTERIM REPORT AND FEE APP ESP RE GLOBAL STLMT, INDENTURE TRUSTEE AND INSIDER CLAIMS (2.0) - CONTINUE WORKING ON MEMO TO POSCABLO, JONAS, RENCO AND UST RE GLOBAL STLMT (1.0) - MTG W/ BUCHWALD TO DISC BANK ACCOUNTS, GLOBAL STLMT, OTHER OPEN ISSUES (0.4) - MTG W/ BUCHWALD, MOORE AND SOPER TO DISC BANK ACCOUNTS, INVESTMENTS, RATES, BMS SOFTWARE (1.2) - CONF RL RE GLOBAL STLMT (0.2) - CONF BUCHWALD RE GLOBAL STLMT (0.3) | 6.10 hrs. | 910 /hr. | 5,551.00 |
| 09/27/17 | CP | ████████████████████ MEMO FOR USE IN DISCUSSIONS OF GLOBAL SETTLEMENT WITH EPA, BONDHOLDERS, INSIDERS (5.0) - REVIEW NFK EMAIL TO ALL PARTIES RE: GLOBAL SETTLEMENT DISCUSSIONS, TIMETABLE (0.2) | 5.20 hrs. | 650 /hr. | 3,380.00 |
| 09/27/17 | NFK | CONTINUE WORKING ON GLOBAL STLMT AND FINALIZE MEMO TO PARTIES (1.8) - EMAILS BUCHWALD ET AL RE SAME (0.4) - TEL BUCHWALD RE SAME (0.6) - MAKE REVISIONS (0.3) - CONTINUE UPDATING INTERIM REPORT AND FEE APP (2.0) | 5.10 hrs. | 910 /hr. | 4,641.00 |
| 09/28/17 | CP | REVIEW DOCKET & UPDATE CHART ANALYZING UNIVERSE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS (0.5) - CONTINUE ANALYZING DOCUMENTS, PLEADING, DRAFTING MEMO ████████ ████████ (3.0) | 3.50 hrs. | 650 /hr. | 2,275.00 |
| 09/28/17 | NFK | REVIEW ARBUCKLE AND BUCHWALD EMAILS RE EAST WEST RATES (0.1) - ATTN TO GLOBAL STLMT (0.4) - FINISH DRAFTING INTERIM REPORT AND FEE APP ESP RE ALLOCATION, REMAINING ISSUES, GLOBAL STLMT (3.6) - EMAILS BUCHWALD RE INTERIM REPORT (0.3) | 4.40 hrs. | 910 /hr. | 4,004.00 |
| 09/29/17 | NFK | TEL AND EMAILS BUCHWALD RE INTERIM REPORT (0.3) - REVIEW/REVISE INTERIM REPORT (0.6) - REVIEW ARBUCKLE AND BUCHWALD EMAILS RE EAST WEST RATES (0.1) - ATTN TO GLOBAL STLMT, TIMING (0.6) | 1.60 hrs. | 910 /hr. | 1,456.00 |
| | | TOTAL FEES | 188.80 hrs. | | $148,636.00 |

EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 04/25/17 | WESTLAW | $23.23 |

Invoice Number:    492659

<u>EXPENSES:</u>

| | | |
|---|---|---:|
| 04/28/17 | WESTLAW | $69.78 |
| 09/30/17 | COMPUTER RESEARCH | $40.40 |
| 09/30/17 | DOCUMENT REPRODUCTION | $215.60 |
| 09/30/17 | FEDERAL EXPRESS | $91.59 |
| 09/30/17 | TELEPHONE CHARGES. | $35.26 |
| 09/30/17 | POSTAGE | $30.67 |
| | TOTAL EXPENSES | $506.53 |

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $148,636.00 |
| TOTAL EXPENSES | $506.53 |
| **TOTAL OF THIS BILL** | **$149,142.53** |
| NET BALANCE FORWARD | $114,777.81 |
| **TOTAL BALANCE DUE** | **$263,920.34** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296
October 17, 2017
Billed through 09/30/17

Invoice Number: 492659        NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY 10170

MAGNESIUM CORP./ESTATE ADMIN                    070187-00001

| | |
|---|---:|
| Balance Forward | $114,777.81 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $114,777.81 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $148,636.00 |
| TOTAL EXPENSES | $506.53 |
| **TOTAL OF THIS BILL** | **$149,142.53** |
| NET BALANCE FORWARD | $114,777.81 |
| **TOTAL BALANCE DUE** | **$263,920.34** |