# EXHIBIT C

<u>Invoice for Renco Group, Billing Matter 2</u>

## STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number: 492654      NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY 10170

MAGNESIUM CORP./RENCO LITIGATION                     070187-00002

| | | |
|---|---|---|
| Balance Forward | | $1,582,549.36 |
| Payments and Adjustments made since last invoice | | ($1,255,987.75) |
| Net Balance Forward | | $326,561.61 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | NFK | TEL SEIDEL RE STLMT (0.1) - EMAIL AND TEL BUCHWALD RE STLMT (0.6) - REVIEW RENCO LETTER REQUESTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT (0.1) | | | |
| | | | 0.80 hrs. | 890 /hr. | 712.00 |
| 10/06/16 | NFK | CONF EMR RE APPEAL, REMAND, STRATEGY (0.1) - CONF W/ BUCHWALD RE STRATEGY (0.3) | | | |
| | | | 0.40 hrs. | 890 /hr. | 356.00 |
| 10/10/16 | NFK | REVIEW/ANALYZE NOTEHOLDERS MOTION TO DISMISS RENCO COMPLAINT (1.0) - ATTN TO STRATEGY (0.3) | | | |
| | | | 1.30 hrs. | 890 /hr. | 1,157.00 |
| 10/13/16 | NFK | TEL BUCHWALD RE STRATEGY | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |
| 10/17/16 | NFK | REVIEW 2ND CIRCUIT CALENDAR AND EMAIL BUCHWALD | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/18/16 | NFK | TEL JONAS AND CONF CP RE APPEAL, STLMT (0.2) - EMAILS DOJ RE APPEAL, STLMT (0.1) - EMAIL BUCHWALD RE SAME (0.1) | | | |
| | | | 0.40 hrs. | 890 /hr. | 356.00 |
| 10/19/16 | NFK | TEL BUCHWALD RE APPEAL, STLMT | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |

Invoice Number:  492654                                                                    Page 2

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/16 | NFK | EMAILS BUCHWALD AND RAPAWY RE APPEAL (0.1) - CONF W/ BUCHWALD RE STRATEGY (0.2) | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 10/30/16 | NFK | EMAILS BUCHWALD AND RAPAWY RE APPEAL TIMING | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 11/01/16 | NFK | EMAILS KELLOGG ET AL RE ORAL ARGUMENT (0.3) - TELEPHONE CONFERENCE/DISC WITH REYHER AND POSCABLO RE STLMT, APPEAL (0.2) - TEL BUCHWALD RE SAME (0.2) - EMAILS BUCHWALD AND JF RE APPELLATE DOCKET (0.1) | | | |
| | | | 0.80 hrs. | 890 /hr. | 712.00 |
| 11/02/16 | NFK | EMAILS KELLOGG ET AL AND REVIEW KELLOGG AND ROSENKRANZ LETTERS RE ORAL ARGUMENT | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 11/07/16 | NFK | REVIEW 11/7 SCHIFF LETTER RE EXT, ADJ AND EMAIL BUCHWALD | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 11/14/16 | NFK | REVIEW ENDORSED SCHEDULING ORDER AND EMAILS BUCHWALD | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 11/17/16 | NFK | EMAILS KELLOGG ET AL AND CONF CP RE ORAL ARG | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 11/18/16 | NFK | EMAILS BUCHWALD, KELLOGG ET AL RE APPEAL | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |
| 11/21/16 | NFK | REVIEW/ANALYZE DOJ TERM SHEET SENT BY POSCABLO (0.2) - EMAILS BUCHWALD RE SAME (0.2) - EMAILS KELLOGG RE APPEAL (0.1) | | | |
| | | | 0.50 hrs. | 890 /hr. | 445.00 |
| 11/28/16 | NFK | EMAILS BUCHWALD RE RENCO A/P AGAINST INDENTURE TRUSTEE (0.1) - EMAILS AND TELEPHONE CONFERENCE/DISC WITH SPIEGEL AND BERG RE STATUS OF APPEAL, STLMT (0.3) - BEGIN REV'G RENCO MOL OPPOSING WILMINGTON TRUST MOTION TO DISMISS AND EMAILS BUCHWALD, DOJ ET AL (1.4) | | | |
| | | | 1.80 hrs. | 890 /hr. | 1,602.00 |
| 11/29/16 | NFK | FINISH REV'G RENCO MOL OPPOSING WILMINGTON TRUST MOTION TO DISMISS AND EMAILS RAPAWY ET AL | | | |
| | | | 1.00 hrs. | 890 /hr. | 890.00 |
| 11/30/16 | NFK | EMAILS FRIEDMAN AND BUCHWALD RE STLMT (0.4) - ATTN TO STRATEGY (0.8) - CONFS BUCHWALD RE STLMT (0.4) | | | |
| | | | 1.60 hrs. | 890 /hr. | 1,424.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/16 | NFK | EMAILS FRIEDMAN RE STLMT | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/02/16 | NFK | EMAILS KELLOGG ET AL RE ORAL ARG (0.2) - EMAILS FRIEDMAN RE STLMT MTG (0.1) | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 12/05/16 | NFK | PREP STLMT MTG | | | |
| | | | 1.00 hrs. | 890 /hr. | 890.00 |
| 12/06/16 | NFK | PREP FRIEDMAN MTG (0.5) - TEL BUCHWALD RE SAME (0.1) - LUNCH MTG W/ FRIEDMAN TO DISC STLMT (2.4) - TEL BUCHWALD RE RESULTS, STRATEGY (0.6) | | | |
| | | | 3.60 hrs. | 890 /hr. | 3,204.00 |
| 12/07/16 | NFK | CONF EMR RE STLMT | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/08/16 | NFK | EMAILS BUCHWALD RE APPEAL | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/13/16 | NFK | EMAILS STIRLING, BUCHWALD RE MISREPRESENTATIONS, RATIFICATION SETTLEMENT | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 12/14/16 | NFK | EMAILS KELLOGG, BUCHWALD ET AL RE ORAL ARGUMENT | | | |
| | | | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/15/16 | NFK | EMAILS KELLOGG ET AL AND TEL BUCHWALD RE ARGUMENT DATE (0.2) - REVIEW STIRLING EMAIL RE RENCO MISREPS (0.1) | | | |
| | | | 0.30 hrs. | 890 /hr. | 267.00 |
| 12/20/16 | EMR | ANALYZE MULTIPLE MEMORANDA FROM AND BETWEEN AND AMONG ATTY. M. KELLOGG, N. KAJON RE  APPEAL, ARGUMENT SCHEDULING, MOOT APPELLATE ARGUMENT PREPARATION AND APPROACH, ISSUES TO ADDRESS PRE-ARGUMENT | | | |
| | | | 0.30 hrs. | 815 /hr. | 244.50 |
| 12/20/16 | NFK | EMAILS KELLOGG ET AL RE 2/9 ORAL ARG, MOCK ARG (0.3) - CONF EMR RE SAME, STRATEGY (0.1) | | | |
| | | | 0.40 hrs. | 890 /hr. | 356.00 |
| 12/21/16 | NFK | EMAILS BUCHWALD ET AL RE APPEAL | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |
| 12/22/16 | NFK | EMAILS KELLOGG ET AL RE ORAL ARG | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |
| 12/28/16 | NFK | REVIEW WILMINGTON TRUST REPLY BRIEF | | | |
| | | | 0.20 hrs. | 890 /hr. | 178.00 |

Invoice Number:    492654

|  | TOTAL FEES | 17.60 hrs. | $15,641.50 |
|---|---|---|---|

EXPENSES:

| 12/31/16 | DOCUMENT REPRODUCTION |  | $0.20 |
|---|---|---|---|
|  | TOTAL EXPENSES |  | $0.20 |

**BILLING SUMMARY**

|  | TOTAL FEES |  | $15,641.50 |
|---|---|---|---|
|  | TOTAL EXPENSES |  | $0.20 |
|  | **TOTAL OF THIS BILL** |  | **$15,641.70** |
|  | NET BALANCE FORWARD |  | $326,561.61 |
|  | **TOTAL BALANCE DUE** |  | **$342,203.31** |

STEVENS & LEE
P. O. BOX 679
READING,  PA   19603-0679
PHONE:  610-478-2000  FAX:  610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number:  492654          NFK


LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170


MAGNESIUM CORP./RENCO LITIGATION                         070187-00002

| | |
|---|---:|
| Balance Forward | $1,582,549.36 |
| Payments and Adjustments made since last invoice | ($1,255,987.75) |
| Net Balance Forward | $326,561.61 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $15,641.50 |
| TOTAL EXPENSES | $0.20 |
| **TOTAL OF THIS BILL** | **$15,641.70** |
| NET BALANCE FORWARD | $326,561.61 |
| **TOTAL BALANCE DUE** | **$342,203.31** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 09/30/17

