**EXHIBIT E**

Invoice for Sale of Interest in Litigation Proceeds, Billing Matter 5

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000   FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number:   492657          NFK

LEE E BUCHWALD TRUSTEE/MAG COR
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170

SALE OF INTEREST IN LITIGATION PROCEEDS                              070187-00005

| | |
|---|---|
| Balance Forward | $456,843.88 |
| Payments and Adjustments made since last invoice | ($366,728.46) |
| Net Balance Forward | $90,115.42 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | NFK | EMAILS BUCHWALD RE MTD APPEALS (0.1) - REVIEW STIP AND ORDER DISMISSING APPEAL AND EMAILS ALOSCO, GKC ET AL (0.2) | 0.30 hrs. | 890 /hr. | 267.00 |
| 10/06/16 | CP | READ RENCO OPPOSITION TO MOTION TO DISMISS APPEAL, EMAILS W/ NFK, JDA RE: SAME | 0.80 hrs. | 625 /hr. | 500.00 |
| 10/06/16 | JDA | MULTIPLE EMAILS/CORRESPONDENCE WITH NFK AND CP RE: RENCO'S REPLY. | 0.80 hrs. | 325 /hr. | 260.00 |
| 10/06/16 | NFK | EMAILS ALOSCO ET AL RE STIP DISMISSING NOTEHOLDER APPEAL (0.1) - REVIEW/ANALYZE RENCO OPP BRIEF TO MTD APPEAL AND EMAILS GKC, TEAM AND BUCHWALD (0.7) | 0.80 hrs. | 890 /hr. | 712.00 |
| 10/06/16 | JDA | REVIEW/ANALYZE RENCO'S OPPOSITION TO APPEAL OF SALE MOTION AND CONFER WITH NFK/CP RE: SAME. | 0.60 hrs. | 325 /hr. | 195.00 |
| 10/06/16 | JDA | REVIEW DOCKET AND RULE 8018 RE: TIME TO FILE APPELLATE BRIEF AND CONFER WITH NFK/CP RE: SAME. | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/06/16 | JDA | CONDUCT RESEARCH ███████████████ | 0.40 hrs. | 325 /hr. | 130.00 |

01-14312-mkv    Doc 895-5    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit E - Invoice for Sale of Interest in Litigation Proceeds    Billing Matter    Pg 3 of 9

Invoice Number: 492657                                                                                                        Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/16 | JDA | BEGIN DRAFTING REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS APPEAL. | 0.40 hrs. | 325 /hr. | 130.00 |
| 10/06/16 | JDA | REVIEW/ANALYZE CASE LAW ▮▮▮▮▮ | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/10/16 | JDA | DRAFT REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS APPEALS | 4.90 hrs. | 325 /hr. | 1,592.50 |
| 10/10/16 | NFK | REVIEW ORDER DISMISSING NOTEHOLDERS' APPEAL AND EMAILS GKC, BUCHWALD | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/11/16 | CP | REVIEW & REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS RENCO GROUP APPEAL OF SALE ORDER, EMAILS W/ NFK, JDA RE: SAME | 2.30 hrs. | 625 /hr. | 1,437.50 |
| 10/11/16 | JDA | FURTHER REVISE REPLY PER NFK/CP EDITS AND SEND TO CLIENT FOR REVIEW. | 0.60 hrs. | 325 /hr. | 195.00 |
| 10/11/16 | NFK | TEL BUCHWALD RE REPLY (0.1) - REVIEW/REVISE REPLY BRIEF AND EMAILS CP, JDA AND BUCHWALD (2.0) | 2.10 hrs. | 890 /hr. | 1,869.00 |
| 10/11/16 | JDA | REVISE DRAFT OF REPLY BRIEF AND FURTHER REVIEW/ANALYZE CASE LAW RE: SAME. | 2.00 hrs. | 325 /hr. | 650.00 |
| 10/12/16 | CP | REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS RENCO APPEAL OF SALE ORDER | 1.40 hrs. | 625 /hr. | 875.00 |
| 10/12/16 | JDA | REVIEW EMAIL FROM CP AND SEND DRAFT TO WP FOR FORMATTING AND REVIEW. | 0.10 hrs. | 325 /hr. | 32.50 |
| 10/12/16 | NFK | REVIEW/REVISE REPLY BRIEF AND EMAILS TEAM AND BUCHWALD | 1.00 hrs. | 890 /hr. | 890.00 |
| 10/12/16 | JDA | FINALIZE REPLY BRIEF FOR FILING. | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/13/16 | CP | FINALIZE, FILE & SERVE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS RENCO APPEAL OF SALE ORDER | 1.00 hrs. | 625 /hr. | 625.00 |

