| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: November 15, 2017<br>at 10:00 a.m. |
|---|---|

In re:

MAGNESIUM CORPORATION OF AMERICA, *et al.*,

               Debtors.

Case No. 01-14312 (MKV)
Chapter 7
(Jointly Administered)

**NOTICE OF HEARING TO CONSIDER APPLICATIONS FOR INTERIM AND FINAL ALLOWANCES OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 7 TRUSTEE'S PROFESSIONALS**

**TO ALL CREDITORS AND PARTIES IN INTEREST IDENTIFIED ON MASTER SERVICE LIST ESTABLISHED UNDER AUGUST 8, 2001 ORDER ESTABLISHING NOTICE PROCEDURES:**

       **PLEASE TAKE NOTICE** that on **November 15, 2017 at 10:00 a.m.**, or as soon thereafter as applicants can be heard, a hearing (the "Hearing") will be held before the Hon. Mary Kay Vyskocil, Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, Room 501, New York, NY 10004, to consider the applications for interim and final allowances of compensation and reimbursement of expenses of the following professionals:

| **Professional** | **Compensation Sought** | **Expenses** |
|---|---|---|
| Stevens & Lee, P.C.<br>General Counsel to<br>Chapter 7 Trustee<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | $1,018,950.50 | $23,411.99 |
| Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>Special Appellate Counsel to<br>Chapter 7 Trustee<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 | $1,581,879.50<br><br>(final award of (i) $1,500,000 Contingent Fee; (ii) $79,162 Hourly Fee; and (iii) $2,717 holdback from prior interim fee award) | $ 19,944.50<br><br>(final award of (i) $13,616.46 for Current Fee Period; and (ii) $6,328.04 from prior interim expense payment) |

10/17/2017 SL1 1483024v1 070187.00001

| | | |
|---|---|---|
| Beus Gilbert PLLC<br>Special Trial Counsel to Chapter 7 Trustee<br>701 N. 44th Street<br>Phoenix, AZ 85008 | $0[1] | $2,162,250.50<br>(final payment of expenses) |
| Roux Associates, Inc.<br>Environmental Claims Consultants to Chapter 7 Trustee<br>12 Gill Street, Suite 4700<br>Woburn, MA 01801 | $165,612.50 | $11,807.23 |

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the foregoing applications shall (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, (c) set forth with specificity the legal and factual grounds for the objection, (d) identify the objectant and the Debtor against whom the objectant asserts a claim or interest, and the amount or extent thereof, (e) be filed with the Court (in accordance with General Order M-182, which can be found at www.nysb.uscourts.gov) not later than **November 9, 2017**, with two copies to chambers, and (f) be served upon each of the following parties so as to be received no later than **4:00 pm (New York time) on November 9, 2017** by: (i) the professional against whom the objection is interposed; and (ii) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, NY 10014, Attn: William K. Harrington, Esq.  Only those objections that are timely filed and served will be considered at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the original applications, including copies of time records, may be inspected at the Bankruptcy Court from 9:30 a.m. to 12:00 noon and 1:30 p.m. to 4:30 p.m., Monday through Friday.  The applications can be accessed at the web site maintained by the Bankruptcy Court, www.nysb.uscourts.gov, by entering case no. 01-14312, requesting a Docket Report, and going to the relevant application.  Copies of the applications may also be obtained upon written request of such professionals.

---

[1] This application only covers expenses incurred by Beus Gilbert as litigation counsel to Lee E. Buchwald, as chapter 7 trustee, in the Renco Group Litigation (defined in the application).  Beus Gilbert is not presently seeking the allowance or payment of compensation for services rendered as litigation counsel (*i.e.*, its contingent fee award), and intends to (and reserves the right to) apply for allowance and payment of such compensation at a later date.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such adjournment at the time of the Hearing. All persons may, but need not, attend the Hearing. Persons objecting to any application for compensation, however, should have a representative present at the Hearing.

Dated: New York, New York
      October 19, 2017

                               STEVENS & LEE, P.C.
                               Counsel to Chapter 7 Trustee

By:   */s/ Nicholas F. Kajon*
        Nicholas F. Kajon
        485 Madison Avenue, 20th Floor
        New York, New York 10022
        (212) 319-8500