**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 7 |
| MAGNESIUM CORPORATION OF AMERICA, | : |
| *et al.*, | : Case No. 01-14312 (MKV) |
|  | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : |

_____

### CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                    : ss.:
COUNTY OF NEW YORK  )

    Constantine D. Pourakis, an attorney admitted before this Court, deposes and says:

    On October 19, 2017, deponent caused to be served by Federal Express delivery:

    *(1)  Fourth Application of Stevens & Lee, P.C., Counsel to Chapter 7 Trustee, For An Interim Allowance of Compensation and Reimbursement of Expenses, with Exhibits A through H;*

    *(2) Application of Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C., As Special Counsel to Chapter 7 Trustee, For A Final Allowance of Compensation and Reimbursement of Expenses, with Exhibits A through D;*

    *(3) First Application of Roux Associates, Inc., Environmental Claims Consultants to Chapter 7 Trustee, For An Interim Allowance of Compensation with Exhibits A through C; and*

    *(4) Notice of Hearing to Consider Applications for Interim and Final Allowances of Compensation for Chapter 7 Trustee's Professionals;*

upon the Service List annexed hereto as **Exhibit A**.

SL1 1489419v1 070187.00001

On October 19, 2017, deponent caused the *Notice of Hearing to Consider Applications for Interim and Final Allowances of Compensation for Chapter 7 Trustee's Professionals* to be served via first-class mail upon the Service List annexed hereto as **Exhibit B**.

STEVENS & LEE, P.C.
Attorneys for the Chapter 7 Trustee

*s/ Constantine D. Pourakis*
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500

## EXHIBIT A – FEDERAL EXPRESS DELIVERY

| | |
|---|---|
| Chadbourne & Parke LLP<br>Attn: Howard Seife, Esq.<br>1301 Avenue of the Americas<br>New York, NY 10019<br>*Attorney for Debtor*<br>*Magnesium Corporation of America* | William K. Harrington, Esq.<br>Brian Masumoto, Esq.<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, New York 10014 |
| Mr. Lee E. Buchwald, President<br>Buchwald Capital Advisors LLC<br>380 Lexington Avenue, 17th Floor<br>New York, New York 10168-1799<br>*Trustee* | Christine Poscablo, Esq.<br>U.S. Dept. of Justice, U.S. Attorney's Office<br>86 Chambers Street<br>New York, NY 10007 |
| Jeffrey L. Jonas, Esq.<br>Brian T. Rice, Esq<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>*Attorneys for Ad Hoc Consortium of*<br>*Noteholders* | James W. Stoll, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>*Counsel to Wilmington Trust, Indenture*<br>*Trustee* |
| Adam L. Shiff, Esq.<br>Shai Schmidt, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>*Attorneys for The Renco Group, Inc. and Ira*<br>*Leon Rennert* | Susana Namnum, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>*Counsel to Wilmington Trust, Indenture*<br>*Trustee* |

SL1 1489419v1 070187.00001

| Joseph Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorney for Debtor*<br>*Magnesium Corporation of America* | |

SL1 1489419v1 070187.00001

## EXHIBIT B – FIRST-CLASS MAIL DELIVERY

| | |
|---|---|
| Stuart J. Baskin, Esq.<br>Richard F. Schwed, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Kimberly S. Cohen, Esq.<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*Attorneys for U.S. Bank* |
| Andrew Herestein, Esq.<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th Fl<br>New York, NY 10020 | Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>*Attorneys for Creditor*<br>*Congress Financial Corporation* |
| Deborah Reyher, Esq.<br>U.S. Department of Justice<br>940 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>*Attorney for United States of America* | Jonathan P. Friedland, Esq.<br>Sugar Felsenthal Grais & Hammer LLP<br>30 North LaSalle Street, Suite 3000<br>Chicago, IL 60602<br>*Attorneys for AEM SPV LLC* |
| Kathleen M. LaManna, Esq.<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*Attorneys for U.S. Bank* | Robert W. Yalen, Esq.<br>U.S. Dept. of Justice, U.S. Attorney's Office<br>86 Chambers Street<br>New York, NY 10007 |

5

| | |
|---|---|
| Peter B. Zlotnick, Esq.<br>Farrell Fritz P.C.<br>370 Lexington Avenue #800<br>New York, NY 10017 | H. Peter Haveles, Jr.<br>Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>*Attorney for US Magnesium LLC and*<br>*The Renco Group, Inc.* |
| Leo R. Beus, Esq.<br>Beus Gilbert PLLC<br>701 North 44th Street<br>Phoenix, AZ 85008 | Michael K. Kellogg, Esq.<br>Kellogg, Huber, Hansen, Todd, Evans &<br>Figel, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 |
| E. Joshua Rosenkranz, Esq.<br>Orrick, Herrington & Stucliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>*Attorneys for Defendants The Renco Group,*<br>*Ira Rennert, and The Trustees of the Rennert*<br>*Trusts* | Tai H. Park<br>Park Jensen Bennett LLP<br>40 Wall Street, 41st Floor<br>New York, NY 10005<br>*Attorneys for Defendants The Renco Group,*<br>*Ira Rennert, and The Trustees of the Rennert*<br>*Trusts* |
| Law Offices of Glenn M. Resiman<br>Two Corporate Drive, Suite 636<br>PO Box 861<br>Shelton, CT 06484-0861 | Barry N. Seidel, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208<br>*Attorney for US Magnesium LLC* |

