Bijan Amini
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
jchubak@storchamini.com

*Attorneys for Applicant Beus Gilbert PLLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| MAGNESIUM CORPORATION OF AMERICA, *et al.*, | Case No. 01-14312 (MKV) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

   Julia Katzman, being duly sworn, deposes and says:

   Deponent is not a party to the action, is over 18 years of age and resides in Manhattan, New York.

On October 19, 2017 deponent served a true and correct copy of the foregoing **FIRST AND FINAL APPLICATION OF BEUS GILBERT PLLC, LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE, FOR REIMBURSEMENT OF EXPENSES** by first class mail upon the persons on the attached service list.

_____
Julia Katzman

Sworn to before me this
20th day of October, 2017

_____
Notary Public

CASEY JO HAIL
Notary Public, State of New York
No. 02HA6236448
Qualified in Kings County
Commission Expires February 28, 20

Angela Pace, Esq.
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA 15222

James M. Carr, Esq.
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Peter A. Chapman, Esq.
24 Perdicaris Place
Trenton, NJ 08618

Norse CBO Ltd.
President & Fellow of Harvard College
Regiment Capital Advisors LLC
70 Federal Street, 7th Floor
Boston, MA 02110
Attn: Rick Miller, Esq.

State Street Bank and Trust Company-Indenture Trustee
2 Avenue deLafayette, 6th FL
Boston, MA 02111
Attn: Laura L. Moran, Esq.

Plymouth Partners, Inc.
10826 Omaha Trace
Union, KY 41091
Attn: Greg F. Martini, Esq.

Brian Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Dianne Coffino, Esq. Marc Hirschfield, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Jack Cheskaty
Area Director, Denver
Internal Revenue Service
600 17th Street Mail Stop 1000 DEN
Denver, CO 80202-2490

Babbett A. Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Michelle R. Holl, Esq.
Mayer Brown & Platt
1221 Avenue of the Americas
New York, New York 10020

American General Investment Management, L.P.
2929 Allen Parkway, 37th FL Houston, Texas 77019
Attn: H. Rey Straube IV or David Castano

Sherease R. Pratt, Esq.
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street
Washington, D.C. 20005

Jeanette L. Catting, Esq. Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268

Ira H. Goldman, Esq.
Marianne Wallace, Esq.
Shipman & Goodwin LLP
One America Row
Hartford, CT 06103-2819

Law Office of Glenn M. Reisman
Two Corporate Drive, Suite 636
PO Box 861
Shelton, CT 06484-0861

Charles Braugh, District Director
Internal Revenue Service
290 Broadway
New York, New York 10007

Michael A. Stout, Esq. Jack W. Reed, Esq.
Peterson Reed LLC
321 Boston Building
9 Exchange Place
Salt Lake City, Utah 84111

Gary E. Jubber, Esq.
Fabian & Clendenin
215 South Stale Street, 12th Fl.
Salt Lake City, Utah 84111

Luskin Stern & Eisler LLP
330 Madison Avenue
New York, New York 10017
Attn: Lori Lapin Jones, Esq.

Conesco Capital Management
11825 N. Pennsylvania
Street Carmel, IN 46032
Attn: Eric R. Johnson, Esq.

Roy B. Moore, Esq.
Roy B. Moore, PC & Associates
428 East Winchester St, Suite 140
Murray, UT 84107-8520

Franklin H. Top, Esq.
Chapman and Cutler
11 West Monroe Street
Chicago, IL 60603-4080

Magnesium Corporation of America
238 North #2200 West
Salt Lake City, Utah 84116

Edward Chang, Esq.
Assistant United States Attorney
1 St. Andrews Plaza
New York, New York 10007

Securities & Exchange Commission
450 Fifth Street. N.W.
Washington, D.C. 20549

Wayne M. Carlin, Esq.
Regional Director
Securities & Exchange Commission
Northeast Regional Office
233 Broadway
New York, New York 10279

Alan J. Lipkin, Esq.
Greg Shulkapper, Esq.
Wilkie Farr & Gallagher
787 7th Avenue
New York, New York 10020

Andrew Herenstein, Esq. Lazard Freres & Co. LL
30 Rockefeller Plaza, 60th FL
New York, NY 10020

Jeffries & Company
11100 Santa Monica Boulevard
Los Angeles, CA 90025
Attn: Joseph P. Von Meister, Esq.

