**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : : : | Case No. 01-14312 (MKV) |
| MAGNESIUM CORPORATION OF AMERICA, *et al.*, | : : : | Chapter 7 (Jointly Administered) |
|  | : : |  |
| Debtors. | : : : |  |

**ORDER GRANTING ALLOWANCES OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO CHAPTER 7 TRUSTEE'S PROFESSIONALS**

Upon the application, dated October 19, 2017, of Stevens & Lee, P.C., counsel to Lee E. Buchwald, Chapter 7 Trustee (the "**Trustee**") of the above-captioned debtors, for a fourth interim allowance of compensation and reimbursement of expenses incurred during the period October 1, 2016 through September 30, 2017 (the "**S&L Fee Application**") [ECF No. 895]; and upon the application, dated October 19, 2017, of Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C., special appellate counsel to the Trustee, for a final allowance of compensation and reimbursement of expenses incurred (the "**Kellogg Hansen Fee Application**") [ECF No. 894]; and upon the application, dated October 19, 2017, of Beus Gilbert PLLC, special litigation counsel to the Trustee, for a first and final reimbursement of expenses incurred during the period July 30, 2003 through August 15, 2017 (the "**Beus Expense Reimbursement Application**") [ECF No. 893]; and upon the application, dated October 16, 2017, of Roux Associates, Inc., environmental claims consultants to the Trustee, for a first interim allowance of compensation and reimbursement of expenses incurred during the period May 25, 2017 through September 29, 2017 (the "**Roux Fee Application**") [ECF No. 892] (the "**Roux Fee Application**", together with the S&L Fee Application, Kellogg Hansen Fee Application and Beus Expense Reimbursement

Application, the "**Fee Applicants**"); and it appearing that notice of the foregoing applications was sufficient; and upon the Statement of No Objection of the United States Trustee Regarding Applications for Interim and Final Awards of Compensation and Reimbursement of Expenses, dated October 30, 2017 [ECF No. 904]; and upon the Reservation of Rights of the Ad Hoc Noteholder Consortium with respect to the S&L Fee Application and Beus Expense Reimbursement Application, dated November 9, 2017 [ECF No. 911]; and upon Beus Gilbert PLLC'S Response To Ad Hoc Noteholder Consortium's Reservation Of Rights, dated November 10, 2017 [ECF No. 915]; and a hearing having been held on November 15, 2017 (the "**Hearing**"); and the Court having considered the documents filed and the statements made on the record of the Hearing; and with the Court having taken into account the voluntary reduction by S&L of total expenses sought to be reimbursed in the amount of $1,250; and the Court after due deliberation, and for the reasons set forth on the record of the Hearing, having determined to award interim compensation and expenses as set forth in the annexed Schedule A, and final compensation and expenses as set forth in the annexed Schedule B;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

i. The S&L Fee Application and the Roux Fee Application are hereby approved, on an interim basis, in the amounts set forth in Schedule A annexed hereto, subject to the 20 percent holdback of fees.

ii. The Kellogg Hansen Fee Application is approved, on a final basis, in the amounts set forth in Schedule B annexed hereto.

iii. The Beus Expense Reimbursement Application is approved, on a final basis, in the amount set forth in Schedule B annexed hereto.

iv. The Trustee is authorized to pay the amounts awarded herein from available estate funds, less all amounts previously paid on account of such fees and expenses.

Dated: New York, New York
November 22, 2017

*s/ Mary Kay Vyskocil*
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge

**INTERIM AWARD**

CASE NAME: MAGNESIUM CORPORATION OF AMERICA, et al.　　　　　　　　　　　　　　　　　　　　　　　Schedule A
CASE NO: 01 B 14312 (MKV)

| APPLICANT | Date filed/ Document Number of Application | Interim Fees Requested on Application | Interim Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) | Total Fees to be Paid | Interim Expenses Requested | Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Stevens & Lee, P.C.**<br>**Counsel to Chapter 7 Trustee**<br>**485 Madison Avenue, 20th Floor**<br>**New York, New York 10022** | 10/19/17<br><br>Document No.895 | $1,018,950.50 | $1,018,950.50 | $815,160.40 | $ 0 | $815,160.40 | $23,411.99[1] | $22,161.99 |
| **Roux Associates, Inc.**<br>**Environmental Claims Consultants to Chapter 7 Trustee**<br>**12 Gill Street, Suite 4700**<br>**Woburn, MA 01801** | 10/19/17<br><br>Document No. 892 | $165,612.50 | $165,612.50 | $132,490.40 | $0 | $132,490.40 | $11,807.23 | $11,807.23 |

DATE ON WHICH ORDER WAS SIGNED: November 22, 2017　　　　　　Initials: *MKV*. USBJ

---

[1] Stevens & Lee has agreed to reduce the expenses sought by $1,250.

**FINAL AWARD**

CASE NAME: MAGNESIUM CORPORATION OF AMERICA, et al.                                   **Schedule B**
CASE NO: 01 B 14312 (MKV)

| APPLICANT | Date filed/ Document Number of Application | Total Fees Requested | Total Fees Awarded | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) | Total Fees to be Paid | Total Expenses Requested | Total Expenses Awarded | Total Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|---|
| **Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.** **Special Appellate Counsel to Chapter 7 Trustee** **1615 M Street, N.W., Suite 400** **Washington, D.C. 20036** | 10/19/17<br><br>Document No. 894 | $1,592,747.50 | $1,592,747.50 | $1,579,162.50 | $ 2,717.00 | $1,581,879.50 | $19,944.50 | $19,944.50 | $13,616.46 |
| **Beus Gilbert PLLC**[2] **Special Trial Counsel to Chapter 7 Trustee** **701 N. 44th Street** **Phoenix, AZ 85008** | 10/19/17<br><br>Document No. 893 | $0 | $- | $- | $ - | $- | $2,162,250.50 | $2,162,250.50 | $2,162,250.50 |

DATE ON WHICH ORDER WAS SIGNED: November 22, 2017            Initials: _MKV_. USBJ

---

[2] The application on which this order has been entered only covers expenses incurred by Beus Gilbert as litigation counsel to the Trustee in the Renco Group Litigation. Beus Gilbert has indicated that it intends to apply for allowance and payment of its contingent fee award at a later date, and for the avoidance of doubt, is hereby expressly authorized to do so.