# **EXHIBIT 2**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MAGNESIUM CORPORATION OF AMERICA, *et al.*,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 01-14312 (MKV)<br><br>(Jointly Administered) |

**ORDER GRANTING FINAL APPLICATION OF BEUS GILBERT PLLC, LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION**

Upon consideration of the final application of Beus Gilbert PLLC, as litigation counsel to Lee E. Buchwald, Chapter 7 Trustee of the above-captioned Debtors, for allowance of compensation (the "Application"); and sufficient notice having been given; and due consideration having been given to any response thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is hereby granted to the extent set forth in the annexed Schedules.

Dated: _____, 2018
        New York, New York

                                                                                _____
                                                                             Honorable Mary Kay Vyskocil
                                                                              United States Bankruptcy Judge

**CURRENT FEE PERIOD**

CASE NAME: MAGNESIUM CORPORATION OF AMERICA, et al.                                    Schedule A
CASE NO. 01 B 14312 (MKV)

| Applicant | Application Date and Doc. No. | Interim Fees Requested in Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) | Total Fees to be Paid | Interim Expenses Requested | Interim Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Beus Gilbert PLLC | 9/15/03; ECF No. 417 | $88,026,158.86 | $88,026,158.86 | $88,026,158.86 | $0 | $88,026,158.86 | $0 | $0 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2018

Initials: ____, USBJ

**FINAL FEE APPLICATION TOTALS**

CASE NAME: MAGNESIUM CORPORATION OF AMERICA, et al.  **Schedule B**
CASE NO. 01 B 14312 (MKV)

| Applicant | Total Fees Requested | Total Fees Paid | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| Beus Gilbert PLLC | $88,051,908.61 | $88,051,908.61 | $2,162,250.50 | $2,162,250.50 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2018

Initials: ____, USBJ