Bijan Amini
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
jchubak@storchamini.com

*Attorneys for Applicant Beus Gilbert PLLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| MAGNESIUM CORPORATION OF AMERICA, *et al.*, | Case No. 01-14312 (MKV) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF HEARING ON FINAL APPLICATION OF BEUS
GILBERT PLLC, LITIGATION COUNSEL TO CHAPTER
7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION**

PLEASE TAKE NOTICE that on January 11, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, a hearing will be held before the Honorable Mary Kay Vyskocil at the United States Bankruptcy Court, One Bowling Green, Room 501, New York, New York 10004, to consider the final application of Beus Gilbert PLLC, litigation counsel to Lee E. Buchwald, as chapter 7 trustee for the Debtors' estates, for allowance of compensation for services rendered in connection with the Renco Group Litigation (described in the application) in the amount of $88,051,908.61.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9006-1(b), answering papers, if any, must be filed by January 4, 2018 at 4:00 p.m. ("Objection Deadline"), and served upon the following persons, so as to be received by the Objection Deadline, with two hard copies delivered to chambers at the time of service: (a) Beus Gilbert PLLC's undersigned

counsel; (b) counsel for the chapter 7 trustee, Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022, Attn: Nicholas F. Kajon; and (c) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Andy Velez-Rivera.

PLEASE TAKE FURTHER NOTICE that the hearing may be adjourned from time to time without further notice to parties, other than an announcement of such adjournment at the time of the hearing.

Dated: December 13, 2017
      New York, New York

STORCH AMINI PC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
jchubak@storchamini.com

*Attorneys for Applicant Beus Gilbert PLLC*