Invoice Number: 492660        NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY 10170

MAGNESIUM CORP./RENCO LITIGATION                    070187-00002

| | |
|---|---|
| Balance Forward | $342,203.31 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $342,203.31 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/17 | EMR | ANALYZE MULTIPLE MEMORANDA FROM AND BETWEEN AND AMONG L. BUCHWALD, ATTY. M. KELLOGG, N. KAJON RE ARGUMENT DATE ON APPEAL, MOOT APPELLATE ARGUMENT SESSIONS BEFORE FEB. 2017 ARGUMENT, APPROACH, ISSUES AND DRAFT MEMORANDUM TO N. KAJON RE MOOT ARGUMENT SESSIONS | 0.50 hrs. | 875 /hr. | 437.50 |
| 01/03/17 | NFK | EMAILS KELLOGG ET AL RE ORAL ARG PREP | 0.40 hrs. | 910 /hr. | 364.00 |
| 01/04/17 | NFK | ATTN TO ORAL ARG PREP AND EMAILS BUCHWALD AND EMR (0.8) - TEL BUCHWALD RE SAME (0.3) | 1.10 hrs. | 910 /hr. | 1,001.00 |
| 01/05/17 | EMR | BEGIN ANALYSIS OF APPELLANTS' OPENING BRIEF IN SUPPORT OF APPEAL RE PREPARATION FOR MOCK APPELLATE ARGUMENT SESSION W/ L. BUCHWALD, N. KAJON, M. KELLOGG AND TEAM ON JAN. 17 | 1.30 hrs. | 875 /hr. | 1,137.50 |
| 01/05/17 | NFK | EMAILS SEIDEL AND BUCHWALD RE ORAL ARGUMENT (0.2) - CONF EMR RE SAME (0.1) | 0.30 hrs. | 910 /hr. | 273.00 |
| 01/06/17 | NFK | EMAILS EMR AND BUCHWALD RE ORAL ARG PREP | 0.20 hrs. | 910 /hr. | 182.00 |

Invoice Number:   492660                                                                                          Page 2

| | | | | | |
|---|---|---|---|---|---|
| 01/09/17 | EMR | ANALYZE DECISIONS CITED BY RENCO DEFENDANTS (APPELLANTS) IN SUPPORT OF APPEAL RE  JURY, ALLEGED NON-ENTITLEMENT TO SAME, RELATED ARGUMENTS IN SUPPORT OF APPEAL, AND ANALYZE NARRATIVE OF TRUSTEE'S OPPOSITION TO SAME RE DISTRICT COURT AND EMPANELMENT OF JURY IN PREPARATION FOR MOCK APPELLATE ARGUMENT ON JAN. 17 | | | |
| | | | 1.80 hrs. | 875 /hr. | 1,575.00 |
| 01/09/17 | NFK | EMAILS JONAS ET AL RE RENCO HRG (0.1) - EMAILS BUCHWALD RE 2ND CIR PREP (0.1) | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 01/10/17 | EMR | ANALYZE TRUSTEE'S CITATIONS, AUTHORITIES ON APPEAL RE  JURY TRIAL UNAVAILABILITY ARGUMENT FROM RENCO DEFENDANTS, AND ANALYZE ARGUMENTS IN OPPOSITION TO DEFENDANTS' POSITION ON BEHALF OF TRUSTEE (1.7); CONTINUE DRAFTING NOTES, POINTS FOR POTENTIAL ATTENTION AND USE DURING MOCK APPELLATE ARGUMENT ON JAN. 17 (1.2) | | | |
| | | | 2.90 hrs. | 875 /hr. | 2,537.50 |
| 01/10/17 | NFK | BEGIN REV'G APP BRIEFS FOR PREP SESSIONS | | | |
| | | | 1.30 hrs. | 910 /hr. | 1,183.00 |
| 01/11/17 | NFK | ATTEND HRG ON WILM TRUST MOTION TO DISMISS RENCO COMPLAINT INCL DISC AT COURT W/ BUCHWALD, JONAS ET AL (3.6) - CONF CP RE HRG RESULTS, SCHEDS (0.1) | | | |
| | | | 3.70 hrs. | 910 /hr. | 3,367.00 |
| 01/12/17 | EMR | ANALYZE PARTIES' POST-TRIAL MOTIONS AND BRIEFING PURSUANT TO FED.R.CIV.PRO. 50 AND 59 RE  ISSUES RAISED, POSITIONS TAKEN BY DEFENDANTS, RESPONSES IN OPPOSITION FROM L. BUCHWALD AND ISSUES PRESENTED BY RENNERT DEFENDANTS IN SUPPORT OF APPEAL AS FRAMED BELOW (2.7); ANALYZE DISTRICT COURT'S DETERMINATION OF POST-TRIAL MOTIONS AND DETERMINATIONS RE  ISSUES PRESENTED AND BY RENNERT DEFENDANTS IN SUPPORT OF APPEAL (1.4); CONTINUE IDENTIFICATION AND ANALYSIS OF RENNERT DEFENDANTS' CHARACTERIZATION OF POST-TRIAL DETERMINATIONS BY DISTRICT COURT IN PREPARATION FOR MOCK APPELLATE ARGUMENT EXERCISE ON JAN. 17 (1.1) | | | |
| | | | 5.20 hrs. | 875 /hr. | 4,550.00 |
| 01/12/17 | NFK | EMAILS BUCHWALD RE ORAL ARGUMENT (0.1) - EMAILS CP, JONAS, BUCHWALD ET AL RE SCHEDULING OF INDENTURE, JUDICIAL ESTOPPEL (0.6) - CONF EMR RE APPEAL, HRG RESULTS, STLMT (0.2) | | | |
| | | | 0.90 hrs. | 910 /hr. | 819.00 |

| 01/13/17 | EMR | CONTINUE ANALYSIS OF APPELLANTS' PRIMARY BRIEFING IN SUPPORT OF APPEAL RE  JUROR CONFUSION AND COMPROMISE ARGUMENTS AND INSOLVENCY, OR LACK OF SAME (2.2) AND CONTINUE ANALYSIS OF RESPONDENT'S OPPOSITION ARGUMENTS, ████████████ ████████████████████████ (.8); CONTINUE DRAFTING AND REVISE POINTS, POTENTIAL ISSUES TO ADDRESS W/ L. BUCHWALD, N. KAJON, KELLOGG HUBER TEAM DURING INITIAL MOCK APPELLATE ARGUMENT ON JAN. 17 (.6) | | | |
| | | 3.60 hrs. | 875 /hr. | 3,150.00 |
| 01/13/17 | NFK | REVIEW/ANALYZE APP BRIEFS FOR PREP SESSION | | | |
| | | 4.00 hrs. | 910 /hr. | 3,640.00 |
| 01/16/17 | EMR | TRAVEL TO WASHINGTON FOR INITIAL MOCK APPELLATE ARGUMENT (3.5), CONTINUE ANALYSIS OF PARTIES' BRIEFING ON APPEAL INCLUDING RENNERT APPELLANTS' JURY TRIAL IMPROPRIETY ARGUMENTS AND CITED AUTHORITIES ON REPLY-REBUTTAL (2.8) AND CONTINUE DRAFTING AND REVISE NOTES, POINTS FOR MOCK APPELLATE ARGUMENT ON JAN. 17 (3.1); BRIEFLY IDENTIFY, COORDINATE THEMES, POINTS FOR CONSIDERATION W/ APPELLATE COUNSEL DURING MOCK APPELLATE ARGUMENT W/ L. BUCHWALD AND N. KAJON (.4) | | | |
| | | 7.00 hrs. | 875 /hr. | 6,125.00 |
| 01/16/17 | NFK | EMAILS KELLOGG ET AL RE PREP SESSION (0.2) - CONTINUE REV'G APPELLATE BRIEFS AND PREP FOR KELLOGG MTG (2.5) | | | |
| | | 2.70 hrs. | 910 /hr. | 2,457.00 |
| 01/16/17 | NFK | TRAVEL TO DC W/ BUCHWALD FOR APPELLATE PREP SESSION (4.0) - DINNER MTG W/ BUCHWALD AND EMR TO DISC APPELLATE ISSUES (2.0) | | | |
| | | 6.00 hrs. | 910 /hr. | 5,460.00 |
| 01/17/17 | EMR | CONTINUE ANALYSIS OF POINTS, THEMES, AND CONFIRM SAME FOR MEETING W/ APPELLATE COUNSEL W/ L. BUCHWALD AND N. KAJON (.3); ATTEND INITIAL MOCK APPELLATE ARGUMENT W/ M. KELLOGG AND APPELLATE TEAM, L. BUCHWALD, AND N. KAJON AND PARTICIPATE IN SAME (2.0); CONTINUE ANALYSIS OF APPELLANTS' REPLY-REBUTTAL BRIEF AND JURY TRIAL IMPROPRIETY ARGUMENTS AND RETURN TRAVEL FROM WASHINGTON (3.9) | | | |
| | | 6.20 hrs. | 875 /hr. | 5,425.00 |
| 01/17/17 | NFK | APPELLATE PREP SESSION IN DC W/ KELLOGG ET AL (2.5) - RETURN TO NYC W/ BUCHWALD AND DISC RESULTS, STRATEGY (3.5) | | | |
| | | 6.00 hrs. | 910 /hr. | 5,460.00 |