01-14312-mkv    Doc 895-5    Filed 10/19/17    Entered 10/19/17 13:54:30    Exhibit E - Invoice for Sale of Interest in Litigation Proceeds    Billing Matter    Pg 4 of 9

Invoice Number: 492657                                                                                    Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/16 | JFE | EFILED IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK: (1) REPLY MEMORANDUM OF LAW OF CHAPTER 7 TRUSTEE IN FURTHER SUPPORT OF MOTION TO DISMISS APPEAL; AND (2) CERTIFICATE OF SERVICE. | 0.20 hrs. | 215 /hr. | 43.00 |
| 10/13/16 | NFK | REVIEW/REVISE REPLY BRIEF AND EMAILS BUCHWALD, TEAM (1.0) - CONF CP RE SAME, RENCO APPEAL (0.1) - TEL BUCHWALD RE SAME, STRATEGY (0.3) - EMAIL GKC RE REPLY (0.1) | 1.50 hrs. | 890 /hr. | 1,335.00 |
| 10/19/16 | JDA | EVALUATE STATUS OF APPEAL AND RENCO'S RESPONSE TO MOTION TO DISMISS APPEAL. | 0.30 hrs. | 325 /hr. | 97.50 |
| 10/20/16 | CP | READ LETTER REQUEST FROM RENCO GROUP COUNSEL FOR PERMISSION TO FILE SUR-REPLY BRIEF OPPOSING MOTION TO DISMISS APPEAL OF SALE ORDER, REVIEW DISTRICT JUDGE NATHAN'S PART RULES FOR SAME | 0.30 hrs. | 625 /hr. | 187.50 |
| 10/20/16 | JDA | REVIEW AND EVALUATE RENCO'S RESPONSE TO MOTION TO DISMISS APPEAL. | 0.80 hrs. | 325 /hr. | 260.00 |
| 10/20/16 | NFK | REVIEW FRIEDMAN LETTER TO AJN RE SUR-REPLY AND EMAIL BUCHWALD ET AL | 0.20 hrs. | 890 /hr. | 178.00 |
| 10/23/16 | NFK | EMAILS BUCHWALD RE SUR-REPLY | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/27/16 | NFK | REVIEW ORDER DENYING LEAVE TO FILE SUR-REPLY AND EMAIL BUCHWALD | 0.10 hrs. | 890 /hr. | 89.00 |
| 10/31/16 | NFK | CONF CP RE STATUS | 0.10 hrs. | 890 /hr. | 89.00 |
| 12/08/16 | CP | REVIEW INDIVIDUAL PRACTICE RULES, DRAFT LETTER TO DISTRICT JUDGE NATHAN ASKING THAT MOTION TO DISMISS RENCO APPEAL BE ARGUED OR DECISION ENTERED | 0.60 hrs. | 625 /hr. | 375.00 |
| 12/08/16 | NFK | REVIEW LETTER TO JUDGE NATHAN RE MOTION TO DISMISS THE RENCO APPEAL AND EMAILS CP AND BUCHWALD | 0.10 hrs. | 890 /hr. | 89.00 |

Invoice Number: 492657 Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/16 | NFK | REVIEW AND SIGN LETTER TO DISTRICT JUDGE NATHAN RE MTD SALE ORDER APPEAL, AND EMAILS GKC, BUCHWALD | 0.20 hrs. | 890 /hr. | 178.00 |
| | | TOTAL FEES | 25.00 hrs. | | $13,752.00 |

EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 10/13/16 | AVANT BUSINESS SERVICES: DELIVERY | $17.75 |
| 12/31/16 | COMPUTER RESEARCH | $159.60 |
| 12/31/16 | DOCUMENT REPRODUCTION | $68.70 |
| 12/31/16 | TELEPHONE CHARGES. | $118.88 |
| 12/31/16 | POSTAGE | $3.45 |
| | TOTAL EXPENSES | $368.38 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $13,752.00 |
| TOTAL EXPENSES | $368.38 |
| **TOTAL OF THIS BILL** | **$14,120.38** |
| NET BALANCE FORWARD | $90,115.42 |
| **TOTAL BALANCE DUE** | **$104,235.80** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000  FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 12/31/16

Invoice Number: 492657     NFK

LEE E BUCHWALD TRUSTEE/MAG COR
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170