SL1 1489419v1 070187.00001

| | |
|---|---|
| Marc E. Hirshfield, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>*Attorneys for DQ Holdings, LLC., Desert Power, LLC*<br>*and Desert Power LP* | Charles Braugh, District Director<br>Internal Revenue Service<br>290 Broadway<br>New York, New York 10007 |
| United Steelworkers of America<br>Five Gateway Center<br>Pittsburgh, PA 15222<br>Attn:  Legal Department | Jack Cheskaty<br>Area Director, Denver<br>Internal Revenue Service<br>600 17th Street<br>Mail Stop 1000 DEN<br>Denver, CO 80202-2490 |
| Jack W. Reed, Esq.<br>Michael Stout, Esq.<br>Peterson Reed Warlaumont & Stout LLC<br>5217 South State Street, Suite 450<br>Salt Lake City, Utah 84107<br>*Attorneys for Creditor*<br>*Kelly Pipe, Inc. and Affiliated Metal, Inc.* | James M. Carr, Esq.<br>Baker & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| Babbette A. Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, New York 10036<br>*Attorney for United Steelworkers of America* | Gary E. Jubber, Esq.<br>Fabian & Clendenin, PC<br>215 South State Street, 12th Floor<br>P.O. Box 510210<br>Salt Lake City, Utah 84151<br>*Attorneys for Creditor*<br>*Continental Steel Corporation* |

| | |
|---|---|
| Peter A. Chapman, Esq.<br>24 Perdicaris Place<br>Trenton, NJ 08618 | Michelle R. Holl, Esq.<br>Mayer Brown & Platt LLP<br>1221 Avenue of the Americas<br>New York, New York 10020 |
| Lori Lapin Jones, Esq.<br>27 Shadow Lane<br>Great Neck, NY 11021<br>*Attorney for Creditor Committee* | Norse CBO Ltd<br>President & Fellow of Harvard College<br>Regiment Capital Advisors LLC<br>70 Federal Street 7th Floor<br>Boston, MA 02110<br>Attn: Rick Miller |
| American General Investment Management, L.P.<br>2929 Allen Parkway, 37th Fl<br>Houston, Texas 77019<br>Attn: H. Rey Stroube IV<br>David Castano | Conesco Capital Management<br>11825 N. Pennsylvania Street<br>Carmel, IN 46032<br>Attn: Eric R. Johnson |
| State Street Bank and Trust Company-<br>Indenture Trustee<br>2 Avenue deLafayette, 6th Fl<br>Boston, MA 02111<br>Attn: Laura L. Moran | Sherease Pratt Louis, Esq.<br>Pension Benefit Guaranty Corp<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br>*Attorney for Creditor*<br>*Pension Benefit Guaranty Corporation* |

SL1 1489419v1 070187.00001

| | |
|---|---|
| Continental Steel Corporation<br>P.O. Box 26577<br>Salt Lake City, UT 84126<br>Attn: Larry Trythall | Plymouth Partners, Inc.<br>10826 Omaha Trace<br>Union, KY 41091<br>Attn: Greg F. Martini |
| Franklin H. Top III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603-4080<br>*Attorney for Creditor Committee* | Janice Beth Grubin, Esq.<br>LeClairRyan, P.C.<br>885 Third Avenue, 16th Floor<br>New York, New York 10022<br>*Attorney for Creditor*<br>*Ad Hoc Committee of Senior Noteholders* |
| Ira H. Goldman, Esq.<br>Shipman & Goodwin LLP<br>One Continental Plaza<br>Hartford, CT 06103-1919<br>*Attorney for U.S. Bank National Association* | Securities & Exchange Commission<br>450 Fifth Street, N.W.<br>Washington, D.C. 20549 |
| Andrew M. Calamari, Regional Director<br>Securities & Exchange Commission<br>Northeast Regional Office<br>200 Vessey Street, #400<br>New York, New York 10281 | Alan J. Lipkin, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 |

9

| | |
|---|---|
| Jeffries & Company<br>11100 Santa Monica Boulevard<br>Los Angles, CA 90025<br>Attn: Joseph P. Von Meister | Magretech Inc.<br>4878 Chaincraft Road<br>Garfield Heights, Ohio 44125<br>Attn: Mike Slovich |
| Alan Marder, Esq.<br>Meyer Suozzi English & Klein, P.C.<br>990 Steward Avenue, #300<br>Garden City, NY 11530 | |

SL1 1489419v1 070187.00001