Magretech Inc.
4878 Chaincraft Road
Garfield Heights, Ohio 44125
Attn: Mike Slovich, Esq.

Nicholas F. Kajon, Esq. Salomon Green & Ostrow
P.C.
485 Madison Avenue, 20th Fl.
New York, NY 10022

Lee E. Buchwald, Esq.
Buchwald Capital Advisors LLC
420 Lexington Avenue, Suite 300
New York, NY 10170

Leo R. Beus, Esq.
Beus Gilbert PLLC
4800 North Scottsdale Road
Scottsdale, AZ 85251

Timothy J. Paris, Esq.
Beus Gilbert PLLC
4800 North Scottsdale Road
Scottsdale, AZ 85251

Michael Ryan, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038

Office of the United States Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
Attn: Brian Masumoto, Esq.

Dennis A. Sadlowski, Esq.
The Renea Group
30 Rockefeller Plaza
New York, NY 10112

Continental Steel Corporation
P.O. Box 26577
Salt Lake City, UT 84126
Attn: Larry Trythall, Esq.

Jonathan L. Flaxer, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, New York 10022-7302

Barry Seidel, Esq.
Bank Rome LLP
405 Lexington Avenue
New York, New York 10174

Constantine Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004
AIG Global Investment Corp.
175 Water Street
New York, New York 10038

Carlyle High Yield Partners, L.P.
520 Madison Avenue, 41st Floor
New York, New York 10022

Carlyle High Yield Partners II., Ltd.
c/o Walkers, Walkers House
P.O. Box 265 GT
Georgetown, Grand Cayman, Cayman
Islands, British West Indies

Citadel Equity Fund Ltd.
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

RCG Carpathia Master Fund, Ltd.
666 Third Avenue, 26th Floor
New York, New York

Jonathan P. Friedland, Esq.
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Tai H. Park
Park Jensen Bennet LLP
40 Wall Street 41st Floor
New York, NY 10005

Janice Beth Grubin, Esq.
LeClairRyan, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022

Wormser, Kiely, Galeg & Jacobs LLP
825 Third Avenue
New York, New York 10022

Adam L. Shiff, Esq. Shai Schmidt, Esq.
Kasowitz, Benson & Torres LLP
1633 Broadway
New York, NY 10019

Jeffrey L. Jonas
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Christine Poscablo, Esq.
U.S. Dept. of Justice, U.S. Attorney's
Office
86 Chambers Street
New York, NY 10007

Brian P. Goldman
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105

Deborah Reyher, Esq.
U.S. Department of Justice
940 Pennsylvania Avenue, N.W.
Washington, DC 20530

Babbette A Ceccotti, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Susana Namnum, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Kelsi Brown Corkran
Douglas S. Mintz
Orrick, Herrington & Sutcliffe, LLP
1152 15th Street NW
Washington, DC 20005

E. Joshua Rosenkranz
Daniel A. Rubens
Christopher J. Cariello
Matthew L. Bush
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019

Kathleen M. Lamanna, Esq
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Peter B. Zlotnick Esq.
Farrel Fritz P.C.
370 Lexington Ave #800
New York, NY 10017

H. Peter Havales, Jr.
Kay Scholer LLP
250 West 55th Street
New York, NY 10019

Michael K. Kellog, Esq
Kellog, Huber, Hansen, Todd,
Evans, & Figel, PLLC
1615 M Street N.W. Suite 400
Washington, DC 20036