01-14312-mkv    Doc 895-3    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit C -
Invoice for Renco Group    Billing Matter 2 (Redacted)    Pg 10 of 27

Invoice Number:  492660                                                                Page 4

| 01/19/17 | NFK | EMAILS JONAS ET AL RE HRG TRANSCRIPT (0.1) - EMAILS KELLOGG ET AL AND TEL BUCHWALD RE MOOT COURT PREP | | | |
| --- | --- | --- | --- | --- | --- |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 01/20/17 | NFK | TEL BUCHWALD RE APPEAL, PREP, BURFORD (0.4) - COMPOSE BUCHWALD MEMO TO MOLOT RE PREP SESSION AND EMAIL BUCHWALD (0.6) | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 01/22/17 | NFK | EMAILS BUCHWALD RE PREP SESSION | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 01/23/17 | NFK | EMAILS BUCHWALD, MOLOT AND CONF EMR RE MOOT COURT | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 01/25/17 | CP | MEETING W/ NFK, EMR, JDA RE: UPCOMING APPEAL PREPARATION | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |
| 01/25/17 | NFK | MTG W/ EMR, CP AND JDA TO DISC APPEAL | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 01/26/17 | NFK | EMAILS BUCHWALD, KELLOGG ET AL RE APPEAL, PREP (0.8) - ATTN TO APPELLATE ISSUES (1.2) | | | |
| | | | 2.00 hrs. | 910 /hr. | 1,820.00 |
| 01/27/17 | EMR | ANALYZE NOTES FROM INITIAL MOCK APPELLATE ARGUMENT, CONTINUE ANALYSIS OF RENCO APPELLANTS ARGUMENTS IN RESPONSE TO L. BUCHWALD OPPOSITION TO INITIAL APPEAL, PARTICULARLY RE  JURY TRIAL, AND CONTINUE DRAFTING POINTS FOR CONSIDERATION DURING FINAL MOCK APPELLATE ARGUMENT ON JAN. 31 | | | |
| | | | 1.30 hrs. | 875 /hr. | 1,137.50 |
| 01/27/17 | NFK | EMAILS BUCHWALD RE ORAL ARGUMENT (0.1) - REVIEW STIRLING MEMO ON EXCLUDED EVIDENCE, OTHER APPELLATE FILES AND PREP FOR 1/31 MOOT COURT (0.8) | | | |
| | | | 0.90 hrs. | 910 /hr. | 819.00 |
| 01/30/17 | EMR | CONTINUE ANALYSIS OF RENNNERT APPELLANTS' REPLY MEMORANDUM OF LAW, JURY TRIAL CONSENT AND WITHDRAWAL ARGUMENTS AND AUTHORITIES CITED IN SAME, AND CONTINUE DRAFTING AND REVISE POINTS, THEMES FOR POTENTIAL ATTENTION DURING JAN. 31 FINAL MOCK APPELLATE ARGUMENT W/ KELLOGG FIRM AND TRAVEL TO WASHINGTON FOR SAME (4.4); BRIEFLY ANALYZE REMAINING ISSUES, CONFIRM POTENTIAL POINTS TO RAISE W/ APPELLATE COUNSEL DURING MOCK ARGUMENT W/ L. BUCHWALD AND N. KAJON (.4); BRIEFLY ANALYZE MEMORANDA FROM APPELLATE COUNSEL RE  MOCK ARGUMENT (.3) | | | |
| | | | 5.10 hrs. | 875 /hr. | 4,462.50 |

| 01/30/17 | NFK | PREP MOOT COURT (1.0) - EMAILS KELLOGG, BUCHWALD ET AL RE MOOT COURT (0.2) - DRAFT OUTLINE OF KEY APPELLATE ISSUES AND EMAIL BUCHWALD (1.8) | | | |
|---|---|---|---|---|---|
| | | | 3.00 hrs. | 910 /hr. | 2,730.00 |
| 01/30/17 | NFK | TRAVEL TO DC W/ BUCHWALD FOR MOOT COURT, DISC APPELLATE ISSUES AND EMAILS KELLOGG ET AL RE MOOT COURT (3.5) - DINNER MTG W/ BUCHWALD AND EMR TO DISC APPELLATE ISSUES (2.0) | | | |
| | | | 5.50 hrs. | 910 /hr. | 5,005.00 |
| 01/31/17 | EMR | ATTEND SECOND MOCK APPELLATE ARGUMENT W/ APPELLATE COUNSEL, L. BUCHWALD, N. KAJON AND BRIEFLY ANALYZE RESULTS FROM SAME W/ L. BUCHWALD, N. KAJON (3.7); RETURN TRAVEL FROM SECOND MOCK APPELLATE ARGUMENT (2.4) | | | |
| | | | 6.10 hrs. | 875 /hr. | 5,337.50 |
| 01/31/17 | NFK | EMAILS BERG ET AL RE MOOT COURT (0.1) - MOOT COURT SESSION AT KELLOGG'S OFFICE (3.8) - RETURN TO NYC W/ BUCHWALD AND DISC RESULTS, STRATEGY (3.8) | | | |
| | | | 7.70 hrs. | 910 /hr. | 7,007.00 |
| 01/31/17 | NFK | EMAILS KELLOGG ET AL RE ORAL ARGUMENT PREP | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 02/01/17 | NFK | EMAILS KELLOGG RE APPEAL PREP | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 02/02/17 | EMR | PERFORM BRIEF RESEARCH RE ARGUMENT ON APPEAL ON FEB. 9, COURT'S DISCLOSURE OF PANEL MEMBERS AND BRIEF MEMORANDA TO AND FROM L. BUCHWALD, N. KAJON, D. BIRD RE PANEL STATUS (.8); ANALYZE PANEL MEMBERS LIST PROVIDED BY D. BIRD (APPELLATE COUNSEL) AND DRAFT, REVISE, AND FINALIZE MEMORANDA TO D. BIRD AND TEAM RE SPECIFIC PANEL MEMBER, PAST TRIAL EXPERIENCE W/ PANEL MEMBER (1.2); ANALYZE MEMORANDA BETWEEN ATTY. S. STIRLING (TRIAL COUNSEL) AND D. BIRD ███████████████ ████████████ (.5) | | | |
| | | | 2.50 hrs. | 875 /hr. | 2,187.50 |
| 02/02/17 | NFK | EMAILS EMR ET AL RE PANEL | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 02/06/17 | NFK | ATTN TO APPELLATE ISSUES FOR 2/9 ORAL ARGUMENT (1.0) - REVIEW 2/6 ROSNER LETTER TO MKV RE MTD, ENVIRONMENTAL CLAIMS, SURPLUS AND EMAILS W/ BUCHWALD (0.5) | | | |
| | | | 1.50 hrs. | 910 /hr. | 1,365.00 |