SALE OF INTEREST IN LITIGATION PROCEEDS                           070187-00005

| | |
|---|---:|
| Balance Forward | $456,843.88 |
| Payments and Adjustments made since last invoice | ($366,728.46) |
| Net Balance Forward | $90,115.42 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $13,752.00 |
| TOTAL EXPENSES | $368.38 |
| **TOTAL OF THIS BILL** | **$14,120.38** |
| NET BALANCE FORWARD | $90,115.42 |
| **TOTAL BALANCE DUE** | **$104,235.80** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000  FAX: 610-376-5610
FEDERAL I.D. #23-1886296

October 17, 2017
Billed through 09/30/17

Invoice Number: 492662      NFK

LEE E BUCHWALD TRUSTEE/MAG COR
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170


SALE OF INTEREST IN LITIGATION PROCEEDS                    070187-00005


| | |
|---|---:|
| Balance Forward | $104,235.80 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $104,235.80 |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---:|
| 01/24/17 | NFK | REVIEW BURFORD CAPITAL AUDIT CONFIRMATION REQUEST AND EMAILS BUCHWALD | 0.20 hrs. | 910 /hr. | 182.00 |
| 02/22/17 | NFK | EMAILS BUCHWALD RE SALE ORDER APPEAL | 0.10 hrs. | 910 /hr. | 91.00 |
| 03/09/17 | NFK | TEL SPIEGEL RE ADD'L ACQUISITION (0.1) - TEL BUCHWALD RE SAME, STRATEGY (0.5) - MEMO TO DOJ AND JONAS RE SAME (0.7) | 1.30 hrs. | 910 /hr. | 1,183.00 |
| 03/10/17 | NFK | EMAILS POSCABLO, BUCHWALD, ET AL RE OFFER (0.2) - TEL SPIEGEL REJECTING OFFER (0.1) | 0.30 hrs. | 910 /hr. | 273.00 |
| 07/18/17 | NFK | REVIEW/ANALYZE JUDGE NATHAN MEMORANDUM AND ORDER DISMISSING RENCO APPEAL OF SALE ORDER AND EMAILS BURFORD, BUCHWALD ET AL | 1.00 hrs. | 910 /hr. | 910.00 |
| 07/19/17 | NFK | REVIEW NOTICE RE NATHAN'S ORDER DISMISSING APPEAL FILED IN MAGCORP BANKRUPTCY CASE AND CLERK'S JUDGMENT, AND EMAILS BUCHWALD ET AL | 0.60 hrs. | 910 /hr. | 546.00 |
| 07/20/17 | NFK | EMAILS LENKNER AND BUCHWALD RE DISMISSAL OF RENCO APPEAL | 0.40 hrs. | 910 /hr. | 364.00 |

Invoice Number:  492662 Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/17 | NFK | EMAILS LENKNER AND BUCHWALD AND TEL CATALANO RE DISMISSAL OF RENCO APPEAL, NEXT STEPS | 0.60 hrs. | 910 /hr. | 546.00 |
| | | TOTAL FEES | 4.50 hrs. | | $4,095.00 |

EXPENSES:

| 09/30/17 | DOCUMENT REPRODUCTION | $215.30 |
|---|---|---|
| | TOTAL EXPENSES | $215.30 |

**BILLING SUMMARY**

| TOTAL FEES | $4,095.00 |
|---|---|
| TOTAL EXPENSES | $215.30 |
| **TOTAL OF THIS BILL** | **$4,310.30** |
| NET BALANCE FORWARD | $104,235.80 |
| **TOTAL BALANCE DUE** | **$108,546.10** |

STEVENS & LEE
P. O. BOX 679
READING, PA 19603-0679
PHONE: 610-478-2000 FAX: 610-376-5610
FEDERAL I.D. #23-1886296
October 17, 2017
Billed through 09/30/17

Invoice Number:  492662          NFK

LEE E BUCHWALD TRUSTEE/MAG COR
BUCHWALD CAPITAL ADVISORS LLC
420 LEXINGTON AVENUE SUITE 300
NEW YORK NY  10170


SALE OF INTEREST IN LITIGATION PROCEEDS                                  070187-00005

|  |  |
|---|---:|
| Balance Forward | $104,235.80 |
| Payments and Adjustments made since last invoice | $0.00 |
| Net Balance Forward | $104,235.80 |
| **BILLING SUMMARY** | |
| TOTAL FEES | $4,095.00 |
| TOTAL EXPENSES | $215.30 |
| **TOTAL OF THIS BILL** | **$4,310.30** |
| NET BALANCE FORWARD | $104,235.80 |
| **TOTAL BALANCE DUE** | **$108,546.10** |