| 02/07/17 | NFK | EMAILS KELLOGG ET AL RE APPEAL (0.2) - REVIEW TRIAL TRANSCRIPT, EXPERT REPORT AND MTD TRANSCRIPT AND BEGIN DRAFTING LETTER TO MKV RESPONDING TO ROSNER RE ENVIRONMENTAL CLAIMS, SURPLUS (3.4) - EMAILS STIRLING ET AL RE EPA PENALTY CLAIM (0.4) - MTG W/ KELLOGG, BUCHWALD AND EMR TO DISC APPELLATE ISSUES (1.0) | | | |
|---|---|---|---|---|---|
| | | | 5.00 hrs. | 910 /hr. | 4,550.00 |
| 02/08/17 | NFK | ATTN TO APPELLATE ISSUES AND EMAILS LENKNER, KELLOGG, STIRLING, BUCHWALD ET AL (1.7) - 3 TELS BUCHWALD RE APPELLATE ISSUES (0.5) - REVIEW STOLL LETTER TO MKV RESPONDING TO ROSNER (0.1) - CONTINUE REV'G RECORD AND REVIEW/REVISE LETTER RESPONDING TO ROSNER (3.6) - EMAIL AND TEL BUCHWALD RE SAME, APPEAL (0.4) - EMAILS STIRLING RE SAME (0.1) | | | |
| | | | 6.40 hrs. | 910 /hr. | 5,824.00 |
| 02/09/17 | CP | HEAR & REVIEW 2D CIRCUIT ORAL ARGUMENT | | | |
| | | | 0.70 hrs. | 650 /hr. | 455.00 |
| 02/09/17 | EMR | TRAVEL TO AND FROM AND ATTEND ORAL ARGUMENT BEFORE SECOND CIRCUIT ON APPEAL, ANALYZE SAME AND NEXT STEPS W/ L. BUCHWALD, M. KELLOGG AND TEAM, L. BEUS AND TEAM, AND N. KAJON INCLUDING NEXT STEPS W/ ADVERSARIES, OTHER INVOLVED PARTIES | | | |
| | | | 2.70 hrs. | 875 /hr. | 2,362.50 |
| 02/09/17 | NFK | EMAILS BUCHWALD ET AL RE ORAL ARG (0.3) - EMAILS STIRLING RE ROSNER RESPONSE (0.2) - ATTEND 2ND CIRCUIT ORAL ARGUMENT, DEBRIEFING SESSIONS W/ KELLOGG, BEUS, BUCHWALD ET AL, EMAILS DOJ, SPIEGEL ET AL (9.6) - FOLLOW-UP EMAILS BUCHWALD, VANDESTEEG ET AL (0.5) | | | |
| | | | 10.60 hrs. | 910 /hr. | 9,646.00 |
| 02/10/17 | JFE | EFILED IN THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:  LETTER TO JUDGE VYSKOCIL IN RESPONSE TO THE FEBRUARY 6, 2017 LETTER FROM DAVID S. ROSNER, ESQ., WITH EXHIBITS A THROUGH D. | | | |
| | | | 0.10 hrs. | 220 /hr. | 22.00 |
| 02/10/17 | NFK | CONF CP RE ORAL ARG RESULTS (0.1) - EMAILS RICE, KELLOGG, DOJ, BUCHWALD ET AL RE ORAL ARG (0.5) - FINALIZE LETTER TO MKV RE ROSNER ALLEGATIONS (1.8) - TELEPHONE CONFERENCE/DISC WITH KELLER, SPIEGEL, BERG, BUCHWALD RE ORAL ARG (0.2) - TELEPHONE CONFERENCE/DISC WITH DOJ AND BUCHWALD RE STLMT (0.3) - TEL BUCHWALD RE SAME (0.1) - DISTRIBUTION ANALYSIS FOR DOJ RE STLMT AND EMAILS BUCHWALD (1.7) | | | |
| | | | 4.70 hrs. | 910 /hr. | 4,277.00 |

01-14312-mkv    Doc 895-3    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit C -
Invoice for Renco Group    Billing Matter 2 (Redacted)    Pg 13 of 27

Invoice Number:   492660                                                    Page 7

| 02/11/17 | NFK | REVIEW/REVISE DISTRIBUTION ANALYSIS FOR DOJ RE STLMT AND EMAILS BUCHWALD | | | |
|---|---|---|---|---|---|
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 02/13/17 | NFK | ATTN TO APPELLATE ISSUES AND STLMT (0.2) - REVIEW BUCHWALD COMMENTS AND REVIEW/REVISE DISTRIBUTION ANALYSIS (1.0) - EMAILS AND TEL BUCHWALD RE SAME, POST-JUDGMENT INTEREST (0.5) - TEL BUCHWALD RE SAME, STLMT (0.2) - EMAILS KANE RE ORAL ARGUMENT (0.1) - EMAILS RAPAWY ET AL RE TYPO IN AMENDED JUDGMENT (0.4) - EMAILS DOJ, JONAS, KELLER RE DISTRIBUTION ANALYSIS (0.1) | | | |
| | | | 2.50 hrs. | 910 /hr. | 2,275.00 |
| 02/14/17 | NFK | EMAILS BUCHWALD RE STLMT, 2ND CIRCUIT | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 02/15/17 | NFK | CONF CP AND JDA RE APPEAL, STLMT | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 02/15/17 | CP | MEETING W/ NFK, JDA RE: APPEAL | | | |
| | | | 0.20 hrs. | 650 /hr. | 130.00 |
| 02/17/17 | EMR | MEMORANDUM FROM N. KAJON RE  CALL FROM ATTORNEY FOR APPELLANTS RE  IMPRESSIONS FROM APPELLATE ARGUMENT ON FEB. 9 AND N. KAJON ASSESSMENT OF SAME AND BRIEF RESPONSIVE MEMORANDA TO AND FROM N. KAJON | | | |
| | | | 0.40 hrs. | 875 /hr. | 350.00 |
| 02/17/17 | NFK | TEL SEIDEL AND EMAILS BUCHWALD, KELLOGG ET AL RE STLMT | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 02/20/17 | NFK | EMAILS STIRLING AND BUCHWALD RE STLMT, APPEAL, REMAND, PREJUDGMENT INTEREST | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 02/23/17 | NFK | EMAIL STIRLING RE ENVIRONMENTAL CLAIMS (0.1) - REVIEW ROSNER LETTER TO MKV RE STANDING, ATTN TO STRATEGY AND EMAILS BUCHWALD ET AL (0.7) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 02/24/17 | NFK | EMAILS BUCHWALD RE IMPACT OF EPA CLAIMS ON MTD RENCO CMPLT (0.2) - ATTN TO STRATEGY, STLMT (0.4) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 02/27/17 | NFK | RESEARCH RENCO GROUP | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 02/28/17 | NFK | CONF BUCHWALD RE STRATEGY | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |

Invoice Number:   492660

| | | | | | |
|---|---|---|---|---|---|
| 03/01/17 | NFK | EMAILS KELLOGG ET AL RE EFFECT OF POCS FILED BY US MAGNESIUM, RENCO & RENNERT ON APPEAL | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 03/06/17 | NFK | CONF BUCHWALD RE APPEAL, EN BANC, CERT, STRATEGY | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 03/08/17 | EMR | ANALYZE SECOND CIRCUIT COURT OF APPEALS' OPINION AND ORDER AFFIRMING TRIAL COURT'S JUDGMENT AND BRIEFLY ANALYZE MEMORANDA FROM M. KELLOGG RE  TIMING FOR POTENTIAL PETITION FOR REHEARING, CERTIORARI THEREAFTER | | | |
| | | | 0.90 hrs. | 875 /hr. | 787.50 |
| 03/08/17 | NFK | REVIEW/ANALYZE SUMMARY ORDER AFFIRMING JUDGMENT (0.8) - EMAILS KELLOGG, BUCHWALD, TEAM, DOJ, JONAS, UST ET AL RE RULING, NEXT STEPS, TIMING, EXECUTION ON BOND (1.5) - CONFS EMR AND CP RE SAME (0.3) - 2 TELS BUCHWALD RE SAME, IMPLICATIONS (0.6) | | | |
| | | | 3.20 hrs. | 910 /hr. | 2,912.00 |
| 03/08/17 | CP | READ SECOND CIRCUIT SUMMARY ORDER AFFIRMING JURY VERDICT AGAINST RENCO ET AL, EMAILS W/ APPELLATE COUNSEL RE: SAME | | | |
| | | | 0.30 hrs. | 650 /hr. | 195.00 |
| 03/09/17 | NFK | ATTN TO STRATEGY AND EMAILS KELLOGG AND BUCHWALD RE POSSIBLE REHEARING, CERT PETITION (0.4) - EMAILS BUCHWALD RE POSSIBLE RENCO MOTION TO STAY DISTRIBUTIONS (0.2) - EMAILS KELLOGG, BUCHWALD ET AL RE RENCO REQUEST FOR REHEARING MOTION EXTENSION (0.3) - TEL BUCHWALD RE SAME (0.2) - CONF EMR RE SAME (0.1) | | | |
| | | | 1.20 hrs. | 910 /hr. | 1,092.00 |
| 03/10/17 | NFK | EMAILS FISHEL RE APPEAL (0.1) - CONF EMR RE APPEAL, PETITION FOR REHEARING, STRATEGY (0.2) - REVIEW RENCO GROUP MTN EXTENSION TO FILE PETITION REHEARING AND EMAILS TEAM (0.2) - TEL BUCHWALD RE STRATEGY (0.4) | | | |
| | | | 0.90 hrs. | 910 /hr. | 819.00 |
| 03/13/17 | NFK | EMAILS BUCHWALD, KELLOGG ET AL RE REHEARING, EXECUTION ON BOND, MANDATE, TIMING (0.2) - REVIEW ORDER EXTENDING TIME TO FILE PETITION FOR REHEARING AND EMAILS TEAM (0.1) - EMAILS AND TEL BUCHWALD RE STRATEGY (0.5) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 03/16/17 | NFK | REVIEW RAPAWY AND BUCHWALD EMAILS RE EN BANC PETITION AND DISC W/ BUCHWALD | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |

01-14312-mkv   Doc 895-3   Filed 10/19/17   Entered 10/19/17 13:54:30   Exhibit C - Invoice for Renco Group   Billing Matter 2 (Redacted)   Pg 15 of 27

Invoice Number:  492660                                                                    Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/17 | NFK | EMAILS BUCHWALD RE EFFECT OF DOJ CLAIMS ON RENCO STANDING (0.1) - EMAILS BEUS ET AL RE PERUVIAN CHILDREN PERSONAL INJURY ACTION AGAINST RENCO GROUP, VEIL-PIERCING (0.3) | | | |
| | | | 0.40 hrs. | 910 /hr. | 364.00 |
| 03/24/17 | NFK | REVIEW SCHEDULING ORDER IN RENCO A/P AGAINST INDENTURE TRUSTEE AND EMAILS BUCHWALD ET AL (0.6) - TEL BUCHWALD RE SAME, STRATEGY (0.5) | | | |
| | | | 1.10 hrs. | 910 /hr. | 1,001.00 |
| 03/26/17 | NFK | EMAILS BUCHWALD RE RENCO | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 04/04/17 | NFK | TEL BUCHWALD RE RENCO REHRG MOTION | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 04/05/17 | NFK | REVIEW/ANALYZE RENCO PETITION FOR REHEARING AND EMAILS RAPAWY, BUCHWALD ET AL | | | |
| | | | 1.80 hrs. | 910 /hr. | 1,638.00 |
| 04/06/17 | NFK | REVIEW ROSNER LETTER TO VYSKOCIL REQUESTING CONSENSAL EXTENSION OF TIME TO SUBMIT THEIR BRIEFS, AND EMAILS AND TEL BUCHWALD (0.2) - REVIEW RAPAWY AND BUCHWALD EMAILS RE PETITION FOR REHEARING EN BANC (0.1) | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 04/07/17 | NFK | REVIEW MEMORANDUM ENDORSED ORDER GRANTING EXT AND EMAILS BUCHWALD | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 04/20/17 | NFK | CONFER BUCHWALD RE RENNERT, STRATEGY | | | |
| | | | 0.40 hrs. | 910 /hr. | 364.00 |
| 04/22/17 | NFK | CONFER BUCHWALD RE LIKELY MOVES BY RENNERT, STRATEGY | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 04/24/17 | JFE | DOWNLOADED DOC. NO. 42 & 43, FROM ADV. PROC. NO. 16-01073 (MKV) IN USBC-SDNY. | | | |
| | | | 0.10 hrs. | 220 /hr. | 22.00 |
| 04/24/17 | NFK | BEGIN REV'G RENCO SUPPLEMENTAL BRIEF (0.2) - EMAILS AND TEL BUCHWALD RE SAME, STRATEGY (0.4) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 04/25/17 | NFK | REVIEW/ANALYZE RENCO GROUP AND WILMINGTON TRUST SUPPLEMENTAL BRIEFS (1.2) - EMAILS BUCHWALD, KELLOGG, BEUS, DOJ RE SAME (1.0) - TEL BUCHWALD RE SAME, STRATEGY (0.7) | | | |
| | | | 2.90 hrs. | 910 /hr. | 2,639.00 |

Invoice Number:   492660

| 05/01/17 | EMR | ANALYZE MEMORANDUM FROM N. KAJON AND LETTER FROM ATTY. POSCALBO (U.S. ATTY. KIM - UNITED STATES) RE  MAGCORP AND RENNERT PARTIES' POSITIONS IN CHAPTER 7 CASES, BOND CLAIMS | | | |
|---|---|---|---|---|---|
| | | | 0.90 hrs. | 875 /hr. | 787.50 |
| 05/01/17 | NFK | REVIEW DOJ LETTER CONCERNING ASSERTIONS BY RENCO GROUP AND EMAILS BUCHWALD ET AL (0.2) - PREP 5/2 HRG ON 12B6 MOTION (0.4) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 05/02/17 | EMR | ANALYZE MEMORANDUM FROM N. KAJON RE POTENTIAL ENVIRONMENTAL CLAIMS CONSULTANT, EXPERT WITNESS, AND PAST EXPERIENCE W/ SAME, IDENTIFY POTENTIALLY USEFUL TRANSCRIPT AND REPORT RE  POTENTIAL CONSULTANT AND EXPERT WITNESS, AND MEMORANDA TO N. KAJON AND L. BUCHWALD W/ SAME | | | |
| | | | 1.10 hrs. | 875 /hr. | 962.50 |
| 05/02/17 | NFK | PREP FOR AND ATTEND RENCO A/P HRG INCL DISC W/ BUCHWALD AND COUNSEL AT COURT | | | |
| | | | 3.00 hrs. | 910 /hr. | 2,730.00 |
| 05/04/17 | NFK | EMAILS BUCHWALD RE DOE RUN | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 05/10/17 | EMR | ANALYZE COURT'S DECISION DENYING RENNERT, ET AL. APPLICATION FOR REHEARING EN BANC AND MEMORANDA FROM M. KELLOGG, G. RAPAWAY, S. STIRLING, L. BUCHWALD, AND N. KAJON EXPLAINING LIKELY NEXT STEPS AND TIMING | | | |
| | | | 0.40 hrs. | 875 /hr. | 350.00 |
| 05/10/17 | JDA | REVIEW EMAIL/RESEARCH PROJECT RE: INSIDER POCS FROM NFK AND RESPOND RE: SAME. | | | |
| | | | 0.20 hrs. | 325 /hr. | 65.00 |
| 05/10/17 | NFK | EMAILS KELLOGG ET AL RE EN BANC FILING, TIMING, STRATEGY | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 05/11/17 | NFK | REVIEW/ANALYZE INSIDER CLAIMS AND MEMO TO JDA ▮▮▮▮▮▮▮▮▮ (1.6) - REVIEW ORDER DENYING REHEARING AND REHEARING EN BANC AND EMAILS KELLOGG ET AL RE SAME, NEXT STEPS, STRATEGY (0.8) - ATTN TO STRATEGY (0.3) | | | |
| | | | 2.70 hrs. | 910 /hr. | 2,457.00 |
| 05/12/17 | EMR | BRIEFLY ANALYZE MEMORANDA RE POST-JUDGMENT INTEREST CALCULATIONS FOLLOWING DENIAL OF REHEARING EN BANC AND FURTHER RESPONSIVE MEMORANDA FROM L. BUCHWALD, M. KELLOGG, G. RAPAWAY, S. STIRLING, AND N. KAJON RE  SAME | | | |
| | | | 0.30 hrs. | 875 /hr. | 262.50 |

| | | | | | |
|---|---|---|---|---|---|
| 05/12/17 | NFK | EMAILS RAPAWY ET AL RE UPCOMING DATES AND CERTIORARI TIMELINE, STAY (0.4) - ATTN TO STRATEGY (0.4) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 05/15/17 | EMR | BRIEFLY ANALYZE MEMORANDA BETWEEN AND AMONG S. STIRLING, N. KAJON RE  POST-JUDGMENT INTEREST CALCULATIONS, BILL OF COSTS, RELATED MATTERS | | | |
| | | | 0.40 hrs. | 875 /hr. | 350.00 |
| 05/15/17 | NFK | REVIEW SECTION 1961 AND FED INTEREST RATE DATABASE, AND EMAILS STIRLING ET AL RE POST-JUDGMENT INTEREST, BILL OF COSTS | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 05/15/17 | NFK | EMAILS KELLOGG, BUCHWALD ET AL RE MOTION TO STAY THE MANDATE, OPPOSITION | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 05/16/17 | NFK | EMAILS KELLOGG ET AL RE STAY, INTEREST ON BURFORD DEBT (0.4) - TEL BUCHWALD RE STAY, INTEREST IF STAYED (0.4) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 05/16/17 | JDA | RESEARCH ███████████████████████ | | | |
| | | | 2.50 hrs. | 325 /hr. | 812.50 |
| 05/17/17 | CP | REVIEW RENNERT MOTION FOR STAY OF MANDATE PENDING WRIT OF CERTIORARI (0.3) - MEETING W/ NFK RE: SAME (0.3) - BEGIN PREPARING OPPOSITION TO POTENTIAL MOTION FOR STAY TO BANKRUPTCY COURT (0.5) - TELEPHONE CALL W/ JDA RE: SAME (0.2) | | | |
| | | | 1.30 hrs. | 650 /hr. | 845.00 |
| 05/17/17 | EMR | ANALYZE DRAFT MEMORANDUM OF LAW IN OPPOSITION TO RENCO GROUP, ET AL. MOTION TO STAY RE  MANDATE AND DRAFT MEMORANDUM TO APPELLATE TEAM W/ POTENTIAL REVISION (.4); BRIEFLY ANALYZE RELATED MEMORANDA BETWEEN AMONG, L. BUCHWALD, N. KAJON, APPELLATE TEAM RE  DRAFT BRIEF AND FINALIZATION AND FILING OF SAME (.5) | | | |
| | | | 0.90 hrs. | 875 /hr. | 787.50 |
| 05/17/17 | JDA | REVIEW RENCO'S MOTION FOR STAY AND MULTIPLE EMAILS FROM NFK RE: SAME. | | | |
| | | | 0.70 hrs. | 325 /hr. | 227.50 |
| 05/17/17 | JDA | REVIEW DRAFT OPPOSITION TO RENCO'S MOTION FOR STAY OF MANDATE. | | | |
| | | | 0.30 hrs. | 325 /hr. | 97.50 |

| 05/17/17 | JDA | BEGIN DRAFTING OPPOSITION TO MOTION FOR STAY OF MANDATE IN BANKRUPTCY COURT. | | | |
|---|---|---|---|---|---|
| | | | 0.90 hrs. | 325 /hr. | 292.50 |
| 05/17/17 | NFK | REVIEW/REVISE OPPOSITION TO MOTION TO STAY MANDATE AND EMAILS RAPAWY ET AL (1.5) - REVIEW/ANALYZE MOTION TO STAY MANDATE AND EMAILS RAPAWY ET AL (1.3) - EMAILS CP AND JDA RE OPPOSITION TO STAY MOTION (0.3) - CONF CP RE SAME, INTEREST IF STAY GRANTED (0.1) - EMAILS AND TEL SHIFF RE PAYOFF, PBGC, ENVIRONMENTAL CLAIMS, ALLOCATION (0.5) - TEL BUCHWALD RE SAME, STRATEGY (0.4) - EMAIL STIRLING ET AL RE PAYOFF (0.2) | | | |
| | | | 4.30 hrs. | 910 /hr. | 3,913.00 |
| 05/18/17 | EMR | ANALYZE COURT'S ORDER STAYING MANDATE (.3); ANALYZE MULTIPLE MEMORANDA TO AND FROM L. BUCHWALD, N. KAJON, APPELLATE TEAM, TRIAL TEAM ANALYZING ORDER AND POTENTIAL NEXT STEPS (.7); DRAFT MEMORANDUM TO L. BUCHWALD AND N. KAJON AND BRIEFLY ANALYZE COURT'S ORDER, EFFECTS DURING MEETING W/ L. BUCHWALD AND N. KAJON (.4) | | | |
| | | | 1.40 hrs. | 875 /hr. | 1,225.00 |
| 05/18/17 | JDA | FURTHER REVIEW DRAFT OPPOSITION TO MOTION FOR STAY OF MANDATE AND EMAILS NFK/CP RE: SAME. | | | |
| | | | 0.30 hrs. | 325 /hr. | 97.50 |
| 05/18/17 | JDA | CONTINUE DRAFTING OPPOSITION TO MOTION FOR STAY (BANKRUPTCY COURT LEVEL). | | | |
| | | | 0.50 hrs. | 325 /hr. | 162.50 |
| 05/18/17 | JDA | CONTINUE CONDUCTING ██████████████ ████████████████████████████ | | | |
| | | | 2.50 hrs. | 325 /hr. | 812.50 |
| 05/18/17 | NFK | EMAILS STIRLING, KELLOGG, BUCHWALD ET AL RE MANDATE, CERT PETITION, PAYOFF (1.5) - CONFS BUCHWALD RE SAME (0.4) - EMAILS KELLOGG ET AL RE GRANTING OF STAY (0.4) - CONF BUCHWALD RE STAY, STRATEGY (1.2) - EMAILS STIRLING RE DOE RUN (0.1) - EMAIL SHIFF RE PAYOFF NUMBER (0.1) | | | |
| | | | 3.70 hrs. | 910 /hr. | 3,367.00 |
| 05/19/17 | EMR | BRIEFLY ANALYZE MEMORANDUM FROM N. KAJON TO M. KELLOGG RE  COURT'S ORDER STAYING MANDATE, POTENTIAL MOTION TO ADDRESS SAME AND EFFECTS (.3); BRIEFLY ANALYZE RESPONSIVE MEMORANDUM FROM M. KELLOGG TO N. KAJON RE SAME, LIMITED PROSPECTS (.2) | | | |
| | | | 0.50 hrs. | 875 /hr. | 437.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/17 | NFK | ATTN TO STRATEGY AND EMAILS KELLOGG ET AL RE MOTION FOR RECONSIDERATION (1.0) - REVIEW KELLOGG MEMO RE CERT TIMETABLE (0.1) | 1.10 hrs. | 910 /hr. | 1,001.00 |
| 05/22/17 | JDA | CONTINUE ANALYZING CASE LAW ███████ ████████ | 1.30 hrs. | 325 /hr. | 422.50 |
| 05/22/17 | NFK | REVIEW STOLL LETTER TO VYSKOCIL RE STAY OF MANDATE, MTD (0.1) - TEL RICE RE STAY OF MANDATE (0.1) | 0.20 hrs. | 910 /hr. | 182.00 |
| 05/24/17 | JDA | CONDUCT LEGAL RESEARCH ███████ ████████ | 2.80 hrs. | 325 /hr. | 910.00 |
| 05/24/17 | NFK | CONF EMR RE CERT PETITION, TIME FRAME (0.1) - REVIEW STIRLING EMAIL AND CROWE LETTER RE DOE RUN SUBPOENA (0.1) | 0.20 hrs. | 910 /hr. | 182.00 |
| 05/25/17 | JDA | CONDUCT LEGAL RESEARCH ██████ ████ | 1.40 hrs. | 325 /hr. | 455.00 |
| 05/30/17 | JDA | CONDUCT LEGAL RESEARCH ██████ ████████ | 2.60 hrs. | 325 /hr. | 845.00 |
| 05/30/17 | JDA | CONDUCT LEGAL RESEARCH █████ | 2.30 hrs. | 325 /hr. | 747.50 |
| 05/30/17 | JDA | DRAFT FACTS/BACKGROUND SECTION OF MEMO ██ ████ | 1.50 hrs. | 325 /hr. | 487.50 |
| 05/30/17 | NFK | EMAILS JDA RE INSIDER CLAIMS | 0.10 hrs. | 910 /hr. | 91.00 |
| 05/31/17 | JDA | CONTINUE DRAFTING MEMO █████ ████ | 2.80 hrs. | 325 /hr. | 910.00 |
| 05/31/17 | JDA | CONDUCT LEGAL RESEARCH ███ ████ | 1.40 hrs. | 325 /hr. | 455.00 |
| 05/31/17 | JDA | FINISH DRAFTING AND REVISE MEMO █████ ███████ AND SEND TO NFK. | 2.50 hrs. | 325 /hr. | 812.50 |

Invoice Number:  492660

| 06/01/17 | CP | READ JDA MEMO RE: ███ RESEARCH RE: SAME | | | |
| | | | 3.40 hrs. | 650 /hr. | 2,210.00 |
| 06/02/17 | NFK | REVIEW BUCHWALD EMAILS RE RENCO ERISA CONTROL GROUP LIABILITY | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 06/07/17 | NFK | EMAILS BUCHWALD RE MTD (0.1) - MSG ███ RE JUDGMENT (0.1) | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 06/08/17 | NFK | MSG ███ RE JUDGMENT | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 06/11/17 | NFK | EMAILS RAPAWY ET AL RE RENCO CERT PETITION, EXT, TIMING | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 06/12/17 | NFK | TELS AND EMAILS ███ | | | |
| | | | 1.00 hrs. | 910 /hr. | 910.00 |
| 06/13/17 | NFK | ATTN TO STRATEGY ███ (0.6) - CONF CP RE DEVELOPMENTS (0.1) - TEL BUCHWALD RE SAME, 6/19 MTG (0.1) - EMAILS ███ (0.1) | | | |
| | | | 0.90 hrs. | 910 /hr. | 819.00 |
| 06/16/17 | NFK | ATTN TO STRATEGY AND EMAILS BUCHWALD | | | |
| | | | 0.30 hrs. | 910 /hr. | 273.00 |
| 06/19/17 | NFK | PREP ███ (1.2) - TEL AND EMAILS BUCHWALD ███ PREP, DISTRIBUTION ANALYSIS, RENCO HUMVEE LITIGATION (0.4) - CONF BUCHWALD ███ (0.4) - MTG W/ BUCHWALD ███ (1.1) - POST-MTG DISC W/ BUCHWALD RE STRATEGY (0.6) | | | |
| | | | 3.70 hrs. | 910 /hr. | 3,367.00 |
| 06/20/17 | NFK | TEL ███ | | | |
| | | | 0.50 hrs. | 910 /hr. | 455.00 |
| 06/21/17 | NFK | REVIEW/ANALYZE JDA MEMO ███ | | | |
| | | | 1.20 hrs. | 910 /hr. | 1,092.00 |
| 07/11/17 | NFK | EMAILS W/ BUCHWALD ███ RE DOE RUN LAWSUIT (0.5) ███ (0.2) | | | |
| | | | 0.70 hrs. | 910 /hr. | 637.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 07/12/17 | NFK | TEL BUCHWALD RE ZURICH AMERICAN BOND, COLLATERAL | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 07/26/17 | NFK | EMAILS BUCHWALD RE CERT PETITION | | | |
| | | | 0.10 hrs. | 910 /hr. | 91.00 |
| 07/31/17 | NFK | ATTN TO STRATEGY (0.3) -  EMAILS RAPAWY, KELLOGG AND BUCHWALD RE RENCO CERT PETITION (0.5) | | | |
| | | | 0.80 hrs. | 910 /hr. | 728.00 |
| 08/01/17 | NFK | REVIEW BUCHWALD, RAPAWY AND STIRLING EMAILS RE CERT PETITION, AMICI BRIEFS, TIMING | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 08/02/17 | NFK | CONF BUCHWALD RE STRATEGY (0.2) | | | |
| | | | 0.20 hrs. | 910 /hr. | 182.00 |
| 08/07/17 | NFK | DEVELOP CONTOURS OF POTENTIAL GLOBAL SETTLEMENT | | | |
| | | | 0.70 hrs. | 910 /hr. | 637.00 |
| 08/09/17 | EMR | ANALYZE MEMORANDA FROM ATTYS. M. KELLOGG, S. STERLING, N. KAJON RE  APPELLANTS' PETITION FOR WRIT OF CERTIORARI, INITIAL ANALYSIS OF POTENTIAL DEFECTS W/ SAME (.4); BEGIN ANALYSIS OF APPELLANTS' PETITION FOR WRIT OF CERTIORARI, COURT OF APPEALS MEMORANDUM AND ORDER DECIDING APPEAL, RELATED MATERIAL EVENTS AND FACTS RE  JURY TRIAL CONSENT, ATTEMPTED WITHDRAWAL OF SAME BY DEFENDANTS AT TRIAL AND CHARACTERIZATION OF SAME IN PETITION (1.7) | | | |
| | | | 2.10 hrs. | 875 /hr. | 1,837.50 |
| 08/09/17 | NFK | REVIEW/ANALYZE RENCO CERT. PETITION (1.5) - EMAILS KELLOGG, STIRLING, LENKNER ET AL RE SAME, WAIVER (0.7) - CONF BUCHWALD RE SAME (0.3) | | | |
| | | | 2.50 hrs. | 910 /hr. | 2,275.00 |
| 08/10/17 | NFK | EMAILS KELLOGG ET AL RE RENCO CERT PETITION (0.2) - EMAILS JDA RE RESEARCH ███████████ ████████ (0.4) | | | |
| | | | 0.60 hrs. | 910 /hr. | 546.00 |
| 08/10/17 | JDA | CONFER WITH NFK RE: SCOTUS PETITION FOR CERT. | | | |
| | | | 0.20 hrs. | 325 /hr. | 65.00 |
| 08/10/17 | JDA | REVIEW/ANALYZE 2ND CIRCUIT CASE LAW ████ ████████████████ | | | |
| | | | 0.40 hrs. | 325 /hr. | 130.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/17 | JDA | REVIEW AND ANALYZE 2ND CIRCUIT LAW ███ AND DRAFT EMAIL MEMO TO NFK RE: SAME. | 0.70 hrs. | 325 /hr. | 227.50 |
| 08/11/17 | NFK | EMAILS JDA, BUCHWALD ET AL ███ | 0.30 hrs. | 910 /hr. | 273.00 |
| 08/14/17 | NFK | PREP CONF CALL (0.2) - TELEPHONE CONFERENCE/DISC WITH KELLOGG, RAPAWY, BIRD AND BUCHWALD RE RENCO CERT PETITION, RESP, TIMING (0.2) - EMAIL LENKNER ET AL RE RENCO CERT PETITION (0.1) | 0.50 hrs. | 910 /hr. | 455.00 |
| 08/16/17 | JDA | REVIEW/ORGANIZE PROOFS OF CLAIMS OF INSIDERS AND REVIEW ADVERSARY DOCKET RE: SAME. | 1.20 hrs. | 325 /hr. | 390.00 |
| 08/17/17 | NFK | EMAILS SOPER AND BUCHWALD RE TIMING OF COLLECTION | 0.20 hrs. | 910 /hr. | 182.00 |
| 08/21/17 | JDA | CREATE CHART DEPICTING REMAINING CLAIMS OF INSIDERS. | 1.20 hrs. | 325 /hr. | 390.00 |
| 08/21/17 | NFK | EMAILS BUCHWALD RE OPPOSITION BRIEF | 0.10 hrs. | 910 /hr. | 91.00 |
| 08/22/17 | EMR | BRIEFLY ANALYZE CREDITORS' RELATIVE INTERESTS IN ESTATE W/ N. KAJON ███ (.3); CONTINUE ANALYSIS OF APPELLANTS' PETITION FOR CERTIORARI, ███ BEGIN DRAFTING MEMORANDUM TO FILE RE SAME (1.4) | 1.70 hrs. | 875 /hr. | 1,487.50 |
| 08/22/17 | NFK | CONF EMR RE CERT PETITION, ███ (0.1) - BEGIN REV'G DRAFT BRIEF IN OPPOSITION TO RENCO CERTIORARI PETITION (1.0) | 1.10 hrs. | 910 /hr. | 1,001.00 |
| 08/23/17 | NFK | REVIEW/REVISE KELLOGG BRIEF IN OPPOSITION TO RENCO CERTIORARI PETITION (2.8) - EMAILS KELLOGG, STIRLING ET AL RE SAME (0.7) - REVIEW KELLOGG EMAIL RE DEADLINES (0.1) | 3.60 hrs. | 910 /hr. | 3,276.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/17 | NFK | REVIEW RAPAWY AND STIRLING EMAILS RE CERT PETITION RESP █████████████████ | 0.30 hrs. | 910 /hr. | 273.00 |
| 08/31/17 | NFK | REVIEW/ANALYZE TWO SETS OF REVISIONS OF BRIEF IN OPPOSITION TO CERT PETITION, AND EMAILS KELLOGG ET AL | 1.80 hrs. | 910 /hr. | 1,638.00 |
| 09/01/17 | NFK | EMAILS RAPAWY ET AL RE AMICI | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/02/17 | NFK | EMAILS RAPAWY ET AL RE NO AMICI BRIEFS | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/04/17 | NFK | REVIEW/ANALYZE BRIEF IN OPPOSITION TO RENCO CERT PETITION AND EMAILS RAPAWY, STIRLING ET AL | 1.00 hrs. | 910 /hr. | 910.00 |
| 09/05/17 | NFK | EMAILS RAPAWY ET AL RE CERT PETITION, TIMING | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/06/17 | CP | READ OPPOSITION TO RENCO GROUP CERT PETITION | 0.40 hrs. | 650 /hr. | 260.00 |
| 09/06/17 | JDA | REVIEW BRIEF IN OPPOSITION TO PETITION FOR CERTIORARI. | 0.80 hrs. | 325 /hr. | 260.00 |
| 09/06/17 | NFK | REVIEW RAPAWY EMAIL AND AS-FILED BRIEF OPPOSING CERT | 0.40 hrs. | 910 /hr. | 364.00 |
| 09/07/17 | CP | REVIEW UPDATED CLAIMS ANALYSIS CHART RE: INSIDERS | 0.30 hrs. | 650 /hr. | 195.00 |
| 09/07/17 | NFK | REVIEW/ANALYZE INSIDER CLAIMS AND JDA CHART (0.5) - EMAILS JDA RE INSIDER CLAIMS, CHART (0.1) | 0.60 hrs. | 910 /hr. | 546.00 |
| 09/12/17 | NFK | EMAILS BUCHWALD AND RAPAWY RE POST CERT PROCEDURES | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/14/17 | NFK | EMAILS CATALANO RE CERT OPPOSITION BRIEF | 0.10 hrs. | 910 /hr. | 91.00 |
| 09/15/17 | NFK | EMAILS CATALANO RE CERT RESPONSE AND REPLY | 0.10 hrs. | 910 /hr. | 91.00 |

Invoice Number:   492660

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/19/17 | NFK | REVIEW RENCO US SUPREME COURT REPLY BRIEF, DISC W/ RAPAWY AND BIRD AND FOLLOW-UP EMAILS W/ BUCHWALD, RAPAWY ET AL | 1.00 hrs. | 910 /hr. | 910.00 |
| 09/20/17 | NFK | FINISH REV'G RENCO REPLY BRIEF (0.3) - EMAILS POSCABLO ET AL RE RENCO SUPREME COURT REPLY BRIEF (0.1) | 0.40 hrs. | 910 /hr. | 364.00 |
| 09/21/17 | JDA | BEGIN CONDUCTING LEGAL RESEARCH RE: ███████ | 1.60 hrs. | 325 /hr. | 520.00 |
| 09/21/17 | NFK | ███████ (0.5) - EMAILS JDA RE RESEARCH ON SAME (0.5) | 1.00 hrs. | 910 /hr. | 910.00 |
| 09/22/17 | NFK | EMAILS STIRLING RE INTEREST ON JUDGMENT, BG FEES | 0.20 hrs. | 910 /hr. | 182.00 |
| 09/25/17 | JDA | CONDUCT RESEARCH ███████ | 0.80 hrs. | 325 /hr. | 260.00 |
| 09/26/17 | JDA | CONTINUE LEGAL RESEARCH ███████ | 3.60 hrs. | 325 /hr. | 1,170.00 |
| 09/26/17 | JDA | DRAFT MEMO ███████ | 4.20 hrs. | 325 /hr. | 1,365.00 |
| 09/29/17 | JDA | CONTINUE DRAFTING/REVISE MEMO ███████ AND ANALYZE PROOFS OF CLAIM AND LOAN DOCUMENTS ███████ | 2.60 hrs. | 325 /hr. | 845.00 |
| 09/29/17 | NFK | QUICK REVIEW OF JDA MEMO ███████ | 0.20 hrs. | 910 /hr. | 182.00 |
| | | TOTAL FEES | 253.70 hrs. | | $201,310.00 |

EXPENSES:

| 01/04/17 | NICHOLAS F KAJON: AMTRAK-NY-WASHINGTON (1/17-$443 & 1/31-$412) | $855.00 |

Invoice Number:  492660

EXPENSES:

| | | |
|---|---|---|
| 01/11/17 | NICHOLAS F KAJON: TRAVEL BKFST | $5.06 |
| 01/11/17 | NICHOLAS F KAJON: CARFARE T/F COURT | $9.75 |
| 01/16/17 | NICHOLAS F KAJON: DINNER W/LEE BUCHWALD & EMR IN DC | $277.60 |
| 01/16/17 | ERIC M ROBINSON: TRAIN T/F DC FOR MTG W/CLIENT&APPELLATE ATTYS | $300.00 |
| 01/16/17 | ERIC M ROBINSON: HOTEL-WASHINGTON, DC FOR MTG | $349.23 |
| 01/16/17 | ERIC M ROBINSON: TAXIS -WASHINGTON, DC TRIP | $55.25 |
| 01/16/17 | NICHOLAS F KAJON: TAXIS-DC TRIP | $59.43 |
| 01/16/17 | NICHOLAS F KAJON: DC TRIP - HOTEL | $372.13 |
| 01/17/17 | NICHOLAS F KAJON: SUB TO PENN STATION | $2.75 |
| 01/30/17 | NICHOLAS F KAJON: DINNER W/LEE BUCHWALD & EMR IN DC | $424.10 |
| 01/30/17 | ERIC M ROBINSON: TRAIN T/F DC FOR CLIENT MTGS & APPELLATE COUNSEL | $404.00 |
| 01/30/17 | ERIC M ROBINSON: HOTEL-DC MTGS | $486.63 |
| 01/30/17 | ERIC M ROBINSON: TAXIS-DC TRAVEL | $52.00 |
| 01/30/17 | NICHOLAS F KAJON: WASHINGTON, DC TRIP-HOTEL STAY | $523.38 |
| 01/30/17 | NICHOLAS F KAJON: TAXIS WHILE TRAVEL-DC TRIP | $116.64 |
| 02/01/17 | NICHOLAS F KAJON: TAXI/DC TRIP | $15.12 |
| 02/07/17 | NICHOLAS F KAJON: DINNER W/KELLOGG, BUCHWALD & EMR | $944.18 |
| 02/07/17 | NICHOLAS F KAJON: TAXIS T/F DINNER W/KELLOGG, BUCHWALD & EMR | $30.63 |
| 02/08/17 | NICHOLAS F KAJON: TAXI FOR MTG | $14.10 |
| 02/09/17 | NICHOLAS F KAJON: DINNER W/BUCHWALD | $188.50 |
| 02/09/17 | NICHOLAS F KAJON: LUNCH W/KELLOGG, BEUS, STIRLING, BUCHWALD, BIRD, RAPAWY, ET AL. AFTER 2ND CIRCUIT ORAL ARGUMENT | $954.49 |
| 02/09/17 | NICHOLAS F KAJON: TAXIS T/F LUNCH/DINNER MTGS | $54.62 |
| 02/15/17 | AVANT BUSINESS SERVICES: DELIVERY SERVICE | $17.75 |
| 05/02/17 | NICHOLAS F KAJON: BKFST W/BUCHWALD IN BOSTON | $6.50 |
| 05/02/17 | NICHOLAS F KAJON: TAXI T/F COURT | $9.75 |
| 05/11/17 | AVANT BUSINESS SERVICES: DELIVERY | $17.75 |
| 05/18/17 | WESTLAW | $11.10 |
| 05/30/17 | WESTLAW | $49.95 |
| 05/31/17 | WESTLAW | $5.55 |
| 06/01/17 | WESTLAW | $6.24 |
| 06/19/17 | NICHOLAS F KAJON: CARFARE TO MTG | $11.80 |
| 06/19/17 | NICHOLAS F KAJON: DINNER W/BUCHWALD | $106.46 |
| 06/19/17 | NICHOLAS F KAJON: CARFARE | $13.50 |
| 09/25/17 | WESTLAW | $6.68 |
| 09/26/17 | WESTLAW | $13.36 |
| 09/30/17 | COMPUTER RESEARCH | $8.10 |

Invoice Number:   492660

<u>EXPENSES:</u>

| | | |
|---|---|---|
| 09/30/17 | DOCUMENT REPRODUCTION | $76.70 |
| 09/30/17 | TELEPHONE CHARGES. | $24.55 |
| | TOTAL EXPENSES | $6,880.33 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $201,310.00 |
| TOTAL EXPENSES | $6,880.33 |
| **TOTAL OF THIS BILL** | **$208,190.33** |
| NET BALANCE FORWARD | $342,203.31 |
| **TOTAL BALANCE DUE** | **$550,393.64** |

STEVENS & LEE
P. O. BOX 679
READING,  PA   19603-0679
PHONE:  610-478-2000  FAX:  610-376-5610
FEDERAL I.D. #23-1886296
October 17, 2017
Billed through 09/30/17

Invoice Number:  492660          NFK

LEE E BUCHWALD TRUSTEE
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170

MAGNESIUM CORP./RENCO LITIGATION                              070187-00002

| | |
|---|---:|
| Balance Forward | $342,203.31 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $342,203.31 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $201,310.00 |
| TOTAL EXPENSES | $6,880.33 |
| **TOTAL OF THIS BILL** | **$208,190.33** |
| NET BALANCE FORWARD | $342,203.31 |
| **TOTAL BALANCE DUE** | **$550,393.64** |